AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>PRISCILA BARBOSA, EDVALDO ROCHA CABRAL, CLOVIS KARDEKIS PLACIDO, ███████████, GUILHERME DA SILVEIRA (cont'd on attached sheet)<br>*Defendant(s)* | Case No.<br>21-mj-5202-JGD |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 2019 to April 2021** in the county of **Essex** in the **_____** District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to commit wire fraud |

This criminal complaint is based on these facts:

See Attached Affidavit.

☒ Continued on the attached sheet.

*Terrence Dupont*
*Complainant's signature*

Terrence Dupont, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **May 6, 2021**

*Judith Gail Dein*
*Judge's signature*

City and state: **Boston, Massachusetts**  Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*

THIAGO DE SOUZA PRADO, ████████, FLAVIO CANDIDO DA SILVA, ALTACYR DIAS GUIMARAES NETO, ████████, BRUNO PROENCIO ABREU, JORDANO AUGUSTO LIMA GUIMARAES, ████████, ALESSANDRO FELIX DA FONSECA, ████████