AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>**PRISCILA BARBOSA, ET AL.**<br><br>_____<br>*Defendant* | )<br>)<br>)  Case No.  21-MJ-5202-JGD<br>)<br>)<br>) |

U.S. DISTRICT COURT DISTRICT OF MASS.

2021 MAY 12  PM 1: 06

FILED IN CLERKS OFFICE

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   THIAGO DE SOUZA PRADO
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 - Conspiracy to commit wire fraud

Date:  **May 6, 2021**
_____
*Issuing officer's signature*

City and state:   Boston, Massachusetts
_____
Hon. Judith Gail Dein, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ |

Date: _____
WARRANT EXECUTED BY FBI FL
EY AFTER ARRAIGNMENT OF THE
DEFENDANT ON 5/12/2021
_____
*Arresting officer's signature*

_____
*Printed name and title*