**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** _I_ | **Investigating Agency** | FBI |

**City** _Lynn MA_

**County** _Essex_

**Related Case Information:**

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  _21-mj-5196-JGD_
Search Warrant Case Number  _See 2nd Page_
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _Wemerson Dutra Aguiar_                Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address  _(City & State)  Woburn, MA_

Birth date (Yr only): _1993_  SSN (last4#): _____  Sex _M_   Race: _White_   Nationality: _Brazil_

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  _Kristen A. Kearney_                Bar Number if applicable  _669940_

**Interpreter:**  ☑ Yes  ☐ No        List language and/or dialect:  _Portuguese_

**Victims:**  ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested        ☐ Regular Process        ☑ In Custody

**Location Status:**

**Arrest Date**  _05/05/2021_

☑ Already in Federal Custody as of  _05/05/2021_  in  _Chicago, IL_ .
☐ Already in State Custody at _____ ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony _1_

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  _05/17/2021_        Signature of AUSA:  _/s/ Kristen A. Kearney_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Alessandro Felix Fonseca

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159, 21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

_____

_____

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  __I__          **Investigating Agency**  __FBI__

**City**   __Lynn MA and Saugus MA__          **Related Case Information:**

**County**   __Essex__

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   __21-5202-JGD__
Search Warrant Case Number   __See 2nd Page__
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   __Priscila Barbosa__          Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name   _____

Address   __(City & State)  Saugus, MA__

Birth date (Yr only): __1985__   SSN (last4#): _____   Sex __F__   Race: __White__   Nationality: __Brazilian__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   __Kristen A. Kearney__          Bar Number if applicable   __669940__

**Interpreter:**   ☑ Yes  ☐ No          List language and/or dialect:   __Portuguese__

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**   __05/07/2021__

☑ Already in Federal Custody as of   __05/07/2021__   in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   __05/17/2021__          Signature of AUSA:   __/s/ Kristen A. Kearney__

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Priscila Barbosa

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                               **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** ___I___          **Investigating Agency** __FBI__

**City**  Lynn MA and Saugus MA          **Related Case Information:**

**County**  Essex

Superseding Ind./ Inf. _____      Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  21-5202-JGD
Search Warrant Case Number  See 2nd Page
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  Edvaldo Rocha Cabral          Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name**

**Address**  (City & State)  Malden, MA

Birth date (Yr only): 1979  SSN (last4#): _____  Sex M  Race: White  Nationality: Brazilian

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  Kristen A. Kearney          Bar Number if applicable  669940

**Interpreter:**  ☑ Yes  ☐ No          List language and/or dialect:  Portuguese

**Victims:**  ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**  05/07/2021

☑ Already in Federal Custody as of  05/07/2021  in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  05/17/2021          Signature of AUSA:  /s/ Kristen A. Kearney

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**      Edvaldo Rocha Cabral

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**   I          **Investigating Agency**   FBI

**City**    Lynn MA and Saugus MA          **Related Case Information:**

**County**    Essex

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    21-5202-JGD
Search Warrant Case Number    See 2nd Page
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Clovis Kardekis Placido          Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name _____

Address    (City & State)  Citrus Heights, CA

Birth date (Yr only): 1983   SSN (last4#): _____   Sex M   Race: White   Nationality: Brazilian

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**    Kristen A. Kearney          Bar Number if applicable    669940

**Interpreter:**    ☑ Yes   ☐ No          List language and/or dialect:          Portuguese

**Victims:**    ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes  ☐ No

**Matter to be SEALED:**    ☐ Yes   ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**    05/07/2021

☑ Already in Federal Custody as of    05/07/2021    in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**    ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    05/17/2021          Signature of AUSA:    /s/ Kristen A. Kearney

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Clovis Kardekis Placido

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159, 21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** I          **Investigating Agency** FBI

**City**    Lynn MA and Saugus MA          **Related Case Information:**

**County**    Essex          Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    21-5202-JGD
Search Warrant Case Number    See 2nd Page
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**    Bruno Peixoto Colaco Ramos          Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

**Alias Name** _____

**Address**    (City & State)  Burlington, MA

Birth date (Yr only): 1990    SSN (last4#): _____    Sex M    Race: White    Nationality: Brazilian

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**    Kristen A. Kearney          Bar Number if applicable    669940

