UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) No. 21-cr-10158-MLW |
| v. | ) ) |
| WEMERSON DUTRA AGUIAR, ET AL. | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance in the above-captioned case as counsel for the United States.

Respectfully submitted,

NATHANIEL R. MENDELL
ACTING UNITED STATES ATTORNEY

Dated: May 18, 2021      By:     */s/ David M. Holcomb*
DAVID M. HOLCOMB, BBO# 694712
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel:  (617) 748-3119
david.holcomb@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: May 18, 2021      By:     */s/ David M. Holcomb*
DAVID M. HOLCOMB, BBO# 694712
Assistant United States Attorney