UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      )<br>v.    )<br>      )<br>THIAGO DE SOUZA PRADO,    )<br>    Defendant.    ) | Cr. No. 21-10158-7-MLW |

ORDER

WOLF, D.J.                                                    May 25, 2021

The court has considered the government's May 24, 2021 Emergency Motion for Stay and Revocation of Release Order. See Dkt. No. 69 (the "Emergency Motion"). It demonstrates that there is a reasonable likelihood that upon de novo review this court will reverse the Magistrate Judge's decision to release defendant Thiago de Souza Prado because no combination of conditions will reasonably assure that the defendant will not flee.

Therefore, it is hereby ORDERED that:

1. The Magistrate Judge's Release Order is STAYED and defendant shall not be released unless otherwise ordered by this court.

2. The United States Marshals Service shall transport the defendant as promptly as possible to Boston, Massachusetts, where the court will conduct a hearing on the government's appeal of the Release Order.

3. Defendant shall, by June 1, 2021, respond to the Emergency Motion.

_____
UNITED STATES DISTRICT JUDGE