## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>   v.<br><br>**(7) THIAGO DE SOUZA PRADO,**<br><br>             **Defendant.** | **Docket No. 21-cr-10158-7-MLW** |

### NOTICE OF APPEARANCE OF JOSHUA S. LEVY

Please enter the appearance of the undersigned, Joshua S. Levy of Ropes & Gray LLP, as counsel of record on behalf of Defendant Thiago de Souza Prado in the above-captioned matter.

Respectfully submitted,

Date:  June 1, 2021         By: */s/ Joshua S. Levy*
                                Joshua S. Levy (BBO# 563017)
                                ROPES & GRAY LLP
                                Prudential Tower
                                800 Boylston Street
                                Boston, MA  02199-3600
                                Telephone: (617) 951-7281
                                Fax: (617) 235-0441
                                Joshua.Levy@ropesgray.com

## **CERTIFICATE OF SERVICE**

      I, Joshua S. Levy, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on June 1, 2021.

                                                */s/ Joshua S. Levy*
                                                Joshua S. Levy