# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**(7) THIAGO DE SOUZA PRADO,**<br><br>**Defendant.** | **Docket No. 21-cr-10158-7-MLW** |

## DEFENDANT THIAGO DE SOUZA PRADO'S RESPONSE TO THE GOVERNMENT'S EMERGENCY MOTION FOR STAY AND REVOCATION OF RELEASE ORDER

Per the Court's Order dated May 25, 2021, Defendant Thiago de Souza Prado, by and through his counsel, respectfully submits this response to the Government's Emergency Motion for Revocation of Southern District of Florida Magistrate Judge Bruce E. Reinhart's May 21, 2021 Release Order. *See* ECF Nos. 69, 71. After having had the chance to confer with Mr. Prado on multiple occasions, Mr. Prado consents to detention without prejudice to his right to renew his motion for release pending trial at a later date. Accordingly, Mr. Prado respectfully requests that the Court's Order of Detention be without prejudice to his filing a motion at any time seeking release from pretrial detention.

*(Signature page follows.)*

-2-

                                      Respectfully submitted,

Date:  June 1, 2021                  By: */s/ Joshua S. Levy*
                                              Joshua S. Levy
                                              ROPES & GRAY LLP
                                              Prudential Tower
                                              800 Boylston Street
                                              Boston, MA   02199-3600
                                              Telephone:  (617) 951-7281
                                              Fax:  (617) 235-0441
                                              Joshua.Levy@ropesgray.com

-3-

## **CERTIFICATE OF SERVICE**

I, Joshua Levy, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on June 1, 2021.

*/s/ Joshua S. Levy*
Joshua S. Levy