UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Cr. No. 21-10158-7-MLW |
| ) | |
| THIAGO DE SOUZA PRADO,  ) | |
|      Defendant.         ) | |

ORDER

WOLF, D.J.                                                June 2, 2021

In his June 1, 2021 Response to the Government's Emergency Motion for Stay and Revocation of Release Order defendant Thiago de Souza Prado consents to his continued detention without prejudice to his right to renew his motion for release pending trial in the future. See Dkt. No. 83. Accordingly, it hereby ORDERED that:

1.  De Souza Prado's detention pending trial shall continue.

2.  If de Souza Prado renews his request to be released, his motion shall be decided by this court rather than by the Magistrate Judge.

3.  The May 25, 2021 Order (Dkt. No. 71) is WITHDRAWN. Therefore, the United States Marshals Service need not transport de Souza Prado to Massachusetts now.

                                          /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE