IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| ) | |
| v.   ) | Criminal No. 21-cr-10158-MLW |
| ) | |
| WEMERSON DUTRA AGUIAR, *et al*.,   ) | |
| ) | |
| Defendants   ) | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States Attorney hereby respectfully moves the Court to direct that the indictment be unsealed. In support of this motion, the government states that it no longer believes that public disclosure of these materials as they relate to any of the Defendants might jeopardize the ongoing investigation of this case.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:  */s/ David M. Holcomb*
KRISTEN A. KEARNEY
DAVID M. HOLCOMB
Assistant U.S. Attorneys

Dated:  June 7, 2021