**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __I__      **Investigating Agency** __FBI__

**City** __Lynn MA and Saugus MA__      **Related Case Information:**

**County** __Essex__

| | |
|---|---|
| Superseding Ind./ Inf. __X__ | Case No. __21-cr-10158-MLW__ |
| Same Defendant __X__ | New Defendant |
| Magistrate Judge Case Number | __21-5202-JGD__ |
| Search Warrant Case Number | __See 2nd Page__ |
| R 20/R 40 from District of | |

**Defendant Information:**

**Defendant Name** __Alessandro Felix Fonseca__    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name**

**Address** __(City & State) Revere, MA__

**Birth date (Yr only):** __1995__ **SSN (last4#):** _____ **Sex** __M__ **Race:** __White__ **Nationality:** __Brazilian__

**Defense Counsel if known:** _____ Address _____

**Bar Number**

**U.S. Attorney Information:**

**AUSA** __David M. Holcomb__    Bar Number if applicable __697412__

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: __Portuguese__

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** __05/07/2021__

☑ Already in Federal Custody as of __05/07/2021__ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __06/14/2021__    Signature of AUSA: __/s/ David M. Holcomb__

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant** _____ Alessandro Felix Fonseca _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196 _____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**         **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** _I_      **Investigating Agency** _FBI_

**City**   Lynn MA and Saugus MA      **Related Case Information:**

**County**   Essex

Superseding Ind./ Inf. __X__    Case No. __21-cr-10158-MLW__
Same Defendant __X__    New Defendant _____
Magistrate Judge Case Number __21-5202-JGD__
Search Warrant Case Number __See 2nd Page__
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**   Altacyr Dias Guimaraes Neto     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address**   (City & State) Kissimmee, FL

Birth date (Yr only): _1986_ SSN (last4#): _____ Sex _M_    Race: _White_    Nationality: _Brazilian_

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   David M. Holcomb      Bar Number if applicable   697412

**Interpreter:** ☑ Yes ☐ No     List language and/or dialect:   Portuguese

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date**   05/07/2021

☑ Already in Federal Custody as of   05/07/2021   in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony _1_

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   06/14/2021     Signature of AUSA:   _/s/ David M. Holcomb_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):          21-cr-10158-MLW

**Name of Defendant**       Altacyr Dias Guimaraes Neto

**U.S.C. Citations**

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**     20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** ___I___          **Investigating Agency** __FBI__

**City** __Lynn MA and Saugus MA__          **Related Case Information:**

**County** __Essex__          Superseding Ind./ Inf. __X__          Case No. __21-cr-10158-MLW__
                              Same Defendant __X__          New Defendant _____
                              Magistrate Judge Case Number __21-5202-JGD__
                              Search Warrant Case Number __See 2nd Page__
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Bruno Peixoto Colaco Ramos__          Juvenile:          ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes ☑ No

Alias Name _____

Address __(City & State)  Burlington, MA__

Birth date (Yr only): __1990__  SSN (last4#): _____  Sex __M__          Race: __White__          Nationality: __Brazilian__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __David M. Holcomb__          Bar Number if applicable __697412__

**Interpreter:**          ☑ Yes ☐ No          List language and/or dialect:          __Portuguese__

**Victims:**          ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)          ☑ Yes ☐ No

**Matter to be SEALED:**          ☐ Yes ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**          ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**          ☐ Petty _____          ☐ Misdemeanor _____          ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   06/14/2021          Signature of AUSA:   _/s/ David M. Holcomb_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):        21-cr-10158-MLW

**Name of Defendant**        Bruno Peixoto Colaco Ramos

<strong>U.S.C. Citations</strong>

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159, 21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| Place of Offense: | Category No. | I | Investigating Agency | FBI |

**City**   Lynn MA and Saugus MA          **Related Case Information:**

**County**   Essex

Superseding Ind./ Inf.   X          Case No.   21-cr-10158-MLW
Same Defendant   X          New Defendant
Magistrate Judge Case Number   21-5202-JGD
Search Warrant Case Number   See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Bruno Proencio Abreu          Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name

Address   (City & State)  Saugus, MA

Birth date (Yr only): 1992   SSN (last4#):_____   Sex M   Race: White   Nationality: Brazilian

