UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
21-10158-MLW

UNITED STATES OF AMERICA

v.

THIAGO DE SOUZA PRADO

### MEMORANDUM AND ORDER OF DETENTION

July 1, 2021

DEIN, M.J.

The defendant is charged in an Indictment with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349. After the defendant's appearance and detention in Florida, another initial appearance was held remotely before this court on July 1, 2021, at which time the government moved for continued detention pursuant to 18 U.S.C. § 3142(f)(2)(A) on the grounds that the defendant poses a serious risk of flight. The defendant was represented by counsel.

At the hearing on July 1, 2021 the defendant, through counsel, confirmed his consent to the entry of an order of detention, without prejudice to his right to reopen the issue at a later date. See Docket No. 34.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED --

(1) That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3) On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing to consider the issue of pretrial detention, regardless whether there have been changed circumstances.

                                             / s / Judith Gail Dein
                                             Judith Gail Dein
                                             United States Magistrate Judge