IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                     ) | No. 21-cr-10158-MLW-JGD |
| ) | |
| WEMERSON DUTRA AGUIAR, *et al.* ) | |
| ) | |
| Defendants         ) | |

### JOINT INITIAL STATUS REPORT

Pursuant to Local Rule 116.5(a), the parties hereby file the following status report prepared in connection with the initial status conference that is currently scheduled for July 29, 2021.

**(1) Automatic Discovery & Pending Discovery Requests**

The Government mailed automatic discovery in this case to the Defendants on or about June 21, 2021 and provided additional discovery on June 25, 2021. This discovery was provided in part via secure file transfer and in part on a hard drive, as well as an accompanying thumb drive. The Government provided Defendants with indices of these materials. Defendants are currently reviewing this discovery.[1]

**(2) Additional Discovery**

The Government anticipates producing any additional discovery on a rolling basis, approximately once each month or as additional discovery becomes available. The Government is reviewing discovery as it is produced to determine whether any such discovery, with respect to the charged Defendants, is information that would tend directly to negate any Defendant's guilt

---

[1] Counsel for Defendant Saulo Ponciano indicates that he has requested allowance of funds from the Court for translations of certain discovery provided by the Government, including Portuguese translations of documents in English and English translations of the Defendant's recorded oral conversations in Portuguese.

concerning any count in the Indictment, and the Government will produce said discovery. The Government is aware of its obligations to produce materials under Fed. R. Crim. P. 16, Local Rule 116.2(b)(1), and *Brady vs. Maryland*, and the Government will produce discovery—including *Brady* materials—as it is reviewed and processed by counsel.

**(3) Timing of Additional Discovery Requests**

In light of the large volume of discovery produced by the Government to date and additional materials that may be forthcoming, the parties agree to hold in abeyance the deadlines associated with the discovery motion and bill of particulars provisions of Local Rule 116.3 until at least the next status conference, at which time the parties will endeavor to propose deadlines for discovery motions or request more time. The parties agree that, in the interim, any Defendant may confer and exchange letter requests with the Government for additional discovery pursuant to the non-deadline provisions of Local Rule 116.3 (e.g., Local Rule 116.3(h) regarding consolidation of written requests and motions in multi-defendant cases).

**(4) Protective Orders**

The Court entered a protective order on June 15, 2021 (ECF No. 109). Should a party seek a separate protective order or modification of the existing protective order, that party will file a motion with the Court to address any relevant issues.

**(5) Pretrial Motions**

The parties request that the Court set a schedule for Defendants to file pretrial motions under Fed. R. Crim. P. 12(b) after Defendants have had an opportunity to review all discovery provided by the Government. The parties will endeavor to provide a proposed briefing schedule to the Court ahead of the next status conference.

**(6) Expert Discovery**

The Government agrees to provide any expert witness disclosures 90 days prior to trial. The Defendants agree to provide any expert witness disclosures 30 days prior to trial.

**(7) Speedy Trial Act**

The parties[2] have conferred and ask that the Court exclude the period of time from the time of the initial status conference on July 29, 2021 to the time of the next status conference, under 18 U.S.C. § 3161(h)(7)(A), to permit the Defendants time to review discovery and confer with their respective counsel. The ends of justice served by this exclusion outweigh the interests of the public and the Defendants in a speedy trial.

**(8) Interim Status Conference**

The parties request an interim status conference on or about September 27, 2021, or at a time thereafter that is convenient to the Court.

**(9) Other Issues Relevant to Progress of Case**

The Government anticipates seeking a superseding indictment charging several of the Defendants with one or more count of aggravated identity theft in violation of 18 U.S.C. § 1028A. The Government is engaged in plea discussions with multiple Defendants.

Respectfully submitted,

NATHANIEL R. MENDELL
ACTING UNITED STATES ATTORNEY

*/s/  David M. Holcomb*
Kristen A. Kearney
David M. Holcomb
Assistant United States Attorneys

---

[2] Counsel for Defendant Thiago Prado will notify the Court of Mr. Prado's position on Speedy Trial Act exclusion at the time of the status conference on July 29, 2021.

