IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 21-cr-10158-7-MLW |
| ) | |
| (7) THIAGO DE SOUZA PRADO ) | |
| ) | |
| Defendant ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT THIAGO PRADO'S MOTION FOR RELEASE FROM CUSTODY**

For reasons set forth in the government's Emergency Motion for Stay and Revocation of Release Order dated May 24, 2021 (ECF No. 69), the government opposes Defendant Thiago Prado's Motion for Release from Custody (ECF No. 141). Because Prado presents a substantial flight risk and no conditions can reasonably assure his appearance before this Court, the Court should deny Prado's motion and order Prado held pending trial. The government requests a hearing on Prado's motion.

                                        Respectfully Submitted,

                                        NATHANIEL R. MENDELL
                                        Acting United States Attorney

                  By:   */s/ David M. Holcomb*
                          DAVID M. HOLCOMB
                          KRISTEN A. KEARNEY
                          Assistant U.S. Attorneys

Dated: July 27, 2021

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: July 27, 2021

                                              */s/ David M. Holcomb*
                                              DAVID M. HOLCOMB
                                              Assistant U.S. Attorney