# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(7) THIAGO DE SOUZA PRADO,<br><br>**Defendant.** | **Docket No. 21-cr-10158-7-MLW** |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.5.2(c), Joshua Levy, a partner at Ropes & Gray LLP and attorney of record for Defendant Thiago De Souza Prado, respectfully moves the Court for leave to withdraw his appearance on behalf of Mr. Prado and appoint new CJA counsel to represent him.

This Court appointed undersigned counsel for Mr. Prado on or about on June 1, 2021.  *See* ECF No. 82.  On August 27, 2021, undersigned counsel intends to resign from Ropes & Gray and will no longer be in engaged in the private practice of law.  Undersigned counsel informed Mr. Prado that he would no longer be able to represent him and Mr. Prado requested that a new CJA attorney be appointed.  Should the Court permit this withdrawal, undersigned counsel will work diligently with Mr. Prado's newly-appointed counsel to transfer this matter and minimize any disruption to Mr. Prado or the Court.  The government has advised counsel that it does not object to this motion.

In light of the foregoing, undersigned counsel respectfully seeks leave of the Court to withdraw his appearance on behalf of Mr. Prado, and respectfully requests that the Court appoint a new CJA attorney to assume Mr. Prado's representation.

-2-

Respectfully submitted,

Date: August 10, 2021

By: /s/ Joshua S. Levy
Joshua S. Levy (BBO #: 563017)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA   02199-3600
Telephone:  (617) 951-7281
Fax:  (617) 235-0441
Joshua.Levy@ropesgray.com

**<u>CERTIFICATE OF SERVICE</u>**

      I, Joshua Levy, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on August 10, 2021.

                                                   <u>/s/ Joshua S. Levy</u>
                                                    Joshua S. Levy