UNITED STATES DISTRICT COURT FOR THE DISTRICT OF BOSTON

UNITED STATES                    CRIMINAL COMPLAINT
                                 NO. 1:21-CR-10158-7-MLW
    V.

THIAGO PRADO

MOTION FOR REQUEST TO HAVE THE COURT APPOINT NEW COUNSEL DUE TO INEFFECTIVE ASSISTANCE OF PRESENT ATTORNEY GUARANTEED BY THE 6TH AMENDMENT OF THE U.S. CONSTITUTION.

The Defendant Thiago Prado gives the following reasons and respectfully prays that this honorable court grants this request and appoints new counsel without further delay.

1.) Attorney Joshua S. Levy, whom the court has appointed as counsel to the above complaintant keeps suggesting that he cooperate with the government. Misleading him by telling him he is facing more time than his guidelines indicate. Also, Attorney Levy has not provided his paperwork to include Indictment, Discovery and Evidence Documents

1.

so that he may look over his paperwork and participate in his defense.

2.) On Monday July 6th 2021 This Court asked me if I had a chance to look over my paperwork. I told the Judge that I had not seen anything to date. The court ordered that Atty. Levy provide me with copies of my paperwork. As of July 26th 2021 Atty Levy had NOT followed the court's order leaving me here blindfolded so that I am unable to argue my case.

3.) Attorney Levy delayed my bond hearing saying it was not a good idea to file for one because it would cost the government money and would upset them. Attorney Levy also mislead me telling me that I had to cooperate first before filing for a bond hearing. For the record I have a text from my wife to Attorney Levy stating that I did NOT want to cooperate with the government and that I want a bond hearing yet this has yet to be done. Attorney Joshua S. Levy has been harrassing and pressuring me to cooperate stating the government would file additional charges against me (Aggravated Identity Theft) if I don't cooperate.

2.

4.) July 16th 2021 the defendant (myself) put a request in to the evidence department here at Wyatt Detention Facility requesting to see and push the issue with Attorney regarding getting copies of the requested documents. The Evidence Department at Wyatt replied stating they had gotten in contact with Atty Levy and had given him instructions on how to mail it to his client Prado. Wyatt did let him (Prado) look at some documentation though the defendant did NOT receive copies.

5.) Defendant Thiago Prado, respectfully asks this court to relieve Attorney Joshua S. Levy from representing him in this case and appoint new counsel. There appears to be a major conflict of interest and Attorney Levy has been neither fair nor professional and has NOT been representing his client to the best of his ability. It is my belief that Attorney Levy is working with the prosecution to get his client to plea to charges for which he is innocent of. The defendant wants counsel that will defend him from injustice and get him a fair and expedient bond hearing.

3.

6.) Today is August 10th, 2021. I am mailing this motion to inform the honorable court that I have tried to work with Attorney Levy for the past 4 weeks to have him file a motion to "Identify My Offence" and he keeps making excuses to push it off. I have been detained for more than 90 days so far and my wife and 20 month old son are having a difficult time without me. Please consider my request at your earliest convienience.

Very Respectfully

Thiago Prado