UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 21-10158-MLW |
| | ) |
| THIAGO DE SOUZA PRADO, | ) |
|     Defendant. | ) |

MEMORANDUM AND ORDER

WOLF, D.J.                                                    September 3, 2021

    Defendant Thiago de Souza Prado ("Prado") has filed, pro se, a motion for an evidentiary hearing regarding the constitutionality of 18 U.S.C. §3661 (Dkt. No. 177). Prado is currently represented by John F. Palmer, Esq.

    "An indigent defendant has a Sixth Amendment right to be appointed counsel, and a corresponding right to proceed without counsel, but these are mutually exclusive." United States v. Nivica, 887 F.2d 1110, 1121 (1st Cir. 1989) (internal citations omitted). Consequently, "a district court enjoys wide latitude in managing its docket and can require represented parties to present motions through counsel." United States v. Tracy, 989 F.2d 1279, 1285 (1st Cir. 1993); see also Untied States v. Lopez-Soto, 960 F.3d 1, 15 (1st Cir. 2020) ("So long as [defendant] was represented by counsel, he had no right to file his own motions"). It is appropriate to do so with regard to Prado's pro se motion.

In view of the foregoing, it is hereby ORDERED that Prado's pro se motion (Dkt. No. 177) is DENIED without prejudice to a renewed motion being presented by his counsel.

UNITED STATES DISTRICT JUDGE