FILED
IN CLERKS OFFICE

2021 SEP -7  PM 12: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court
District of ~~Connecticut~~ MASS.

| | |
|---|---|
| United States of America ) | |
| ) | Case No. 1:21-cr-10158-MLW |
| V. ) | |
| ) | |
| THIAGO DE SOUZA PRADO ) | |
| Defendant, ) | |

## MOTION TO PROCEED PRO-SE TO FILE DEFENDANT PRO-SE MOTION IN LIGHT OF FARRETTA V CALIFORNIA, 422 U.S 806 (1975); AND UNITED STATES V SWINNEY, 970 F. 2D 494 (8TH Cir. 1992)

Defendant Mr. Thiago De Souza Prado moves this Honorable Court in the above Style and Cause under the defendant's Pro-Se capacity requesting the courts permission to allow the charged defendant to exercise his constitutional right to proceed Pro-Se with the protections of California v Farretta, (Citations Omitted); and also in light of United States v Swinney, 970 f.2d 494 (8th Cir. 1992)

**Defendants in criminal trials have constitutional right to waive the assistance of counsel and conduct their own defense. A court, however, may appoint standby counsel to assist a defendant who chooses to pro se. The defendant remains free to elevate standby counsel to a lead counsel role, thereby waiving the defendant's rights. Once a pro se defendant invites or agrees to any substantial participation by standby counsel, subsequent appearances by counsel must be presumed to be with the defendant's acquiescence, at least until the defendant expressly and unambiguously requests that standby counsel be silenced.**

However, the charged defendant Mr. Prado is of sound mind and is highly conscious at this very moment while requesting the court for the permission to proceed Pro-Se – Thus, with all due respect and honor before the court Mr. Prado seeks the protections of Haines v Kerner, (citations omitted) to help prevent a further miscarriage of justice before the court in the interest of justice.

### Conclusion

The Defendant prays that this Honorable Court would grant the Defendant his Constitutional right to proceed Pro-Se so that he could file Pro-Se motions to preserve his Constitutional claims on record to appeal.

1

Respectfully Submitted

*[signature]*

8-26-2021

## Certificate of Service

I Thiago De Souza Prado place the said above Motion in the Mail box under the Mail Box rule here at Donald Wyatt Detention facility to mailed to the following:

Respectfully Submitted

*[signature]*