**Criminal Case Cover Sheet**                **U.S. District Court - District of Massachusetts**

**Place of Offense:**       **Category No.** _I_      **Investigating Agency** _FBI_

**City**    Lynn MA and Saugus MA      **Related Case Information:**

**County**    Essex

Superseding Ind./ Inf. _X_     Case No. _21-cr-10158-MLW_
Same Defendant _X_     New Defendant _____
Magistrate Judge Case Number _21-5202-JGD_
Search Warrant Case Number _See 2nd Page_
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Alessandro Felix Fonseca      Juvenile:    ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes ☑ No

Alias Name _____

Address    (City & State) Revere, MA

Birth date (Yr only): _1995_ SSN (last4#): _____ Sex _M_    Race: _White_    Nationality: _Brazilian_

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   David M. Holcomb      Bar Number if applicable   _697412_

**Interpreter:**    ☑ Yes ☐ No    List language and/or dialect:   _Portuguese_

**Victims:**    ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes ☐ No

**Matter to be SEALED:**    ☐ Yes ☑ No

   ☐ Warrant Requested      ☐ Regular Process      ☑ In Custody

**Location Status:**

**Arrest Date** _05/07/2021_

☑ Already in Federal Custody as of    _05/07/2021_    in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony _2_

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   9/13/2021      Signature of AUSA:   _/s/ David M. Holcomb_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant** _____ Alessandro Felix Fonseca _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 15 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196 _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                           **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**   I          **Investigating Agency**   FBI

**City**    Lynn MA and Saugus MA          **Related Case Information:**

**County**    Essex

Superseding Ind./ Inf.    X          Case No.    21-cr-10158-MLW
Same Defendant    X          New Defendant
Magistrate Judge Case Number          21-5202-JGD
Search Warrant Case Number          See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**    Altacyr Dias Guimaraes Neto          Juvenile:          ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes   ☑ No

**Alias Name**

**Address**    (City & State)  Kissimmee, FL

**Birth date (Yr only):** 1986    **SSN (last4#):**          **Sex** M          **Race:** White          **Nationality:** Brazilian

**Defense Counsel if known:**                    Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**    David M. Holcomb          Bar Number if applicable    697412

**Interpreter:**    ☑ Yes   ☐ No          List language and/or dialect:          Portuguese

**Victims:**    ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes   ☐ No

**Matter to be SEALED:**    ☐ Yes   ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**    05/07/2021

☑ Already in Federal Custody as of    05/07/2021    in                              .
☐ Already in State Custody at                   ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by:                    on

**Charging Document:**    ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**    ☐ Petty          ☐ Misdemeanor          ☑ Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    9/13/2021          Signature of AUSA:    /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant**   _____ Altacyr Dias Guimaraes Neto _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 11 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

---

**Place of Offense:**          **Category No.** <u>I</u>          **Investigating Agency** <u>FBI</u>

**City** <u>Lynn MA and Saugus MA</u>          **Related Case Information:**

**County** <u>Essex</u>          Superseding Ind./ Inf. <u>X</u>          Case No. <u>21-cr-10158-MLW</u>

Same Defendant <u>X</u>          New Defendant

Magistrate Judge Case Number <u>21-5202-JGD</u>

Search Warrant Case Number <u>See 2nd Page</u>

R 20/R 40 from District of

**Defendant Information:**

Defendant Name <u>Bruno Peixoto Colaco Ramos</u>          Juvenile:          ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes  ☑ No

Alias Name

Address          <u>(City & State)  Burlington, MA</u>

Birth date (Yr only): <u>1990</u>  SSN (last4#):          Sex <u>M</u>          Race: <u>White</u>          Nationality: <u>Brazilian</u>

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA** <u>David M. Holcomb</u>          Bar Number if applicable <u>697412</u>

**Interpreter:**          ☑ Yes  ☐ No          List language and/or dialect:          <u>Portuguese</u>

**Victims:**          ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)          ☑ Yes  ☐ No

**Matter to be SEALED:**          ☐ Yes  ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of          in          .

☐ Already in State Custody at          ☐ Serving Sentence          ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by:          on

**Charging Document:**          ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**          ☐ Petty          ☐ Misdemeanor          ☑ Felony <u>2</u>

Continue on Page 2 for Entry of U.S.C. Citations

☑          **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: <u>9/13/2021</u>          ✠          Signature of AUSA:  */s/ David M. Holcomb*

