UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Cr. No. 21-10158-7-MLW |
| ) | |
| THIAGO DE SOUZA PRADO,    ) | |
|     Defendant.            ) | |

ORDER

WOLF, D.J.                                         November 23, 2021

For the reasons discussed in detail at the hearing, by videoconference, on November 22, 2021, it hereby ORDERED that:

1. Defendant Thiago de Souza Prado's Motion for Revocation of Order of Detention (Dkt. No. 211) is DENIED.

2. The parties shall order the transcript of the November 22, 2021 hearing.

                                    /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE