UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2021 NOV 29 AM 1: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Case No. 1:21-cr-10158-MLW |
| | : | |
| Thiago De Souza Prado, | : | |
| Defendant | : | |

# MOTION TO PROCEED PRO-SE TO FILE DEFENDANT PRO-SE MOTION OR IN THE ALTERNATIVE DISMISS ATTORNEY OF RECORD IN LIGHT OF FARETTA v CALIFORNIA, 422 U.S 806 (1975)

Defendant Mr. Prado moves this Honorable Court in the above Style and Cause under the defendant's Pro-Se capacity requesting the courts permission to allow the charged defendant his constitutional right to proceed Pro-Se with the protections of California v Farreta, (Citations Omitted); and also in light of United States v Swinney, 970 f.2d 494 (8th Cir. 1992)

However, the charged defendant Mr. Prado is of sound mind and is highly conscious at this very moment while requesting the court for the permission to proceed Pro-Se – Thus, with all due respect and honor before the court, Mr. Prado seeks the protections of Haines v Kerner, (citations omitted) to help prevent a further miscarriage of justice before the court in the interest of justice.

## Conclusion

The Defendant prays that this Honorable Court would grant the Defendant his Constitutional right to proceed Pro-Se so that he could file Pro-Se motions to preserve his Constitutional claims on record to appeal.

Respectfully submitted

Thiago De Souza Prado

_____  10/31/2021

## Certificate of Service

I, Thiago De Souza Prado, place the said above Motion in the Mail Box under the Mail Box rule here at the Donald Wyatt Detention Facility to be mailed to the following:

United States District Court

District of Massachusetts

The Office of the Clerk

1 Courthouse Way

Boston MA 02210


Respectfully Submitted

By the defendant

Thiago De Souza Prado

_____ 10/31/2021

950 High Street

Central Falls, RI 02863