FILED
IN CLERKS OFFICE

2021 NOV 29 AM 1: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

United States District Court

|  |  |  |
|---|---|---|
| United States of America | ) | |
|  | ) | Case No. 1:21-cr-10158-MLW |
| v. | ) | |
|  | ) | |
| THIAGO DE SOUZA PRADO | ) | |
| Defendant, | ) | |

**MOTION FOR THE COURTS PERMISSION TO GRANT AN EVIDENTIARY HEARING BASED ON GROUNDS OF MEMORANDUM ESTABLISHING TITLE 18 U.S.C. § 3661 FEDERAL SENTENCING STATUTE IS UNCONSTITUTIONAL AND UNENFORCEABLE FOR BEING OVERLY BROAD AND ALLOWING CRIMINAL SANCTIONS WITHOUT DUE PROCESS OF LAW PURSUANT TO FED. R. CRIM. P. RULE 12(B)(3)(B).**

The Defendant moves the court to rule 18 USC 3661 as being unconstitutional and unenforceable in light of the supreme court decisions Alleyne and United States v Haymond, 204 Led 2d 897 (2019). The statute violates the Federal Due Process Clause and a right to trial by jury created under the Sixth Amendment.

As a matter of first impression the question still remain ; **Are the numerous cases of this court holding that a sentencing judge may consider virtually any reliable information still good law when juries, not judges, are required to determine the matter?**

The sentencing statute 18 USC 3661 is unconstitutional because it places no limitations on the district court in light of relying upon critical information during a sentencing stage....

As at the time of the Fifth and Sixth Amendment adoption, a judge's sentencing authority derives from, and is limited by, the jury's factual finding of criminal conduct. A jury must find beyond a reasonable doubt every fact "'which the law makes essential to [a] punishment'" that a judge might later seek to impose. Blakely v. Washington, 542 U.S. 296, 304, 124 S. Ct. 2531, 159 L. Ed. 2d 403.

1

However, Apprendi, Blakely, Alleyne, and haymond now states that the district court is now limited to the factual findings that's derived from the jury verdict. Therefore, TITLE 18 U.S.C. § 3661 is **irreconcilable** with the Fifth and Sixth Amendments of the federal constitution.

## CONCLUSION

The defendant prays and respectfully request that this Honorable Court take judicial notice of all facts raised in the above cited case law and authority to help prevent a further miscarriage of justice.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local rule 7.1 (D.), the defendant is requesting all oral argument on his Motion to bar because he believes that such argument will be of assistance of the court.

Respectfully Submitted,

By

Date: August 29, 2021

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document is being served today by United States mail to The District Court, AUSA.