UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
21-10158-MLW

UNITED STATES OF AMERICA

v.

WEMERSON DUTRA AGUIAR, et al.

**INTERIM STATUS REPORT**

November 29, 2021

DEIN, M.J.

    An Interim Status Conference was scheduled to be held remotely before this court on November 29, 2021 pursuant to the provisions of Local Rule 116.5(b), but with the court's consent the parties proceeded by way of a Joint Interim Status Report. Based on that Report, this court enters the following report and orders to wit:

1. **A** Second Superseding Indictment was returned on September 13, 2021. The government produced an extensive amount of automatic discovery on June 21 and 25, 2021 and November 15, 2021. All the defendants are in the process of reviewing the documents produced by the government to date.

2. The defendants are continuing to review the discovery and will determine whether to request additional discovery. The government does not expect to produce additional discovery except in response to specific requests and in accordance with the Local Rules.

3. The date for filing discovery and/or dispositive motions shall be set at the next status conference.

4. The government shall provide its expert disclosures 90 days prior to trial. The defendants will produce their expert disclosures 30 days prior to trial.

5. This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendants require additional time for the preparation of an effective defense, including time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendants for a trial within seventy days of the return of an indictment. Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of November 29, 2021 through January 13, 2022, that being the period between the expiration of the last order of excludable time and the next status conference.

[2]

Based upon the prior orders of the court dated May 18 & 19, 2021, June 1, 17, & 24, 2021, July 1, 2021, July 29, 2021. September 1, 2021, September 21, 2021 and the order entered contemporaneously herewith, at the time of the Interim Status Conference on January 13, 2022 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

6. An Interim Status Conference has been scheduled for January 13, 2022 at 10:30 a.m. Counsel for the respective parties shall file a Joint Memorandum before the close of business no less than THREE business days prior to that Status Conference.

7. It is too early to determine if a trial will be necessary. The government is engaged in advanced plea discussions with multiple defendants.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE