UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------)_____
UNITED STATES OF AMERICA                         )
                                                 )
v.                                               )   Docket No. 21-10158-7-MLW
                                                 )
                                                 )
THIAGO DE SOUZA PRADO                            )
_____)
```

**MOTION TO WITHDRAW AS COUNSEL AND FOR HEARING ON
DEFENDANT'S MOTION TO PROCEED PRO SE**

Undersigned CJA appointed counsel requests leave to withdraw from representation of Defendant Thiago De Souza Prado ("Defendant" or "Prado") on the grounds that Defendant has requested that he be permitted to represent himself. See Document #236, filed on November 29, 2021. It is further requested that the Defendant be heard expeditiously on his motion to proceed *pro se*. Defendant is being detained at Wyatt Detention Center and it is the understanding of counsel that he would assent to this motion and his motion to proceed pro being heard virtually and would waive his physical presence in court.

DEFENDANT THIAGO DESOUZA PRADO

Respectfully submitted by his attorney,

*/s/John F Palmer*
John F. Palmer
B.B.O.#387980
18 Main Street Extension
Suite 201B
Plymouth, MA 02360
Tel: 617-943-2602

CERTIFICATE OF SERVICE

I, John F. Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on December 2, 2021.

*/s/John F. Palmer*