IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 21-cr-10158-7-MLW |
| ) | |
| (7) THIAGO DE SOUZA PRADO ) | |
| ) | |
| Defendant ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS
TO PROCEED *PRO SE* AND FOR MISCELLANEOUS RELIEF**

Defendant Thiago Prado, currently detained at Wyatt Detention Center, filed a motion to proceed *pro se* on November 29, 2021. ECF No. 236. Subsequently, counsel for Prado filed a motion to withdraw and to allow Prado to proceed *pro se*. ECF No. 239.

The government takes no position on Prado's request to proceed *pro se* or counsel's motion to withdraw. To the extent that Prado's *pro se* motion (ECF No. 236) contains additional, miscellaneous requests for relief, such requests are indecipherable and should be denied.

                                                              Respectfully Submitted,

                                                              NATHANIEL R. MENDELL
                                                              Acting United States Attorney

                              By:    */s/ David M. Holcomb*
                                             DAVID M. HOLCOMB
                                             Assistant U.S. Attorney

Dated: December 13, 2021

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: December 13, 2021

                                          */s/ David M. Holcomb*
                                          DAVID M. HOLCOMB
                                          Assistant U.S. Attorney