United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| ) | Case No. 1:21-cr-10158-MLW |
| v. ) | |
| ) | |
| Thiago De Souza Prado ) | |
| Defendant, ) | |

**Defendant's Re – Affidavit In Support of My Pretrial Motions Under The Pains And Penalty of Purjury:**

I, Thiago De Souza Prado, is the affiant in this said affidavit who swears under the penalty of perjury to the following facts and circumstances:

(1) I was arrested on a criminal complaint on 5/12/2021.
(2) I have remained in custody since my arrest on 5/12/2021.
(3) I have been subjected to a lengthy pre-trial detention.
(4) I swear under oath that I feel as if I am being punished without yet obtaining a trial.
(5) Due to the lengthy pre-trial incarceration I have suffered from severe anxiety, family hardships, depression, paranoia from catching Covid-19 because of my Sleep Apnea and the facility refusing to give me a CPAP machine to assist me breathing at night, and loss of liberty.
(6) Due to the passage of time from being incarcerated I feel as though my ability to mount a defense has been impaired.
(7) I feel as if my 5th Amendment right to Due Process has been violated.
(8) I also feel as if my 6th amendment right to a fair and speedy trial has been violated as well
(9) I still have yet to obtain a trial date on this matter.
(10) I believe that the government's actions has resulted in malfeasance and pure negligence in regards to resolving this matter.
(11) I swear under oath that I never waived my speedy trial right nor that I properly consented to any extensions of time.
(12) I swear under oath that I am seeking an immediate trial and exercising my right to request a speedy trial

**The above facts are true and are not everything I know about what happened that day**

**Sworn to under the pains and penalties of perjury this 10th day of Decemeber 2021**

**Certificate of Service**

I, Thiago De Souza Prado, place the said above Affidavit in the Mail Box under the Mail Box rule here at the Donald Wyatt Detention Facility to be mailed to the following:

United States District Court

District of Massachusetts

The Office of the Clerk

1 Courthouse Way

Boston MA 02210


Respectfully Submitted

By the defendant

Thiago De Souza Prado

_____ 12/10/2021

950 High Street

Central Falls, RI 02863
