FILED
IN CLERKS OFFICE

United States District Court
District of Massachusetts

2021 DEC 22 P 2: 30

U.S. DISTRICT COURT
DISTRICT OF MASS

United States of America     )
                             )   Case No. 1:21-cr-10158-MLW
       v.                    )
                             )
                             )
Thiago De Souza Prado        )
       Defendant,            )

**Defendant's Re – Affidavit In Support of My Pretrial Motions Under The Pains And Penalty of Purjury:**

I, Thiago De Souza Prado, is the affiant in this said affidavit who swears under the penalty of perjury to the following facts and circumstances:

(1) I was arrested on a criminal complaint on 5/12/2021.
(2) I have remained in custody since my arrest on 5/12/2021.
(3) I have been subjected to a lengthy pre-trial detention.
(4) I swear under oath that I feel as if I am being punished without yet obtaining a trial.
(5) Due to the lengthy pre-trial incarceration I have suffered from severe anxiety, family hardships, depression, paranoia from catching Covid-19 because of my Sleep Apnea and the facility refusing to give me a CPAP machine to assist me breathing at night, and loss of liberty.
(6) Due to the passage of time from being incarcerated I feel as though my ability to mount a defense has been impaired.
(7) I feel as if my 5th Amendment right to Due Process has been violated.
(8) I also feel as if my 6th amendment right to a fair and speedy trial has been violated as well
(9) I still have yet to obtain a trial date on this matter.
(10) I believe that the government's actions has resulted in malfeasance and pure negligence in regards to resolving this matter.
(11) I swear under oath that I never waived my speedy trial right nor that I properly consented to any extensions of time.
(12) I swear under oath that I am seeking an immediate trial and exercising my right to request a speedy trial

**The above facts are true and are not everything I know about what happened that day**

**Sworn to under the pains and penalties of perjury this 10th day of Decemeber 2021**

[Handwritten marginalia: "District Court for the District of Massachusetts  New affidavit  12/22/21"]

[Handwritten at bottom: "It is hereby ORDERED that Prado file his motions, and supporty memoranda and motion specific affidavits, as required by Rule 7.1(b)(1) of the Local Rules of the US"]