IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 21-cr-10158-MLW-JGD |
| | ) | |
| WEMERSON DUTRA AGUIAR, *et al.* | ) | |
| | ) | |
| Defendants | ) | |

## JOINT STATUS REPORT

Pursuant to Local Rule 116.5(b), the undersigned parties[1] hereby file the following status report prepared in connection with the status conference that is currently scheduled for January 13, 2022.  The undersigned parties jointly and respectfully request that this status report be considered in lieu of a status conference and request a final status conference in approximately 45 days, subject to the Court's availability.

**(1) Automatic Discovery & Pending Discovery Requests**

The government provided initial automatic discovery in this case to the Defendants on or about June 21, 2021 and provided additional discovery on June 25, 2021 and on October 15, 2021 and November 15, 2021, following the return of the Second Superseding Indictment.  The government provided Defendants with indices of these materials.  The government does not anticipate producing additional automatic discovery at this time.  Defendants and their respective counsel continue to review this discovery, which includes a large volume of messages in Portuguese.

---

[1] Following a hearing on December 17, 2021, the Court granted Defendant (7) Thiago Prado's motion to proceed *pro se* in this matter.  ECF No. 257.  Prado is detained at the Donald W. Wyatt Detention Facility ("Wyatt") and, accordingly, has not had opportunity to review or join this status report.  Counsel for the government provided Prado's appointed standby counsel with a copy of this status report, which has been mailed to Prado at Wyatt.

**(2) Additional Discovery**

The Government is aware of its obligations to produce materials under Fed. R. Crim. P. 16, Local Rule 116.2(b)(1), and *Brady vs. Maryland*, and the Government will produce any additional discovery—including *Brady* materials—on a rolling basis to the extent any additional discovery becomes available.

**(3) Timing of Additional Discovery Requests**

In light of the large volume of discovery produced by the Government to date and additional materials that may be forthcoming, the parties agree to hold in abeyance the deadlines associated with the discovery motion and bill of particulars provisions of Local Rule 116.3 until at least the next status conference, at which time the parties will endeavor to propose deadlines for discovery motions or request more time.  The parties agree that, in the interim, any Defendant may confer and exchange letter requests with the Government for additional discovery pursuant to the non-deadline provisions of Local Rule 116.3 (e.g., Local Rule 116.3(h) regarding consolidation of written requests and motions in multi-defendant cases).

**(4) Protective Orders**

The Court entered a protective order on June 15, 2021 (ECF No. 109).  Should a party seek a separate protective order or modification of the existing protective order, that party will file a motion with the Court to address any relevant issues.

**(5) Pretrial Motions**

The parties believe that it is too early to set a motion deadline for Rule 12 motions and respectfully request that the Court set a schedule at the next status conference.

**(6) Expert Discovery**

Under the Court's Order on the Initial Status Report entered on July 29, 2021 (ECF No. 160), the Government will provide any expert witness disclosures 90 days prior to trial, and the Defendants will provide any expert witness disclosures 30 days prior to trial.

**(7) Speedy Trial Act**

The parties have conferred and ask that the Court exclude the period of time from the time of the interim status conference on January 13, 2022 to the time of the next status conference, under 18 U.S.C. § 3161(h)(7)(A), to permit the Defendants time to review discovery and confer with their respective counsel.  The ends of justice served by this exclusion outweigh the interests of the public and the Defendants in a speedy trial.

**(8) Status Conference**

The parties respectfully request a final status conference on or about February 28, 2022, or at a time thereafter that is convenient to the Court.

**(9) Other Issues Relevant to Progress of Case**

The Government is engaged in advanced plea discussions with multiple Defendants.


Respectfully submitted,

**RACHAEL S. ROLLINS**
**UNITED STATES ATTORNEY**

*/s/   David M. Holcomb*
David M. Holcomb
Assistant United States Attorneys
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3100
David.Holcomb@usdoj.gov

3

**WEMERSON DUTRA AGUIAR**

By his attorney,
*/s/ Kevin L. Barron*
Kevin L. Barron (BBO # 550712)
Attorney at Law
50 Congress Street, 6th Floor
Boston, MA 02109
(617) 407-6837
kevinbarronesq@gmail.com

**PRISCILA BARBOSA**

By her attorney,
*/s/ William R. Sullivan, Jr.*
William R. Sullivan (BBO # 556231)
Sullivan & Sullivan
25 Railroad Square, Suite 405
Haverhill, MA 01832
(978) 521-6801
attywrs@aol.com

**EDVALDO ROCHA CABRAL**

By his attorney,
*/s/ Daniel DeMaria*
Daniel DeMaria (BBO# 674130)
Greco Neyland, P.C.
15 Cottage Avenue, 4th Flr.
Quincy, MA 02169
(617) 658-5020
dan@greconeyland.com

**CLOVIS PLACIDO**

By his attorney,
*/s/ Keren E. Goldenberg*
Keren E. Goldenberg (BBO# 657629)
19A Alexander Avenue
Belmont, MA 02478
(617) 431-2701
keren@kgdefenselaw.com

**GUILHERME DA SILVEIRA**

By his attorney,
*/s/ Jason G. Benzaken*
Jason G. Benzaken (BBO# 658869)
Benzaken and Wood, LLP
1342 Belmont Street, Suite 102
Brockton, MA 02301
(508) 897-0001
attorneybenzaken@gmail.com

**LUIZ NARCISO ALVES NETO**

By his attorneys,
*/s/ Austin C. Tzeng*
Austin C. Tzeng (BBO# 658889)
Law Office of Austin C. Tzeng
21 Mayor Thomas J. McGrath Highway
Suite 501
Quincy, MA 02169
(781) 929-4882
tzengdefense@gmail.com

**ALTACYR DIAS GUIMARAES NETO**

By his attorney,
*/s/ Nathaniel H. Amendola*
Nathaniel H. Amendola (BBO# 684285)
Amendola LLC
738 Main Street
Hingham, MA 02043
(781) 740-0800
nate@amendolallc.com

**PHILIPE DO AMARAL PEREIRA**

By his attorney,
*/s/ Claudia S. Lagos*
Claudia S. Lagos (BBO# 681504)
Scully & Lagos
101 Summer Street, 4th Floor
Boston, MA 02110
(617) 307-5055
clagos@scullylagos.com

**BRUNO PROENCIO ABREU**

By his attorney,
*/s/ J. Thomas Kerner*
J. Thomas Kerner (BBO# 552373)
Attorney at Law
240 Commercial Street, Suite 5A
Boston, MA 02109
(617) 720-5509
thomas.kerner@comcast.net

**ALESSANDRO FELIX DA FONSECA**

By his attorney,
*/s/ Jessica D. Hedges*
Jessica Diane Hedges (BBO# 645847)
Hedges & Tumposky, LLP
Suite 600, 50 Congress Street
Boston, MA 02109
(617) 722-8220
hedges@htlawyers.com

**SAULO AGUIAR PONCIANO**

By his attorney,
*/s/ Keith S. Halpern*
Keith S. Halpern (BBO# 545282)
572 Washington St., Suite 19
Wellesley, MA 02482
(617) 722-9952
ksh@keithhalpern.com

**Certificate of Service**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that hard copies will be sent to non-registered participants.

Dated: January 10, 2022                    */s/  David M. Holcomb*
                                            Assistant United States Attorney