IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.             ) | Criminal No. 21-cr-10158-7-MLW |
| ) | |
| (7) THIAGO DE SOUZA PRADO ) | |
| ) | |
| Defendant   ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT THIAGO PRADO'S
MOTION TO DISMISS CHARGES BASED ON THE SPEEDY TRIAL ACT**

The United States respectfully opposes Defendant Thiago Prado's motion to dismiss the charges against him in light of the Speedy Trial Act (ECF No. 279).

The Speedy Trial Act provisions that Prado invokes do not apply. Under the most recent Order on Excludable Time entered in this case (ECF No. 288), at the time of the next status conference, scheduled for March 3, 2022, there will be zero days of non-excludable time under the Speedy Trial Act, and seventy days will remain in which the case must be tried.

Accordingly, Prado's motions should be denied.

Respectfully Submitted,

RACHAEL S. ROLLINS
United States Attorney

By:  */s/ David M. Holcomb*
DAVID M. HOLCOMB
Assistant U.S. Attorney

Dated: January 25, 2022

1

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, including standby counsel for *pro se* Defendant Thiago Prado, and that a paper copy will be sent by mail to Prado.

Dated:  January 25, 2022

                                       */s/ David M. Holcomb*
                                       DAVID M. HOLCOMB
                                       Assistant U.S. Attorney