UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Cr. No. 21-10158-7-MLW |
| | ) |
| THIAGO DE SOUZA PRADO, | ) |
| Defendant. | ) |

MEMORANDUM AND ORDER

WOLF, D.J.                                                February 1, 2022

On December 17, 2021, the court questioned defendant Thiago De Souza Prado to determine whether he understood the risks of waiving his constitutional right to counsel and representing himself in this criminal case. Among other things, the court informed Prado that, if he represented himself, he would have to follow the requirements of the Federal Rules of Criminal Procedure and the Local Rules of the United States District Court for the District of Massachusetts. See Transcript of December 7, 2021 Hearing (Dkt. No. 272) at 7:15-23; see also Faretta v. California, 422 U.S. 806, 836 (1975). The court allowed Prado's motion to proceed pro se and appointed John Palmer, Esq. as standby counsel. See Dkt. No. 257.

Prado has since filed three pro se motions seeking dismissal and one that in effect requests a bill of particulars. See Dkt. Nos. 262, 265, 270, 279. None of these motions are supported by an affidavit as required by Rule 7.1(b) of the Local Rules of the United States District Court for the District of Massachusetts.

1

This alone might justify denying the motions, but the court is not now doing so for this reason. See NEPSK, Inc. v. Town of Houlton, 283 F.3d 1, 6 (1st Cir. 2002).

The government has filed oppositions to each of these motions. See Dkt. Nos. 266, 286, 293. Essentially for the reasons asserted by the government, which are hereby adopted and incorporated into this Memorandum, each motion is without merit. See Government Oppositions (Dkt. Nos. 266, 286, 293). Therefore, Prado's pro se motions (Dkt. Nos. 262, 265, 270, 279) are hereby DENIED.

In addition, Prado is hereby ORDERED not to file any additional motions without leave of court, which will be given only for good cause shown, before proceedings before the Magistrate Judge are concluded, and the case is transferred to this court for further pretrial proceedings and trial.[1]

UNITED STATES DISTRICT JUDGE

---

[1] The court suggests that Prado consult standby counsel before filing any motion in the future to minimize the risk that the motion will be rejected or denied because of a failure to comply with applicable rules.

2