IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 21-cr-10158-MLW-JGD |
| ) | |
| WEMERSON DUTRA AGUIAR, *et al.*  ) | |
| ) | |
| Defendants  ) | |

## JOINT FINAL STATUS REPORT

Pursuant to Local Rule 116.5(c), the undersigned parties[1] hereby file the following final status report in connection with the final status conference that is scheduled for March 3, 2022.

**(1) Discovery & Pending Discovery Requests**

The government provided initial automatic discovery in this case to the Defendants on or about June 21, 2021 and provided additional discovery on June 25, 2021 and on October 15, 2021 and November 15, 2021, following the return of the Second Superseding Indictment. The government provided Defendants with indices of these materials. The government does not anticipate producing additional discovery. There are currently no pending discovery requests.

The government requests that a pretrial conference before the District Judge be scheduled in order to resolve pretrial motions (if any) and schedule a trial date. At least some of the Defendants request an additional 60 days to review discovery, including materials in Portuguese that require translation.

The government is aware of its obligations to produce materials under Fed. R. Crim. P. 16, Local Rule 116.2(b)(1), and *Brady vs. Maryland*. To the extent any additional discovery—

---

[1] Defendant (7) Thiago Prado is proceeding *pro se* in this matter and is currently detained at the Donald W. Wyatt Detention Facility ("Wyatt"). Accordingly, the government has not had opportunity to confer with Prado about this joint status report.

including *Brady* material—becomes available, the Government will promptly produce it.

### (2) Additional Discovery Requests and Pretrial Motions

The parties request that the Court schedule dates for filing any additional discovery motions and dispositive motions at the upcoming status conference or in its Final Status Report.

### (3) Speedy Trial Act

The parties have conferred and ask that the Court exclude the period of time from the time of the final status conference on March 3, 2022 to the time of the pretrial conference before the District Judge, under 18 U.S.C. § 3161(h)(7)(A). The parties submit that the ends of justice served by this exclusion outweigh the interests of the public and the Defendants in a speedy trial. Under the Court's most recent Order on Excludable Time (ECF No. 288), there will be zero days of non-excludable time under the Speedy Trial Act and 70 days will remain under the Speedy Trial Act in which this case must be tried.

### (4) Estimated Trial Length

The parties respectfully submit that it is too early to provide an estimated number of days of a potential trial in this case.

### (5) Other Issues Relevant to Progress of Case

The Government continues to engage in plea discussions with several Defendants, which likely will result in requests for Rule 11 hearings before the District Judge with respect to those Defendants.

    Respectfully submitted,

    **RACHAEL S. ROLLINS**
    **UNITED STATES ATTORNEY**

    */s/   David M. Holcomb*
    David M. Holcomb
    Assistant United States Attorney

John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3100
David.Holcomb@usdoj.gov

**PRISCILA BARBOSA**

By her attorney,
*/s/ William R. Sullivan, Jr.*
William R. Sullivan (BBO # 556231)
Sullivan & Sullivan
25 Railroad Square, Suite 405
Haverhill, MA 01832
(978) 521-6801
attywrs@aol.com

**EDVALDO ROCHA CABRAL**

By his attorney,
*/s/ Daniel DeMaria*
Daniel DeMaria (BBO# 674130)
Greco Neyland, P.C.
15 Cottage Avenue, 4th Flr.
Quincy, MA 02169
(617) 658-5020
dan@greconeyland.com

**CLOVIS PLACIDO**

By his attorney,
*/s/ Keren E. Goldenberg*
Keren E. Goldenberg (BBO# 657629)
19A Alexander Avenue
Belmont, MA 02478
(617) 431-2701
keren@kgdefenselaw.com

**LUIZ NARCISO ALVES NETO**

By his attorneys,
*/s/ Austin C. Tzeng*
Austin C. Tzeng (BBO# 658889)
Law Office of Austin C. Tzeng
21 Mayor Thomas J. McGrath Highway
Suite 501

Quincy, MA 02169
(781) 929-4882
tzengdefense@gmail.com

**ITALLO FELIPE PEREIRA DE SOUSA CORREA**

By his attorney
*/s/ Brasilio F. Machado*
Brasilio F. Machado (admitted *pro hac vice*)
The Machado Law Firm
801 Brickell Ave Suite 700
Miami, FL 33131
(305) 400-0867
brasilio@machadolaw.net

**ALTACYR DIAS GUIMARAES NETO**

By his attorney,
*/s/ Nathaniel H. Amendola*
Nathaniel H. Amendola (BBO# 684285)
Amendola LLC
738 Main Street
Hingham, MA 02043
(781) 740-0800
nate@amendolallc.com

**PHILIPE DO AMARAL PEREIRA**

By his attorney,
*/s/ Claudia S. Lagos*
Claudia S. Lagos (BBO# 681504)
Scully & Lagos
101 Summer Street, 4th Floor
Boston, MA 02110
(617) 307-5055
clagos@scullylagos.com

**BRUNO PROENCIO ABREU**

By his attorney,
*/s/ J. Thomas Kerner*
J. Thomas Kerner (BBO# 552373)
Attorney at Law
240 Commercial Street, Suite 5A
Boston, MA 02109

4

        (617) 720-5509
        thomas.kerner@comcast.net

**ALESSANDRO FELIX DA FONSECA**

By his attorney,
*/s/ Jessica D. Hedges*
Jessica Diane Hedges (BBO# 645847)
Hedges & Tumposky, LLP
Suite 600, 50 Congress Street
Boston, MA 02109
(617) 722-8220
hedges@htlawyers.com

**SAULO AGUIAR PONCIANO**

By his attorney,
*/s/ Keith S. Halpern*
Keith S. Halpern (BBO# 545282)
572 Washington St., Suite 19
Wellesley, MA 02482
(617) 722-9952
ksh@keithhalpern.com

**Certificate of Service**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that hard copies will be sent to non-registered participants.

Dated: February 28, 2022                       */s/   David M. Holcomb*
                                                      Assistant United States Attorney