IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 21-cr-10158-7-MLW |
| ) | |
| (7) THIAGO DE SOUZA PRADO ) | |
| ) | |
| Defendant ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT THIAGO PRADO'S
MOTIONS FOR AN EVIDENTIARY HEARING**

The United States respectfully opposes Defendant Thiago Prado's latest *pro se* motions (ECF Nos. 303 and 304), neither of which were filed with leave of the Court, as required under the Court's prior Order on Prado's *pro se* motions (ECF No. 296 at 2), and neither of which is supported by an affidavit as required by Local Rule 7.1(b).

Regardless, Prado's motions are without merit. Prado recycles arguments he attempted to advance in prior *pro se* motions (ECF Nos. 236-1 and 236-2). As the government noted in its response at the time (ECF No. 245), Prado's arguments are indecipherable and should be rejected.

Respectfully Submitted,

RACHAEL S. ROLLINS
United States Attorney

By: */s/ David M. Holcomb*
DAVID M. HOLCOMB
Assistant U.S. Attorney

Dated: March 2, 2022

1

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, including standby counsel for *pro se* Defendant Thiago Prado, and that a paper copy will be sent by mail to Prado.

Dated: March 2, 2022

                                    */s/ David M. Holcomb*
                                    DAVID M. HOLCOMB
                                    Assistant U.S. Attorney