UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                       )<br>                                          )<br>THIAGO DE SOUZA PRADO,  )<br>                                          )<br>Defendant.               ) | Cr. No. 21-10158-7-MLW |

### MEMORANDUM AND ORDER

March 4, 2022

DEIN, U.S.M.J.

This matter is before the court on the motions of defendant Thiago de Souza Prado, who is proceeding pro se,[1] entitled "Defendant's Memorandum to Establish Congress Irrebuttable Presumptions Created Under Titles 18 U.S.C. 3661 Combined with 18 U.S.C. 1349 Offense Operates, Requires, and Mandates Ineffective Assistance of Counsel and a Violation of Federal Due Process – In Light of Hamdl v. Rumsfeld, 542 U.S. 507 (2004); and Strickland v. Washington, 466 U.S. 668 (1984)" (Docket No. 303) and "Motion for the Courts Permission to Grant an Evidentiary Hearing Based on Grounds of Memorandum Establishing Title 18 U.S.C. § 3661 is Repugnant to the Constitution and the Federal Sentencing Statutory Procedure Scheme is Unconstitutional and Unenforceable for Being Overly Broad and Allowing Criminal Sanctions Without Due Process of Law Pursuant to Fed. R. Crim. P. Rule 12(B)(3)(B)" (Docket No. 304). The government has filed an opposition. (Docket No. 308). A remote hearing was held today at

---

[1] Stand-by counsel was previously appointed by the court and appeared at today's hearing. Mr. Prado presented his motions.

which time the defendant argued that the crux of his motions are that he cannot be charged with conspiracy without also being charged with the underlying offense of wire fraud.

The motions are denied.  As an initial matter, the defendant failed to comply with Judge Wolf's order of February 1, 2022 that he is "not to file any additional motions without leave of court, which will be given only for good cause shown, before proceedings before the Magistrate Judge are concluded[.]"  (Docket No. 296).  In addition, neither motion is supported by an affidavit as required by Local Rule 7.1(b), despite the fact that the defendant was previously advised of the need to comply with this requirement.  (Docket No. 296).

Addressing the merits, it appears that the arguments raised herein are substantially the same as those advanced in the defendant's prior motions.  (See Docket Nos. 262, 265, 270, 279).  These arguments have already been rejected by the District Judge in his Memorandum and Order of February 1, 2022 (Docket No. 296) for the reasons asserted by the government in its oppositions to the motions (Docket Nos. 266, 286, 293).  The defendant has not raised any reason why the prior ruling of the District Judge should be reconsidered.  Therefore, the most recent motions (Docket Nos. 303 & 304) are denied.

     / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge