United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE
2022 MAR 31 AM 11: 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States of America            )
                                    )   Case No. 1:21-cr-10158-7-MLW
v.                                  )
                                    )
(7) Thiago De Souza Prado           )
            Defendant,              )

# DEFENDANT'S MOTION TO LEAVE OF COURT TO FILE MOTION

**Now** comes the charged Defendant Mr. Prado utilizing his <u>Pro Se</u> capacity asking to this Honorable Court to Leave of Court to file this attached motion to clarify the legal standards of the statute 18 U.S.C. 1349 Inchoate Conspiracy Offense

In the case of *Carey v. Hillsborough Dep't of Corr.*, 2005 US Dist. Lexis 38075 (1st Cir. 2005) has held that: An incarcerated **Pro Se** Defendant has a constitutional right of access to the courts. Indigent inmates have a constitutional right to meaningful access to the courts. This right requires prison authorities to assist inmates in the preparation of legal papers by providing to law libraries or assistance from trained legal personal.

## Conclusion

Mr. Prado prays that this Honorable Court to give him permission to file this good cause clarification motion to prevent miscarriage of justice.

Respectfully Submitted

[signature]

3-28-22