United States District Court
District of Massachusetts

|  |  |  |
|---|---|---|
| United States of America | ) | |
|  | ) | Case No. 1:21-cr-10158-MLW |
| v. | ) | |
|  | ) | |
| Thiago De Souza Prado | ) | |
| Defendant, | ) | |

**Defendant's Re – Affidavit In Support of My Pretrial Motions
Under The Pains And Penalty of Perjury:**

I, Thiago De Souza Prado, is the affiant in this said affidavit who swears under the penalty of perjury to the following facts and circumstances:

I am the charged defendant in this affidavit that swears to God under oath that I believe and feels that the prosecutor in my case have being giving to me and to the court fake information about my criminal indictment count 1 and its penalty provision

I swears to God under oath that the prosecutor in my case have say on the record more than 3 times that I am charged in my indictment for Wire Fraud.

I swears to God under oath that the prosecutor in my case did say on the record more than 3 times that I am facing 0 to 20 years in jail for the count 1 conspiracy to commit wire fraud 18 USC 1349.

I swears to God under the oath that my indictment for count 1 only charge me for 18 USC 1349 inchoate conspiracy with does not have a penalty provision and charged without the underlying offense it is not a crime

I swears to God under oath that I am very sad with this situation I am truly have not intentions to upset nobody, I am just trying to go back to my family.

(1) I was arrested on a criminal complaint on 5/12/2021.
(2) I have remained in custody since my arrest on 5/12/2021.
(3) I have been subjected to a lengthy pre-trial detention.
(4) I swear under oath that I feel as if I am being punished without yet obtaining a trial.
(5) Due to the lengthy pre-trial incarceration I have suffered from severe anxiety, family hardships, depression, paranoia from catching Covid-19 because of my Sleep Apnea and

the facility refusing to give me a CPAP machine to assist me breathing at night, and loss of liberty.
(6) Due to the passage of time from being incarcerated my ability to mount a defense has been impaired significantly based on the mental hardships I have been subjected to from my family falling apart.
(7) My 5th Amendment right to Due Process has been significantly violated.
(8) My 6th amendment right to a fair and speedy trial has been significantly violated as well
(9) I still have yet to obtain a trial date on this matter.
(10) The government's actions has resulted in malfeasance and pure negligence in regards to resolving this matter.
(11) I swear under oath that I never waived my speedy trial right nor that I properly consented to any extensions of time.
(12) I swear under oath that I am seeking an immediate trial and exercising my right to request a speedy trial

**The above facts are true and are not everything I know about what happened that day**

**Sworn to under the pains and penalties of perjury on this day of** 3/29 **2022**

Respectfully Submitted

Thiago De Souza Prado

## Certificate of Service

I, Thiago De Souza Prado, place the said above Affidavit in the Mail Box under the Mail Box rule here at the Donald Wyatt Detention Facility to be mailed to the following:

United States District Court

District of Massachusetts

The Office of the Clerk

1 Courthouse Way

Boston MA 02210

Respectfully Submitted

By the defendant

Thiago De Souza Prado

*[signature]* 3/28/22

950 High Street

Central Falls, RI 02863