FILED
IN CLERKS OFFICE

United States District Court
District of Massachusetts

2022 APR 14 PM 12: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| United States of America ) | |
| ) | Case No. 1:21-cr-10158-7-MLW |
| v. ) | |
| ) | |
| (7) Thiago De Souza Prado ) | |
| Defendant, ) | |

## DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE PRO- SE MOTION

Now into court come the charged defendant Mr. Prado in the above style and cause petition acting the capacity of a Pro- se litigant moves the honorable district court for permission to file his Pro- se motion that is based upon the grounds of his federal indictment violates his Fifth Amendment rights to be free from being place in jeopardy more than once for the same offense specific penalty provision for wire fraud in light of Brown v Ohio, 432 U.S. 161, 166, 53 L. 2d 187, 97 S. Ct. 221 (1977).

Respectfully Submitted

4-10-22

1