UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
21-10158-MLW

UNITED STATES OF AMERICA
v.

WEMERSON DUTRA AGUIAR et al. [1]

**ORDER ON EXCLUDABLE TIME**

April 28, 2022

DEIN, M.J.

      With the agreement of the parties, this court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008), that the defendants require time for the preparation of an effective defense, including time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed, and that the interests of justice outweighs the best interests of the public and the defendants for a trial within seventy days of the return of an indictment.  I further find that not granting this continuance would deny counsel for both the government and the defendants a reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

      It is hereby ordered that the Clerk of Court enter excludable time for the period of April 28, 2022 through June 1, 2022, that being the period between the expiration of the last order of excludable time and the date of the next status conference.  Based upon the prior orders of the court dated May 18 & 19, 2021, June 1, 17, & 24, 2021, July 1, 2021, July 29, 2021, September 1, 2021, September 21, 2021,

---

[1] This status report pertains to the following defendants: Clovis Placido, Luiz Narciso Alves Neto;  Itallo Felipe Pereira de Sousa Correa; Altacyr Dias Guimaraes Neto; Philipe Do Amaral Pereira; Bruno Proencio Abreu; Alessandro Felix Da Fonseca; Saulo Aguiar Ponciano and Thiago Prado.  Mr. Prado is appearing pro se but also has stand-by counsel.

[2]

November 29, 2021, January 13, 2022, March 3, 2022 and this order, at the time of the Final Status Conference on June 11, 2022 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried

                                                                               / s / Judith Gail Dein
                                                                               Judith Gail Dein
                                                                               United States Magistrate Judge