United States District Court
District of Massachusetts

FILED
IN CLERK'S OFFICE

2022 MAY 13 PM 2:15

| | |
|---|---|
| United States of America ) | |
| ) | Case No. 1:21-cr-10158-7-MLW |
| V. ) | |
| ) | |
| (7) Thiago De Souza Prado ) | |
| Defendant, ) | |

# DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE PRO- SE MOTION

Now into court come the charged defendant Mr. Prado in the above style and cause petition acting the capacity of a Pro- se litigant moves the honorable district court for permission to file his Pro- se motion that is based upon the grounds of his federal indictment count one charges must be prosecuted as a no-serious petty offense in light of **18 U.S.C. § 3584** and Binding Supreme Court Precedent *Lewis v United States,* 518 U.S. 322 (1996).

Sworn to and subscribed before me this 7 day of May, 2022

Respectfully Submitted

[Notary Seal: MAUREEN L. O'GORMAN, MY COMMISSION EXPIRES 11/01/2023, NOTARY PUBLIC, STATE OF RHODE ISLAND]