IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 21-cr-10158-MLW-JGD |
| ) | |
| WEMERSON DUTRA AGUIAR, *et al.* ) | |
| ) | |
| Defendants ) | |

**JOINT FINAL STATUS REPORT**

Pursuant to Local Rule 116.5(c), the undersigned parties[1] hereby file the following final status report in connection with the final status conference that is scheduled for June 1, 2022. The parties respectfully request that this status report be considered in lieu of a hearing.

**(1) Discovery & Pending Discovery Requests**

The government provided initial automatic discovery in this case to the Defendants on or about June 21, 2021 and provided additional discovery on June 25, 2021 and on October 15, 2021 and November 15, 2021, following the return of the Second Superseding Indictment. The government provided Defendants with indices of these materials. The government does not anticipate producing additional discovery. There are currently no pending discovery requests.

The parties request that a pretrial conference before the District Judge be scheduled in order to resolve pretrial motions (if any) and schedule a trial date.

The government is aware of its obligations to produce materials under Fed. R. Crim. P. 16, Local Rule 116.2(b)(1), and *Brady vs. Maryland*. To the extent any additional discovery—including *Brady* material—becomes available, the Government will promptly produce it.

---

[1] Defendant (7) Thiago Prado is proceeding *pro se* in this matter and is currently detained at the Donald W. Wyatt Detention Facility. Accordingly, the government has not had opportunity to confer with Prado about this joint status report.

**(2) Additional Discovery Requests and Pretrial Motions**

In its April 28, 2022 Interim Status Report (ECF No. 376), the Court indicated that any discovery motions shall be filed and fully briefed by the time of the next status conference. No discovery motions have been filed.

**(3) Speedy Trial Act**

The parties have conferred and ask that the Court exclude the period of time from the time of the final status conference on June 1, 2022 to the time of the pretrial conference before the District Judge, under 18 U.S.C. § 3161(h)(7)(A). The parties submit that the ends of justice served by this exclusion outweigh the interests of the public and the Defendants in a speedy trial. Under the Court's most recent Order on Excludable Time (ECF No. 377), there will be zero days of non-excludable time under the Speedy Trial Act and 70 days will remain under the Speedy Trial Act in which this case must be tried.

**(4) Estimated Trial Length**

The parties respectfully submit that it is too early to provide an estimated number of days of a potential trial in this case.

**(5) Other Issues Relevant to Progress of Case**

The Government continues to engage in plea discussions with several Defendants, which likely will result in requests for Rule 11 hearings before the District Judge with respect to those Defendants. To date, seven of the defendants have entered guilty pleas.

    Respectfully submitted,

    **RACHAEL S. ROLLINS**
    **UNITED STATES ATTORNEY**

    */s/   David M. Holcomb*
    David M. Holcomb
    Assistant United States Attorney

John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3100
David.Holcomb@usdoj.gov

**CLOVIS PLACIDO**

By his attorney,
*/s/ Keren E. Goldenberg*
Keren E. Goldenberg (BBO# 657629)
19A Alexander Avenue
Belmont, MA 02478
(617) 431-2701
keren@kgdefenselaw.com

**LUIZ NARCISO ALVES NETO**

By his attorneys,
*/s/ Austin C. Tzeng*
Austin C. Tzeng (BBO# 658889)
Law Office of Austin C. Tzeng
21 Mayor Thomas J. McGrath Highway
Suite 501
Quincy, MA 02169
(781) 929-4882
tzengdefense@gmail.com

**ITALLO FELIPE PEREIRA DE SOUSA CORREA**

By his attorney
*/s/ Brasilio F. Machado*
Brasilio F. Machado (admitted *pro hac vice*)
The Machado Law Firm
801 Brickell Ave Suite 700
Miami, FL 33131
(305) 400-0867
brasilio@machadolaw.net

**ALTACYR DIAS GUIMARAES NETO**

By his attorney,
*/s/ Nathaniel H. Amendola*
Nathaniel H. Amendola (BBO# 684285)
Amendola LLC

3

738 Main Street
Hingham, MA 02043
(781) 740-0800
nate@amendolallc.com

**PHILIPE DO AMARAL PEREIRA**

By his attorney,
*/s/ Claudia S. Lagos*
Claudia S. Lagos (BBO# 681504)
Scully & Lagos
101 Summer Street, 4th Floor
Boston, MA 02110
(617) 307-5055
clagos@scullylagos.com

**ALESSANDRO FELIX DA FONSECA**

By his attorney,
*/s/ Jessica D. Hedges*
Jessica Diane Hedges (BBO# 645847)
Hedges & Tumposky, LLP
Suite 600, 50 Congress Street
Boston, MA 02109
(617) 722-8220
hedges@htlawyers.com

**SAULO AGUIAR PONCIANO**

By his attorney,
*/s/ Keith S. Halpern*
Keith S. Halpern (BBO# 545282)
572 Washington St., Suite 19
Wellesley, MA 02482
(617) 722-9952
ksh@keithhalpern.com

**Certificate of Service**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that hard copies will be sent to non-registered participants.

Dated: May 27, 2022                        */s/ David M. Holcomb*
                                                    Assistant United States Attorney