UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
21-10158-MLW

UNITED STATES OF AMERICA

v.

WEMERSON DUTRA AGUIAR, et al.[1]

**FINAL STATUS REPORT**

June 1, 2022

DEIN, M.J.

A Final Status Conference was scheduled to be held remotely before this court on June 1, 2022 pursuant to the provisions of Local Rule 116.5(c), but with the court's consent the parties proceeded by way of a Joint Status Report. Based on that Report, this court enters the following report and orders to wit:

1. The parties request that the District Judge schedule a pretrial conference to resolve pretrial motions (if any) and to schedule a trial date.

2. The government does not expect to produce additional discovery except in accordance with the Local Rules. There are no outstanding or anticipated discovery disputes.

3. No defendant has indicated an intent to file any dispositive motions.

4. The government shall provide its expert disclosures 90 days prior to trial. The defendants will produce their expert disclosures 30 days prior to trial.

5. Based upon the prior orders of the court dated May 18 & 19, 2021, June 1, 17, & 24, 2021, July 1, 2021, July 29, 2021. September 1, 2021, September 21, 2021, November 29, 2021, January 13, 2022, March 3, 2022, April 28, 2022 and the order entered contemporaneously herewith, at the time of the pretrial conference before the District Judge there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

6. To date seven defendants have pleaded guilty and the government is in discussions with several other defendants.

---

[1] This status report pertains to the following defendants: Clovis Placido, Luiz Narciso Alves Neto; Itallo Felipe Pereira de Sousa Correa; Altacyr Dias Guimaraes Neto; Philipe Do Amaral Pereira; Bruno Proencio Abreu; Alessandro Felix Da Fonseca; Saulo Aguiar Ponciano and Thiago Prado. Mr. Prado is appearing *pro se* but also has stand-by counsel who confirmed that Mr. Prado agrees that the case should be sent to the District Judge.

[2]

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                                               / s / Judith Gail Dein
                                               JUDITH GAIL DEIN
                                               UNITED STATES MAGISTRATE JUDGE