UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
            v.                  )      Cr. No. 21-10158-MLW
                                )
WEMERSON DUTRA AGUIAR,          )
et al.,                         )
      Defendants.

ORDER

WOLF, D.J.                                      June 7, 2022

The court has reviewed the Magistrate Judge's Final Status Report, which stated that "[t]o date seven defendants have pleaded guilty and the government is in discussions with several other defendants." Dkt. No. 413. It is hereby ORDERED that each defendant in this case who has not pleaded guilty shall, by June 15, 2022, report whether he or she requests a pretrial conference or a Rule 11 hearing. Any defendant who requests a Rule 11 hearing shall also report when the parties expect to file a signed plea agreement.

UNITED STATES DISTRICT JUDGE