UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | Cr. No. 21-10158-MLW |
| ) | |
| WEMERSON DUTRA AGUIAR, ) | |
| et al., ) | |
| Defendants. | |

ORDER

WOLF, D.J.                                            June 16, 2022

On June 7, 2022, the court ordered each defendant in this case who has not pled guilty to report, by June 15, 2022, whether he or she requests a pretrial conference or a Rule 11 hearing. Defendants Thiago de Souza Prado, Itallo Felipe Pereira de Sousa Correa, and Philipe do Amaral Pereira have not pled guilty and failed to report by June 15, 2022 as ordered.

Therefore, it is hereby ORDERED that defendants Prado, Correa, and Pereira shall, by June 21, 2022, each report whether he or she requests a pretrial conference or a Rule 11 hearing. Any defendant who requests a Rule 11 hearing shall also report whether the parties expect to file a signed plea agreement and, if so, when.

                                          /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE