UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------)_____
UNITED STATES OF AMERICA         )
                                 )
v.                               )        Docket No. 21-10158-7-MLW
                                 )
                                 )
THIAGO DE SOUZA PRADO            )
_____)

**DEFENDANT PRADO'S REPORT PURSUANT TO COURT'S ORDER**

Pro Se Defendant Thiago De Souza Prado, pursuant to the Court's Orders of June 7, 2022, and June 17, 2020, hereby requests a pretrial conference.

/s/ THIAGO DESOUZA PRADO

CERTIFICATE OF SERVICE

I, John F. Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on June 20, 2022.

*/s/John F. Palmer*