UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>        v.                            )    Cr. No. 21-10158-MLW<br>)<br>WEMERSON DUTRA AGUIAR,      )<br>et al.,                             )<br>      Defendants. | |

ORDER

WOLF, D.J.                                                      June 25, 2022

There are 18 defendants in this case. Three defendants are fugitives. Seven defendants have pled guilty. Six defendants (Placido, Alves Neto, Guimaraes Neto, de Sousa Correa, Amaral Pereira, and da Fonseca) have expressed their intention to plead guilty. Two defendants (Ponciano and Prado) currently wish to go to trial.

In view of the foregoing, it is hereby ORDERED that:

1. By July 22, 2022, counsel for each defendant who has not pled guilty, including Ponciano, and Prado and his standby counsel, and counsel for the government shall confer and: (a) report whether the defendant intends to plead guilty; and, if so, (b) file a signed plea agreement.

2. By July 29, 2022, the government shall recommend at least two groupings for Rule 11 hearings to be held and completed on August 23, 2022, beginning at 10:00 a.m.

   3. A pretrial conference for any defendant who wishes to go to trial shall be held on August 24, 2022, at 10:00 a.m.

   4. Any motion to reschedule a Rule 11 hearing or pretrial conference shall be filed by August 5, 2022.

/s/ Charles Noel<br>
UNITED STATES DISTRICT JUDGE