UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | : Case No. 1:21-cr-10158-7-MLW |
| | : |
| (7) Thiago De Souza Prado, | : |
| Defendant | : |

## DEFENDANT'S MOTION TO DEMAND/ASSERT HIS SPEEDY TRIAL RIGHT IN LIGHT OF U.S. CONST. AMEND. 6TH AMENDMENT AND BARKER V. WINGO, 407 U.S. 514 (1972).

Now comes into Court the charged defendant Mr. Prado utilizing his Pro se capacity to respectfully move this Honorable Court to Demand/Assert his constitutional right to a speedy trial and also object to any more delays on starting his speedy trial in light of Barker v. Wingo, 407 U.S. 514 (1972).

The right to a speedy trial guaranteed the accused by U.S. Const. Amend. VI is "fundamental" and is imposed by the Due Process Clause of the U. S. Const. Ament. XIV on the states.

The crux of Mr. Prado argument is that he is suffering from severe sleep apnea without assistance of a CPAP machine, high blood pressure, anxiety, depression, family hard ship and been deny bail. As right now Mr. Prado have been incarcerated for over 13 months and still not received a trial date on this matter.

## Conclusion

Mr. Prado's praying that this Honorable Court will grant his motion and bring him to trial as soon as possible to prevent miscarriage of justice.

Respectfully Submitted

_____ 06/21/2022