**Interpreter:**    ☑ Yes  ☐ No          List language and/or dialect:    Portuguese

**Victims:**    ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes  ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    05/17/2021          Signature of AUSA:    /s/ Kristen A. Kearney

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Bruno Peixoto Colaco Ramos _____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  I          **Investigating Agency**  FBI

**City**    Lynn MA and Saugus MA          **Related Case Information:**

**County**    Essex

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    21-5202-JGD
Search Warrant Case Number    See 2nd Page
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**    Guilherme da Silveira          Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

**Alias Name**

**Address**    (City & State)  Revere, MA

**Birth date (Yr only):** 1992   **SSN (last4#):** _____   **Sex** M   **Race:** White   **Nationality:** Brazilian

**Defense Counsel if known:** _____          Address _____

**Bar Number**

**U.S. Attorney Information:**

**AUSA**    Kristen A. Kearney          Bar Number if applicable    669940

**Interpreter:**    ☑ Yes  ☐ No          List language and/or dialect:    Portuguese

**Victims:**    ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes  ☐ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**    05/07/2021

☑ Already in Federal Custody as of    05/07/2021    in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    05/17/2021          Signature of AUSA:    /s/ Kristen A. Kearney

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Guilherme da Silveira _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**    20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**   I          **Investigating Agency**   FBI

**City**   Lynn MA and Saugus MA          **Related Case Information:**

**County**   Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number   21-5202-JGD
Search Warrant Case Number   See 2nd Page
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Thiago de Souza Prado          Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State)  Boca Raton, FL

Birth date (Yr only): 1984  SSN (last4#): _____  Sex M  Race: White  Nationality: Brazilian

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Kristen A. Kearney          Bar Number if applicable   669940

**Interpreter:**   ☑ Yes  ☐ No          List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**   05/12/2021

☑ Already in Federal Custody as of   05/12/2021   in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   05/17/2021          Signature of AUSA:   /s/ Kristen A. Kearney

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Thiago de Souza Prado _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159, 21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**   I          **Investigating Agency**   FBI

**City**    Lynn MA and Saugus MA          **Related Case Information:**

**County**    Essex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number    21-5202-JGD
Search Warrant Case Number    See 2nd Page
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**   Luiz Narciso Alves Neto          Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

**Alias Name**

**Address**    (City & State)  Revere, MA

Birth date (Yr only): 1985   SSN (last4#): _____   Sex M   Race: White   Nationality: Brazilian

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Kristen A. Kearney          Bar Number if applicable   669940

**Interpreter:**   ☑ Yes   ☐ No          List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes   ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    05/17/2021          Signature of AUSA:   */s/ Kristen A. Kearney*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Luiz Narciso Alves Neto _____

**U.S.C. Citations**

| | <u>**Index Key/Code**</u> | <u>**Description of Offense Charged**</u> | <u>**Count Numbers**</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** I | **Investigating Agency** | FBI |

**City**    Lynn MA and Saugus MA          **Related Case Information:**

**County**    Essex

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    21-5202-JGD
Search Warrant Case Number    See 2nd Page
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Flavio Candido da Silva          Juvenile:    ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes   ☑ No

Alias Name

Address    (City & State)  Revere, MA

Birth date (Yr only): 1995   SSN (last4#): _____   Sex M   Race: White   Nationality: Brazilian

**Defense Counsel if known:** _____          Address _____

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Kristen A. Kearney          Bar Number if applicable   669940

**Interpreter:**   ☑ Yes   ☐ No          List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**   05/07/2021

☑ Already in Federal Custody as of   05/07/2021   in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   05/17/2021          Signature of AUSA:   /s/ Kristen A. Kearney

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Flavio Candido da Silva

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.**   I      **Investigating Agency**   FBI

**City**   Lynn MA and Saugus MA      **Related Case Information:**

**County**   Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number   21-5202-JGD
Search Warrant Case Number   See 2nd Page
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**   Altacyr Dias Guimaraes Neto      **Juvenile:**   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

**Alias Name** _____

**Address**   (City & State)   Kissimmee, FL

Birth date (Yr only): 1986   SSN (last4#): _____ Sex M   Race: White   Nationality: Brazilian

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Kristen A. Kearney      Bar Number if applicable   669940