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   David M. Holcomb          Bar Number if applicable   697412

**Interpreter:**   ☑ Yes   ☐ No          List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**   05/07/2021

☑ Already in Federal Custody as of          05/07/2021   in          .
☐ Already in State Custody at ——————   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:          on

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   06/14/2021          Signature of AUSA:   /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant**   _____ Bruno Proencio Abreu _____

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   _____ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** I | **Investigating Agency** FBI |

**City**   Lynn MA and Saugus MA          **Related Case Information:**

**County**   Essex

Superseding Ind./ Inf.   X          Case No.   21-cr-10158-MLW
Same Defendant   X          New Defendant
Magistrate Judge Case Number   21-5202-JGD
Search Warrant Case Number   See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Clovis Kardekis Placido          Juvenile:   ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name

Address   (City & State) Citrus Heights, CA

Birth date (Yr only): 1983   SSN (last4#):_____   Sex M   Race: White   Nationality: Brazilian

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   David M. Holcomb          Bar Number if applicable   697412

**Interpreter:**   ☑ Yes ☐ No          List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes ☐ No

**Matter to be SEALED:**   ☐ Yes ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**   05/07/2021

☑ Already in Federal Custody as of   05/07/2021   in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   06/14/2021          Signature of AUSA:   /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):  ___21-cr-10158-MLW_____

**Name of Defendant**    Clovis Kardekis Placido _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                                              **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**    I          **Investigating Agency**    FBI

**City**    Lynn MA and Saugus MA          **Related Case Information:**

**County**    Essex          Superseding Ind./ Inf.    X          Case No.    21-cr-10158-MLW
                             Same Defendant    X          New Defendant
                             Magistrate Judge Case Number    21-5202-JGD
                             Search Warrant Case Number    See 2nd Page
                             R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Edvaldo Rocha Cabral          Juvenile:          ☐ Yes    ☑ No

          Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes    ☑ No

Alias Name

Address    (City & State)    Malden, MA

Birth date (Yr only):    1979    SSN (last4#):_____    Sex    M    Race:    White    Nationality:    Brazilian

**Defense Counsel if known:**                    Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**    David M. Holcomb          Bar Number if applicable    697412

**Interpreter:**    ☑ Yes    ☐ No          List language and/or dialect:    Portuguese

**Victims:**    ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes    ☐ No

**Matter to be SEALED:**    ☐ Yes    ☑ No

          ☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**    05/07/2021

☑ Already in Federal Custody as of    05/07/2021    in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:    _____    on

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    ☑ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    06/14/2021          Signature of AUSA:    /s/ David M. Holcomb

**District Court Case Number**   (To be filled in by deputy clerk):     21-cr-10158-MLW

**Name of Defendant**     Edvaldo Rocha Cabral

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**     20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159, 21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** I | **Investigating Agency** | FBI |

**City**   Lynn MA and Saugus MA     **Related Case Information:**

**County**   Essex

Superseding Ind./ Inf.   X     Case No.   21-cr-10158-MLW
Same Defendant   X     New Defendant
Magistrate Judge Case Number   21-5202-JGD
Search Warrant Case Number   See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Flavio Candido da Silva     Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name

Address   (City & State) Revere, MA

Birth date (Yr only): 1995   SSN (last4#):     Sex M     Race: White     Nationality: Brazilian

**Defense Counsel if known:**     Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   David M. Holcomb     Bar Number if applicable   697412

**Interpreter:**   ☑ Yes   ☐ No     List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date**   05/07/2021

☑ Already in Federal Custody as of   05/07/2021   in      .
☐ Already in State Custody at     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:     on

**Charging Document:**   ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   06/14/2021     Signature of AUSA:   */s/ David M. Holcomb*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____21-cr-10158-MLW_____

**Name of Defendant**      Flavio Candido da Silva

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**    20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  I          **Investigating Agency**  FBI

**City**   Lynn MA and Saugus MA          **Related Case Information:**

**County**   Essex          Superseding Ind./ Inf.  X          Case No.   21-cr-10158-MLW
                            Same Defendant  X          New Defendant
                            Magistrate Judge Case Number   21-5202-JGD
                            Search Warrant Case Number   See 2nd Page
                            R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Guilherme da Silveira          Juvenile:          ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name