John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3100
Kristen.Kearney@usdoj.gov
David.Holcomb@usdoj.gov

**WEMERSON DUTRA AGUIAR**

By his attorney,
*/s/ Kevin L. Barron*
Kevin L. Barron (BBO # 550712)
Attorney at Law
50 Congress Street, 6th Floor
Boston, MA 02109
(617) 407-6837
kevinbarronesq@gmail.com

**PRISCILA BARBOSA**

By her attorney,
*/s/ William R. Sullivan, Jr.*
William R. Sullivan (BBO # 556231)
Sullivan & Sullivan
25 Railroad Square, Suite 405
Haverhill, MA 01832
(978) 521-6801
attywrs@aol.com

**EDVALDO ROCHA CABRAL**

By his attorney,
*/s/ Daniel DeMaria*
Daniel DeMaria (BBO# 674130)
Greco Neyland, P.C.
15 Cottage Avenue, 4th Flr.
Quincy, MA 02169
(617) 658-5020
dan@greconeyland.com

**CLOVIS PLACIDO**

By his attorney,
*/s/ Keren E. Goldenberg*
Keren E. Goldenberg (BBO# 657629)
19A Alexander Avenue

4

Belmont, MA 02478
(617) 431-2701
keren@kgdefenselaw.com

**GUILHERME DA SILVEIRA**

By his attorney,
*/s/ Jason G. Benzaken*
Jason G. Benzaken (BBO# 658869)
Benzaken and Wood, LLP
1342 Belmont Street, Suite 102
Brockton, MA 02301
(508) 897-0001
attorneybenzaken@gmail.com

**THIAGO DE SOUZA PRADO**

By his attorney,
*/s/ Joshua S. Levy*
Joshua S. Levy (BBO #563017)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7281
jlevy@ropesgray.com

**LUIZ NARCISO ALVES NETO**

By his attorneys,
*/s/ Austin C. Tzeng*
Austin C. Tzeng (BBO# 658889)
Law Office of Austin C. Tzeng
21 Mayor Thomas J. McGrath Highway
Suite 501
Quincy, MA 02169
(781) 929-4882
tzengdefense@gmail.com

**FLAVIO CANDIDO DA SILVA**

By his attorney,
*/s/ Joan M. Griffin*
Joan M. Griffin (BBO# 549522)
P.O. Box 133
Dublin, NH 03444
(617) 283-0954

5

griffin@lawjmg.com

**ALTACYR DIAS GUIMARAES NETO**

By his attorney,
*/s/ Nathaniel H. Amendola*
Nathaniel H. Amendola (BBO# 684285)
Amendola LLC
738 Main Street
Hingham, MA 02043
(781) 740-0800
nate@amendolallc.com

**PHILIPE DO AMARAL PEREIRA**

By his attorney,
*/s/ Claudia S. Lagos*
Claudia S. Lagos (BBO# 681504)
Scully & Lagos
101 Summer Street, 4th Floor
Boston, MA 02110
(617) 307-5055
clagos@scullylagos.com

**BRUNO PROENCIO ABREU**

By his attorney,
*/s/ J. Thomas Kerner*
J. Thomas Kerner (BBO# 552373)
Attorney at Law
240 Commercial Street, Suite 5A
Boston, MA 02109
(617) 720-5509
thomas.kerner@comcast.net

**ALESSANDRO FELIX DA FONSECA**

By his attorney,
*/s/ Jessica D. Hedges*
Jessica Diane Hedges (BBO# 645847)
Hedges & Tumposky, LLP
Suite 600, 50 Congress Street
Boston, MA 02109
(617) 722-8220
hedges@htlawyers.com

                    **SAULO AGUIAR PONCIANO**

                    By his attorney,
                    */s/ James B. Krasnoo*
                    James B. Krasnoo (BBO# 279300)
                    Krasnoo, Klehm & Falkner LLP
                    28 Andover Street, Suite 240
                    Andover, MA 01810
                    (978) 475-9955
                    jkrasnoo@kkf-attorneys.com

**Certificate of Service**

   I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: July 22, 2021              <u>*/s/   David M. Holcomb*   </u>
                          Assistant United States Attorney