**District Court Case Number**   (To be filled in by deputy clerk):   21-cr-10158-MLW

**Name of Defendant**   Bruno Peixoto Colaco Ramos

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 8 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** ___I___ | **Investigating Agency** ___FBI___ |

**City** ___Lynn MA and Saugus MA___    **Related Case Information:**

**County** ___Essex___

Superseding Ind./ Inf. ___X___    Case No. ___21-cr-10158-MLW___
Same Defendant ___X___    New Defendant _____
Magistrate Judge Case Number ___21-5202-JGD___
Search Warrant Case Number ___See 2nd Page___
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name ___Bruno Proencio Abreu___    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address ___(City & State)  Saugus, MA___

Birth date (Yr only): ___1992___  SSN (last4#): _____  Sex ___M___   Race: ___White___   Nationality: ___Brazilian___

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** ___David M. Holcomb___    Bar Number if applicable ___697412___

**Interpreter:**  ☑ Yes  ☐ No    List language and/or dialect: ___Portuguese___

**Victims:**  ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date** ___05/07/2021___

☑ Already in Federal Custody as of ___05/07/2021___ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony ___2___

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: ___9/15/2021___    Signature of AUSA: ___/s/ David M. Holcomb___

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant** _____ Bruno Proencio Abreu _____

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 13 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**     I          **Investigating Agency**     FBI

**City**    Lynn MA and Saugus MA          **Related Case Information:**

**County**    Essex          Superseding Ind./ Inf.     X          Case No.    21-cr-10158-MLW
                             Same Defendant     X          New Defendant
                             Magistrate Judge Case Number     21-5202-JGD
                             Search Warrant Case Number     See 2nd Page
                             R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Clovis Kardekis Placido          Juvenile:          ☐ Yes   ☑ No

                  Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes   ☑ No

Alias Name

Address           (City & State)   Citrus Heights, CA

Birth date (Yr only): 1983    SSN (last4#):_____   Sex  M          Race:  White          Nationality:  Brazilian

**Defense Counsel if known:**                              Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**    David M. Holcomb          Bar Number if applicable     697412

**Interpreter:**    ☑ Yes   ☐ No          List language and/or dialect:          Portuguese

**Victims:**    ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**    ☐ Yes   ☑ No

          ☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**          05/07/2021

☑ Already in Federal Custody as of          05/07/2021          in                              .
☐ Already in State Custody at ──────────────── ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: ────────────────   on

**Charging Document:**    ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**    ☐ Petty ────────   ☐ Misdemeanor ────────   ☑ Felony ──── 2

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    9/13/2021          Signature of AUSA:    /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant** _____ Clovis Kardekis Placido _____

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 7 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196 _____

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** I    **Investigating Agency** FBI

**City** Lynn MA and Saugus MA    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. X    Case No. 21-cr-10158-MLW
Same Defendant X    New Defendant
Magistrate Judge Case Number 21-5202-JGD
Search Warrant Case Number See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

**Defendant Name** Edvaldo Rocha Cabral    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name**

**Address** (City & State) Malden, MA

Birth date (Yr only): 1979   SSN (last4#):   Sex M   Race: White   Nationality: Brazilian

**Defense Counsel if known:**    Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA** David M. Holcomb    Bar Number if applicable 697412

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Portuguese

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** 05/07/2021

☑ Already in Federal Custody as of 05/07/2021 in .
☐ Already in State Custody at   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: on

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 9/13/2021    Signature of AUSA: /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):     21-cr-10158-MLW

**Name of Defendant**     Edvaldo Rocha Cabral

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**     20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

| **Place of Offense:** | **Category No.** <u>I</u> | **Investigating Agency** <u>FBI</u> |
|---|---|---|

**City** <u>Lynn MA and Saugus MA</u>          **Related Case Information:**

**County** <u>Essex</u>

Superseding Ind./ Inf. <u>X</u>          Case No. <u>21-cr-10158-MLW</u>
Same Defendant <u>X</u>          New Defendant _____
Magistrate Judge Case Number <u>21-5202-JGD</u>
Search Warrant Case Number <u>See 2nd Page</u>
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name <u>Flavio Candido da Silva</u>          Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address <u>(City & State) Revere, MA</u>

Birth date (Yr only): <u>1995</u>  SSN (last4#): _____  Sex <u>M</u>     Race: <u>White</u>          Nationality: <u>Brazilian</u>

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** <u>David M. Holcomb</u>          Bar Number if applicable <u>697412</u>