**Interpreter:**   ☑ Yes   ☐ No      List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

     ☐ Warrant Requested      ☐ Regular Process      ☑ In Custody

**Location Status:**

**Arrest Date**   05/07/2021

☑ Already in Federal Custody as of   05/07/2021   in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   05/17/2021      Signature of AUSA:   */s/ Kristen A. Kearney*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Altacyr Dias Guimaraes Neto _____

<b>U.S.C. Citations</b>

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** I | **Investigating Agency** FBI |

**City** Lynn MA and Saugus MA          **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   21-5202-JGD
Search Warrant Case Number   See 2nd Page
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Itallo Felipe Pereira de Sousa Correa       Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name   _____

Address   (City & State)  Daly City, CA

Birth date (Yr only): 1997   SSN (last4#): _____   Sex M   Race: White   Nationality: Brazilian

**Defense Counsel if known:**   _____   Address   _____

**Bar Number**   _____

**U.S. Attorney Information:**

**AUSA**   Kristen A. Kearney       Bar Number if applicable   669940

**Interpreter:**   ☑ Yes  ☐ No       List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested       ☐ Regular Process       ☑ In Custody

**Location Status:**

**Arrest Date**   05/12/2021

☑ Already in Federal Custody as of   05/12/2021   in   _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint       ☐ Information       ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   05/17/2021       Signature of AUSA:   /s/ Kristen A. Kearney

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Itallo Felipe Pereira de Sousa Correa

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**    20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)**

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**    **Category No.**    I    **Investigating Agency**    FBI

**City**    Lynn MA and Saugus MA    **Related Case Information:**

**County**    Essex

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    21-5202-JGD
Search Warrant Case Number    See 2nd Page
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**    Julio Vieira Braga    Juvenile:    ☐ Yes    ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes    ☑ No

**Alias Name**

**Address**    (City & State)  Daly City, CA

**Birth date (Yr only):** 1996    **SSN (last4#):** _____    **Sex** M    **Race:** White    **Nationality:** Brazilian

**Defense Counsel if known:** _____    Address _____

**Bar Number**

**U.S. Attorney Information:**

**AUSA**    Kristen A. Kearney    Bar Number if applicable    669940

**Interpreter:**    ☑ Yes    ☐ No    List language and/or dialect:    Portuguese

**Victims:**    ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes    ☐ No

**Matter to be SEALED:**    ☐ Yes    ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date**    05/12/2021

☑ Already in Federal Custody as of    05/12/2021    in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____    on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    05/17/2021    Signature of AUSA:    /s/ Kristen A. Kearney

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Julio Vieira Braga

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

| Place of Offense: | Category No. | I | Investigating Agency | FBI |
|---|---|---|---|---|

**City**   Lynn MA and Saugus MA         **Related Case Information:**

**County**   Essex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   21-5202-JGD
Search Warrant Case Number   See 2nd Page
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Philipe do Amaral Pereira          Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State)  Hercules, CA

Birth date (Yr only): 1984   SSN (last4#): _____   Sex M   Race: White   Nationality: Brazilian

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Kristen A. Kearney         Bar Number if applicable   669940

**Interpreter:**   ☑ Yes  ☐ No          List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**   05/14/2021

☑ Already in Federal Custody as of   05/14/2021   in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   05/17/2021          Signature of AUSA:   /s/ Kristen A. Kearney

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  ____Philipe do Amaral Pereira_____

**U.S.C. Citations**

| | <u>**Index Key/Code**</u> | <u>**Description of Offense Charged**</u> | <u>**Count Numbers**</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  ____20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,____

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** ___I___          **Investigating Agency** __FBI__

**City**    Lynn MA and Saugus MA          **Related Case Information:**

**County**    Essex          Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number    21-5202-JGD
Search Warrant Case Number    See 2nd Page
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**    Bruno Proencio Abreu          Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

**Alias Name** _____

**Address**    (City & State)  Saugus, MA

Birth date (Yr only): __1992__  SSN (last4#): _____  Sex __M__    Race: __White__    Nationality: __Brazilian__

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**    Kristen A. Kearney          Bar Number if applicable    669940

**Interpreter:**    ☑ Yes  ☐ No          List language and/or dialect:    Portuguese

**Victims:**    ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes  ☐ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**    05/07/2021

☑ Already in Federal Custody as of    05/07/2021    in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony ___1___