Address          (City & State)  Revere, MA

Birth date (Yr only): 1992   SSN (last4#):_____   Sex M   Race: White   Nationality: Brazilian

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   David M. Holcomb          Bar Number if applicable   697412

**Interpreter:**   ☑ Yes  ☐ No          List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

          ☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**          05/07/2021

☑ Already in Federal Custody as of          05/07/2021          in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on

**Charging Document:**   ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   06/14/2021          Signature of AUSA:   /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant** _____ Guilherme da Silveira _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**           **Category No.**  I            **Investigating Agency**  FBI

**City**  Lynn MA and Saugus MA            **Related Case Information:**

**County**  Essex            Superseding Ind./ Inf.  X            Case No.  21-cr-10158-MLW
                             Same Defendant  X            New Defendant
                             Magistrate Judge Case Number  21-5202-JGD
                             Search Warrant Case Number  See 2nd Page
                             R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**  Itallo Felipe Pereira de Sousa Correa            Juvenile:  ☐ Yes  ☑ No

                    Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name**

**Address**          (City & State)  Daly City, CA

**Birth date (Yr only):**  1997  **SSN (last4#):**          **Sex**  M          **Race:**  White          **Nationality:**  Brazilian

**Defense Counsel if known:**                    Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**  David M. Holcomb            Bar Number if applicable  694712

**Interpreter:**  ☑ Yes  ☐ No            List language and/or dialect:  Portuguese

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

          ☐ Warrant Requested            ☐ Regular Process            ☑ In Custody

**Location Status:**

**Arrest Date**          05/12/2021

☑ Already in Federal Custody as of          05/12/2021          in                    .
☐ Already in State Custody at                    ☐ Serving Sentence            ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:                    on

**Charging Document:**   ☐ Complaint            ☐ Information            ☑ Indictment

**Total # of Counts:**   ☐ Petty            ☐ Misdemeanor            ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  06/14/2021          Signature of AUSA:  /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant**   Itallo Felipe Pereira de Sousa Correa _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ___ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196 _____

**Criminal Case Cover Sheet**                                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** ___I___          **Investigating Agency** ___FBI___

**City**    Lynn MA and Saugus MA          **Related Case Information:**

**County**    Essex          Superseding Ind./ Inf. ___X___          Case No. ___21-cr-10158-MLW___

Same Defendant ___X___          New Defendant _____

Magistrate Judge Case Number    21-5202-JGD

Search Warrant Case Number    See 2nd Page

R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**    Julio Vieira Braga          Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

**Alias Name**    _____

**Address**    (City & State)  Daly City, CA

Birth date (Yr only): _1996_  SSN (last4#): _____  Sex _M_    Race: _White_    Nationality: _Brazilian_

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**    David M. Holcomb          Bar Number if applicable    697412

**Interpreter:**    ☑ Yes  ☐ No          List language and/or dialect:    Portuguese

**Victims:**    ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes  ☐ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date** ___05/12/2021___

☑ Already in Federal Custody as of    05/12/2021    in _____ .

☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony ___1___

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    06/14/2021          Signature of AUSA:    /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant**   _____ Julio Vieira Braga _____

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   _____ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159, _____

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196 _____

**Criminal Case Cover Sheet**                                  **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**    I          **Investigating Agency**    FBI

**City**   Lynn MA and Saugus MA          **Related Case Information:**

**County**   Essex          Superseding Ind./ Inf.    X          Case No.    21-cr-10158-MLW
                            Same Defendant    X          New Defendant
                            Magistrate Judge Case Number    21-5202-JGD
                            Search Warrant Case Number    See 2nd Page
                            R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Luiz Narciso Alves Neto          Juvenile:        ☐ Yes  ☑ No

                  Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name

Address           (City & State)  Revere, MA

Birth date (Yr only): 1985   SSN (last4#):_____   Sex M     Race: White     Nationality: Brazilian

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**    David M. Holcomb          Bar Number if applicable    697412

**Interpreter:**    ☑ Yes   ☐ No          List language and/or dialect:    Portuguese

**Victims:**    ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes   ☑ No

          ☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   06/14/2021          Signature of AUSA:    /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant**     Luiz Narciso Alves Neto _____

**U.S.C. Citations**

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  I          **Investigating Agency**  FBI