**Interpreter:** ☑ Yes  ☐ No          List language and/or dialect: <u>Portuguese</u>

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date** <u>05/07/2021</u>

☑ Already in Federal Custody as of <u>05/07/2021</u> in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony <u>1</u>

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: <u>9/15/2021</u>          Signature of AUSA: */s/ David M. Holcomb*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):  _____ 21-cr-10158-MLW _____

**Name of Defendant**    Flavio Candido da Silva _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**   I          **Investigating Agency**   FBI

**City**   Lynn MA and Saugus MA          **Related Case Information:**

**County**   Essex          Superseding Ind./ Inf.   X          Case No.   21-cr-10158-MLW
                            Same Defendant   X          New Defendant
                            Magistrate Judge Case Number   21-5202-JGD
                            Search Warrant Case Number   See 2nd Page
                            R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**   Guilherme da Silveira          Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

**Alias Name**

**Address**   (City & State)   Revere, MA

Birth date (Yr only): 1992   SSN (last4#):_____   Sex M   Race: White   Nationality: Brazilian

**Defense Counsel if known:**                    Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   David M. Holcomb          Bar Number if applicable   697412

**Interpreter:**   ☑ Yes   ☐ No          List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**   05/07/2021

☑ Already in Federal Custody as of   05/07/2021   in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   9/15/2021          Signature of AUSA:   /s/ David M. Holcomb

**District Court Case Number**   (To be filled in by deputy clerk):          21-cr-10158-MLW

**Name of Defendant**      Guilherme da Silveira

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**      20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**     I          **Investigating Agency**   FBI

**City**    Lynn MA and Saugus MA          **Related Case Information:**

**County**    Essex          Superseding Ind./ Inf.    X          Case No.     21-cr-10158-MLW
                             Same Defendant    X          New Defendant
                             Magistrate Judge Case Number    21-5202-JGD
                             Search Warrant Case Number    See 2nd Page
                             R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**   Italo Felipe Pereira de Sousa Correa          Juvenile:          ☐ Yes   ☑ No

          Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes   ☑ No

**Alias Name**

**Address**          (City & State)   Daly City, CA

Birth date (Yr only): 1997   SSN (last4#):_____   Sex M          Race: White          Nationality: Brazilian

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**    David M. Holcomb          Bar Number if applicable    694712

**Interpreter:**    ☑ Yes   ☐ No          List language and/or dialect:          Portuguese

**Victims:**    ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**          ☐ Yes   ☑ No

          ☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**          05/12/2021

☑ Already in Federal Custody as of          05/12/2021          in          .
☐ Already in State Custody at _____   ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:          on

**Charging Document:**          ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**          ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    9/13/2021          Signature of AUSA:    /s/ David M. Holcomb

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):     21-cr-10158-MLW

**Name of Defendant**     Itallo Felipe Pereira de Sousa Correa

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**     20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159, 21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf 3/4/2013

JS 45  (5/97) - (Revised U.S.D.C. - MA 3/25/2011)

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**   I          **Investigating Agency**   FBI

**City**   Lynn MA and Saugus MA          **Related Case Information:**

**County**   Essex

| | |
|---|---|
| Superseding Ind./ Inf.   X | Case No.   21-cr-10158-MLW |
| Same Defendant   X | New Defendant |
| Magistrate Judge Case Number | 21-5202-JGD |
| Search Warrant Case Number | See 2nd Page |
| R 20/R 40 from District of | |

**Defendant Information:**

**Defendant Name**   Julio Vieira Braga          Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

**Alias Name**

**Address**   (City & State)  Daly City, CA

Birth date (Yr only): 1996   SSN (last4#):          Sex M          Race: White          Nationality: Brazilian

**Defense Counsel if known:**                    Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   David M. Holcomb          Bar Number if applicable   697412

**Interpreter:**   ☑ Yes  ☐ No          List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**   05/12/2021

☑ Already in Federal Custody as of   05/12/2021   in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   9/15/2021          Signature of AUSA:   /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):    21-cr-10158-MLW

**Name of Defendant**    Julio Vieira Braga

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**    20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                                              **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** I | **Investigating Agency** | FBI |

**City**   Lynn MA and Saugus MA          **Related Case Information:**

**County**   Essex

Superseding Ind./ Inf.   X          Case No.   21-cr-10158-MLW
Same Defendant   X          New Defendant
Magistrate Judge Case Number   21-5202-JGD
Search Warrant Case Number   See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Luiz Narciso Alves Neto          Juvenile:   ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name