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    05/06/2021          Signature of AUSA:    /s/ Kristen A. Kearney

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Bruno Proencio Abreu_____

**U.S.C. Citations**

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

JS 45 (5/97) - (Revised U.S.D.C. MA)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.**   I           **Investigating Agency**   FBI

**City**   Lynn MA and Saugus MA        **Related Case Information:**

**County**   Essex

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant _____ | New Defendant _____ |
| Magistrate Judge Case Number | 21-5202-JGD |
| Search Warrant Case Number | See 2nd Page |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

**Defendant Name**   Oliver Felipe Gomes de Oliveira        **Juvenile:**   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

**Alias Name**   _____

**Address**   (City & State)  Shrewsbury, MA

**Birth date (Yr only):** 1988   **SSN (last4#):** _____  **Sex** M   **Race:** White   **Nationality:** Brazilian

**Defense Counsel if known:**   _____        **Address**   _____

**Bar Number**   _____

**U.S. Attorney Information:**

**AUSA**   Kristen A. Kearney        **Bar Number if applicable**   669940

**Interpreter:**   ☑ Yes  ☐ No        **List language and/or dialect:**   Portuguese

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**   _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**        ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**        ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   05/17/2021        Signature of AUSA:   /s/ Kristen A. Kearney

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Oliver Felipe Gomes de Oliveira _____

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

JS 45  (5/97) - (Revised U.S.D.C. MA

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** _____I_____ | **Investigating Agency** _FBI_ |

**City**  _Lynn MA and Saugus MA_          **Related Case Information:**

**County**  _Essex_

Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number  _21-5202-JGD_
Search Warrant Case Number  _See 2nd Page_
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  _Alessandro Felix Fonseca_          Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

**Alias Name** _____

**Address**  _(City & State)_ _Revere, MA_

Birth date (Yr only): _1995_  SSN (last4#): _____  Sex _M_  Race: _White_  Nationality: _Brazilian_

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  _Kristen A. Kearney_          Bar Number if applicable  _669940_

**Interpreter:**   ☑ Yes  ☐ No          List language and/or dialect:   _Portuguese_

**Victims:**   ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**  _05/07/2021_

☑ Already in Federal Custody as of  _05/07/2021_  in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  _05/17/2021_          Signature of AUSA:  _/s/ Kristen A. Kearney_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Alessandro Felix Fonseca

**U.S.C. Citations**

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**    20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**   I          **Investigating Agency**   FBI

**City**   Lynn MA and Saugus MA          **Related Case Information:**

**County**   Essex          Superseding Ind./ Inf. _____   Case No. _____
                           Same Defendant _____   New Defendant _____
                           Magistrate Judge Case Number   21-5202-JGD
                           Search Warrant Case Number   See 2nd Page
                           R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**   Waldemy Jorge Lima Wanderley Junior          Juvenile:   ☐ Yes ☑ No

                     Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

**Alias Name**   _____

**Address**      (City & State)   Watertown, MA

**Birth date (Yr only):** 1989   **SSN (last4#):** _____   **Sex** M   **Race:** White   **Nationality:** Brazilian

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Kristen A. Kearney          Bar Number if applicable   669940

**Interpreter:**   ☑ Yes   ☐ No          List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

     ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   05/17/2021          Signature of AUSA:   /s/ Kristen A. Kearney

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Waldemy Jorge Lima Wanderley Junior _____

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

JS 45  (5/97) - (Revised ~~Case 1:21-cr-10158-MLW   Document 37-1   Filed 05/17/21   Page 35 of 36~~

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**    I          **Investigating Agency**    FBI

**City**    Lynn MA and Saugus MA          **Related Case Information:**

**County**    Essex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number    21-5202-JGD
Search Warrant Case Number    See 2nd Page
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**    Saulo Aguiar Ponciano          Juvenile:          ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

**Alias Name**

**Address**    (City & State)

**Birth date (Yr only):** 1988   **SSN (last4#):** _____   **Sex** M   **Race:** White   **Nationality:** Brazilian

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**    Kristen A. Kearney          Bar Number if applicable    669940

**Interpreter:**    ☑ Yes  ☐ No          List language and/or dialect:    Portuguese

**Victims:**    ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes  ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**    _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    05/17/2021          Signature of AUSA:    /s/ Kristen A. Kearney

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Saulo Aguiar Ponciano

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196