**City**  Lynn MA and Saugus MA          **Related Case Information:**

**County**  Essex          Superseding Ind./ Inf.  X          Case No.  21-cr-10158-MLW
                           Same Defendant  X          New Defendant
                           Magistrate Judge Case Number  21-5202-JGD
                           Search Warrant Case Number  See 2nd Page
                           R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**  Oliver Felipe Gomes de Oliveira          Juvenile:  ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name**

**Address**          (City & State)  Shrewsbury, MA

Birth date (Yr only):  1988  SSN (last4#):_____  Sex  M          Race:  White          Nationality:  Brazilian

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**  David M. Holcomb          Bar Number if applicable  697412

**Interpreter:**  ☑ Yes  ☐ No          List language and/or dialect:          Portuguese

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  06/14/2021          ⊞          Signature of AUSA:  /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):          21-cr-10158-MLW

**Name of Defendant**      Oliver Felipe Gomes de Oliveira

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**      20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

| Place of Offense: | Category No. | I | Investigating Agency | FBI |

**City**   Lynn MA and Saugus MA                  **Related Case Information:**

**County**   Essex

Superseding Ind./ Inf.   X          Case No.   21-cr-10158-MLW
Same Defendant   X          New Defendant
Magistrate Judge Case Number   21-5202-JGD
Search Warrant Case Number   See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Philipe do Amaral Pereira          Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name

Address   (City & State)  Hercules, CA

Birth date (Yr only): 1984   SSN (last4#):_____   Sex M   Race: White   Nationality: Brazilian

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   David M. Holcomb          Bar Number if applicable   697412

**Interpreter:**   ☑ Yes  ☐ No          List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**   05/14/2021

☑ Already in Federal Custody as of   05/14/2021   in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:   _____ on

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   06/14/2021          Signature of AUSA:   /s/ David M. Holcomb

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant** _____ Philipe do Amaral Pereira _____

## U.S.C. Citations

|  | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.**    I | **Investigating Agency**    FBI | |

**City**    Lynn MA and Saugus MA        **Related Case Information:**

**County**    Essex

| | |
|---|---|
| Superseding Ind./ Inf.    X | Case No.    21-cr-10158-MLW |
| Same Defendant    X    New Defendant | |
| Magistrate Judge Case Number    21-5202-JGD | |
| Search Warrant Case Number    See 2nd Page | |
| R 20/R 40 from District of | |

**Defendant Information:**

Defendant Name    Priscila Barbosa        Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name

Address    (City & State)  Saugus, MA

Birth date (Yr only):  1985   SSN (last4#):_____   Sex  F    Race:  White    Nationality:  Brazilian

**Defense Counsel if known:**                    Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**    David M. Holcomb            Bar Number if applicable    697412

**Interpreter:**    ☑ Yes  ☐ No        List language and/or dialect:    Portuguese

**Victims:**    ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes  ☐ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

☐ Warrant Requested        ☐ Regular Process        ☑ In Custody

**Location Status:**

**Arrest Date**        05/07/2021

☑ Already in Federal Custody as of        05/07/2021    in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____  on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ———  ☐ Misdemeanor ———  ☑ Felony ——— 1

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    06/14/2021        Signature of AUSA:    /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):      21-cr-10158-MLW

**Name of Defendant**      Priscila Barbosa

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**      20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159, 21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  __I__          **Investigating Agency**  __FBI__

**City**  __Lynn MA and Saugus MA__          **Related Case Information:**

**County**  __Essex__

Superseding Ind./ Inf.  __X__          Case No.  __21-cr-10158-MLW__
Same Defendant  __X__          New Defendant  _____
Magistrate Judge Case Number  __21-5202-JGD__
Search Warrant Case Number  __See 2nd Page__
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __Saulo Aguiar Ponciano__          Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name  _____

Address  __(City & State)__

Birth date (Yr only): __1988__  SSN (last4#): _____  Sex __M__          Race: __White__          Nationality: __Brazilian__

**Defense Counsel if known:**  _____          Address  _____

**Bar Number**  _____

**U.S. Attorney Information:**

**AUSA**  __David M. Holcomb__          Bar Number if applicable  __697412__

**Interpreter:**  ☑ Yes  ☐ No          List language and/or dialect:  __Portuguese__

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**  _____

☑ Already in Federal Custody as of  __05/24/2021__  in  _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on  _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty ——  ☐ Misdemeanor ——  ☑ Felony  __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  __06/14/2021__          Signature of AUSA:  __/s/ David M. Holcomb__