Address   (City & State) Revere, MA

Birth date (Yr only): 1985   SSN (last4#):_____   Sex M   Race: White   Nationality: Brazilian

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   David M. Holcomb          Bar Number if applicable   697412

**Interpreter:**   ☑ Yes  ☐ No          List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   9/13/2021          Signature of AUSA:   /s/ David M. Holcomb

**District Court Case Number**   (To be filled in by deputy clerk):          21-cr-10158-MLW

**Name of Defendant**      Luiz Narciso Alves Neto

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 10 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**      20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159, 21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.** ___I___      **Investigating Agency** __FBI__

**City** __Lynn MA and Saugus MA__     **Related Case Information:**

**County** __Essex__          Superseding Ind./ Inf. __X__     Case No. __21-cr-10158-MLW__
                    Same Defendant __X__      New Defendant _____
                    Magistrate Judge Case Number __21-5202-JGD__
                    Search Warrant Case Number __See 2nd Page__
                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Oliver Felipe Gomes de Oliveira__     Juvenile: ☐ Yes ☑ No

        Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address    __(City & State)__ Shrewsbury, MA

Birth date (Yr only): __1988__ SSN (last4#): _____ Sex __M__    Race: __White__    Nationality: __Brazilian__

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __David M. Holcomb__        Bar Number if applicable __697412__

**Interpreter:** ☑ Yes ☐ No      List language and/or dialect: __Portuguese__

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

        ☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __9/13/2021__    Signature of AUSA: __/s/ David M. Holcomb__

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):          21-cr-10158-MLW

**Name of Defendant**      Oliver Felipe Gomes de Oliveira

### U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 14 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**     20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**    I          **Investigating Agency**    FBI

**City**    Lynn MA and Saugus MA          **Related Case Information:**

**County**    Essex          Superseding Ind./ Inf.    X          Case No.    21-cr-10158-MLW
          Same Defendant    X          New Defendant
          Magistrate Judge Case Number    21-5202-JGD
          Search Warrant Case Number    See 2nd Page
          R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Philipe do Amaral Pereira          Juvenile:          ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes  ☑ No

Alias Name

Address    (City & State)  Hercules, CA

Birth date (Yr only): 1984    SSN (last4#):_____    Sex M          Race: White          Nationality: Brazilian

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**    David M. Holcomb          Bar Number if applicable    697412

**Interpreter:**    ☑ Yes  ☐ No          List language and/or dialect:          Portuguese

**Victims:**    ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes  ☐ No

**Matter to be SEALED:**          ☐ Yes  ☑ No

          ☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**          05/14/2021

☑ Already in Federal Custody as of          05/14/2021          in _____  .
☐ Already in State Custody at _____  ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:          on

**Charging Document:**          ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**          ☐ Petty ———          ☐ Misdemeanor ———          ☑ Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    9/13/2021          Signature of AUSA:    /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):        21-cr-10158-MLW

**Name of Defendant**        Philipe do Amaral Pereira

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 12 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**        20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.**   I     **Investigating Agency**   FBI

**City**   Lynn MA and Saugus MA

**County**   Essex

**Related Case Information:**

Superseding Ind./ Inf.   X     Case No.   21-cr-10158-MLW
Same Defendant   X     New Defendant
Magistrate Judge Case Number   21-5202-JGD
Search Warrant Case Number   See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Priscila Barbosa     Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name

Address   (City & State)   Saugus, MA

Birth date (Yr only): 1985   SSN (last4#):    Sex F    Race: White    Nationality: Brazilian

**Defense Counsel if known:**     Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   David M. Holcomb     Bar Number if applicable   697412

**Interpreter:**   ☑ Yes   ☐ No     List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date**   05/07/2021

☑ Already in Federal Custody as of   05/07/2021   in     .
☐ Already in State Custody at     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:     on

**Charging Document:**   ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**   ☐ Petty     ☐ Misdemeanor     ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   9/13/2021     Signature of AUSA:   /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant** _____ Priscila Barbosa _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**          **Category No.**  I          **Investigating Agency**  FBI

**City**    Lynn MA and Saugus MA          **Related Case Information:**

**County**    Essex

Superseding Ind./ Inf.    X          Case No.    21-cr-10158-MLW
Same Defendant    X          New Defendant
Magistrate Judge Case Number    21-5202-JGD
Search Warrant Case Number    See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Saulo Aguiar Ponciano          Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name

Address    (City & State)