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant** _____ Saulo Aguiar Ponciano _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

_____

_____

**Criminal Case Cover Sheet**                           **U.S. District Court - District of Massachusetts**

**Place of Offense:**                   **Category No.** ___I___        **Investigating Agency** ___FBI___

**City**    __Lynn MA and Saugus MA__        **Related Case Information:**

**County**    __Essex__                      Superseding Ind./ Inf. __X__        Case No. __21-cr-10158-MLW__
                                             Same Defendant __X__        New Defendant _____
                                             Magistrate Judge Case Number __21-5202-JGD__
                                             Search Warrant Case Number __See 2nd Page__
                                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    __Thiago de Souza Prado__        Juvenile:    ☐ Yes  ☑ No

                  Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name    _____

Address    __(City & State)  Boca Raton, FL__

Birth date (Yr only): __1984__   SSN (last4#): _____   Sex __M__    Race: __White__    Nationality: __Brazilian__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**    __David M. Holcomb__                Bar Number if applicable    __697412__

**Interpreter:**    ☑ Yes   ☐ No        List language and/or dialect:    __Portuguese__

**Victims:**    ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes  ☐ No

**Matter to be SEALED:**    ☐ Yes   ☑ No

        ☐ Warrant Requested        ☐ Regular Process        ☑ In Custody

**Location Status:**

**Arrest Date** __05/12/2021__

☑ Already in Federal Custody as of    __05/12/2021__    in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**    ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    __06/14/2021__        Signature of AUSA:    __/s/ David M. Holcomb__

**District Court Case Number**   (To be filled in by deputy clerk):          21-cr-10158-MLW

**Name of Defendant**        Thiago de Souza Prado

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** I | **Investigating Agency** | FBI |

**City** Lynn MA and Saugus MA          **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X          Case No.  21-cr-10158-MLW
Same Defendant  X          New Defendant
Magistrate Judge Case Number  21-5202-JGD
Search Warrant Case Number  See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Waldemy Jorge Lima Wanderley Junior          Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name

Address  (City & State)  Watertown, MA

Birth date (Yr only): 1989  SSN (last4#):          Sex M          Race: White          Nationality: Brazilian

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**  David M. Holcomb          Bar Number if applicable  697412

**Interpreter:** ☑ Yes  ☐ No          List language and/or dialect:  Portuguese

**Victims:** ☑  ☐ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of          in          .
☐ Already in State Custody at          Serving Sentence          Awaiting Trial
☐ On Pretrial Release:  Ordered by:          on

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty          ☐ Misdemeanor          ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  06/14/2021          ✚          Signature of AUSA:  /s/ David M. Holcomb

**District Court Case Number**   (To be filled in by deputy clerk):   21-cr-10158-MLW

**Name of Defendant**   Waldemy Jorge Lima Wanderley Junior

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159, 21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

JS 45  (5/97) - (Revised U.S.D.C - MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    **Category No.**   I          **Investigating Agency**   FBI

**City**   Lynn MA                        **Related Case Information:**

**County**   Essex                        Superseding Ind./ Inf.   X          Case No.   21-cr-10158-MLW
                                          Same Defendant   X          New Defendant
                                          Magistrate Judge Case Number   21-mj-5196-JGD
                                          Search Warrant Case Number   See 2nd Page
                                          R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Wemerson Dutra Aguiar                    Juvenile:   ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name

Address   (City & State)  Woburn, MA

Birth date (Yr only): 1993   SSN (last4#):_____   Sex M   Race: White   Nationality: Brazil

**Defense Counsel if known:**                              Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   David M. Holcomb                    Bar Number if applicable   697412

**Interpreter:**   ☑ Yes  ☐ No          List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

          ☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**   05/05/2021

☑ Already in Federal Custody as of   05/05/2021   in   Chicago, IL   .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:_____   on

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   06/14/2021          Signature of AUSA:   /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant** _____ Alessandro Felix Fonseca _____

<b>U.S.C. Citations</b>

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013