Birth date (Yr only):  1988   SSN (last4#):_____   Sex  M          Race:  White          Nationality:  Brazilian

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**    David M. Holcomb          Bar Number if applicable    697412

**Interpreter:**    ☑ Yes  ☐ No          List language and/or dialect:    Portuguese

**Victims:**    ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes  ☐ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**

☑ Already in Federal Custody as of    05/24/2021    in    .
☐ Already in State Custody at ———————   ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:          on

**Charging Document:**    ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**    ☐ Petty ———   ☐ Misdemeanor ———   ☑ Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    9/13/2021          Signature of AUSA:    /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):          21-cr-10158-MLW

**Name of Defendant**      Saulo Aguiar Ponciano

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 17 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**    20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**      **Category No.**    I    **Investigating Agency**    FBI

**City**    Lynn MA and Saugus MA      **Related Case Information:**

**County**    Essex

Superseding Ind./ Inf.    X      Case No.    21-cr-10158-MLW
Same Defendant    X      New Defendant
Magistrate Judge Case Number    21-5202-JGD
Search Warrant Case Number    See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Thiago de Souza Prado      Juvenile:    ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes   ☑ No

Alias Name

Address    (City & State)   Boca Raton, FL

Birth date (Yr only): 1984   SSN (last4#):    Sex M    Race: White    Nationality: Brazilian

**Defense Counsel if known:**      Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**    David M. Holcomb      Bar Number if applicable    697412

**Interpreter:**    ☑ Yes   ☐ No      List language and/or dialect:    Portuguese

**Victims:**    ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes   ☐ No

**Matter to be SEALED:**    ☐ Yes   ☑ No

     ☐ Warrant Requested      ☐ Regular Process      ☑ In Custody

**Location Status:**

**Arrest Date**    05/12/2021

☑ Already in Federal Custody as of    05/12/2021    in      .
☐ Already in State Custody at    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:      on

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    9/13/2021      Signature of AUSA:    /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):          21-cr-10158-MLW

**Name of Defendant**     Thiago de Souza Prado

**U.S.C. Citations**

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**     20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**          **Category No.**  I          **Investigating Agency**  FBI

**City**   Lynn MA and Saugus MA          **Related Case Information:**

**County**   Essex

Superseding Ind./ Inf.   X          Case No.   21-cr-10158-MLW
Same Defendant   X          New Defendant _____
Magistrate Judge Case Number   21-5202-JGD
Search Warrant Case Number   See 2nd Page
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Waldemy Jorge Lima Wanderley Junior          Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State)   Watertown, MA

Birth date (Yr only):  1989   SSN (last4#): _____   Sex  M   Race:  White   Nationality:  Brazilian

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   David M. Holcomb          Bar Number if applicable   697412

**Interpreter:** ☑ Yes  ☐ No          List language and/or dialect:   Portuguese

**Victims:** ☑   ☐ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   ☑ Felony —— 2

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   9/13/2021   ⊞          Signature of AUSA:   /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant**   _____ Waldemy Jorge Lima Wanderley Junior _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 17 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**         **Category No.**    I      **Investigating Agency**  FBI

**City**    Lynn MA                    **Related Case Information:**

**County**    Essex                    Superseding Ind./ Inf.   X          Case No.    21-cr-10158-MLW
                                       Same Defendant    X          New Defendant
                                       Magistrate Judge Case Number    21-mj-5196-JGD
                                       Search Warrant Case Number    See 2nd Page
                                       R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Wemerson Dutra Aguiar                    Juvenile:       ☐ Yes  ☑ No

                  Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name

Address    (City & State)  Woburn, MA

Birth date (Yr only): 1993   SSN (last4#):_____   Sex  M     Race:  White      Nationality:  Brazil

**Defense Counsel if known:**                              Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**    David M. Holcomb                    Bar Number if applicable    697412

**Interpreter:**    ☑ Yes    ☐ No        List language and/or dialect:    Portuguese

**Victims:**    ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes  ☐ No

**Matter to be SEALED:**    ☐ Yes    ☑ No

        ☐ Warrant Requested        ☐ Regular Process        ☑ In Custody

**Location Status:**

**Arrest Date**        05/05/2021

☑ Already in Federal Custody as of        05/05/2021        in    Chicago, IL              .
☐ Already in State Custody at ———————    ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:                on

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    ☑ Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    9/13/2021        Signature of AUSA:    /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):          21-cr-10158-MLW

**Name of Defendant**          Alessandro Felix Fonseca

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 4 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**          20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013