UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                          )     Cr. No. 21-10158-7-MLW<br>)<br>THIAGO DE SOUZA PRADO,           )<br>    Defendant.                      ) | |

ORDER

WOLF, D.J.                                                          June 28, 2022

There are 18 defendants in this case. On December 17, 2021, the court allowed defendant Thiago De Souza Prado's motion to proceed pro se and appointed John Palmer, Esq. as standby counsel. See Dkt. No. 257. Prado then filed three pro se motions seeking dismissal and one that in effect requested a bill of particulars. See Dkt. Nos. 262, 265, 270, 279. On February 1, 2022, the court denied these motions and ordered Prado not to file any additional motions before proceedings before the Magistrate Judge were concluded without leave of court, which would be given only for good cause shown. See Dkt. No. 296.

Prado has since filed six pro se motions. Five of these motions were filed before the conclusion of proceedings before the Magistrate Judge. See Dkt. No. 322 (motion for this court's recusal); Dkt. No. 339-1 (motion for clarification of the legal standards for the inchoate conspiracy offense); Dkt. No. 358-1 (motion to dismiss indictment based on double jeopardy); Dkt. No. 368 (motion for court to take judicial notice concerning whether

1

the government could prosecute criminal offenses "that [are not] cognizable within [f]ederal [c]riminal codes"); Dkt. No. 386-1 (motion to establish that conspiracy must be charged as a non-serious petty offense).[1]

On June 1, 2022, proceedings before the Magistrate Judge concluded and the case was transferred to this court. See Dkt. No. 415. Three defendants are fugitives. Seven defendants have pled guilty. It appears that six, and possibly seven, defendants wish to enter into plea agreements. On June 25, 2022, the court issued an order establishing a schedule for the remaining defendants who wish to plead guilty to do so on August 23, 2022, and for an initial pretrial conference to be held on August 24, 2022 for any defendant who wishes to go to trial. See Dkt. No. 457.

On June 27, 2022, Prado filed an additional pro se motion requesting a speedy trial. See Dkt. No. 461.[2] The court notes that this motion was signed by Prado on June 21, 2022, before the court issued its June 27, 2022 order scheduling Prado's pretrial conference. See id. at 1.

---

[1] Three of these motions were submitted as attachments to motions requesting leave of court to file the proposed motion. See Dkt. Nos. 339, 358, 386.

[2] The court suggests that Prado consult Mr. Palmer, his standby counsel, concerning the medical issues described in this motion, so that Mr. Palmer may raise those issues with the U.S. Marshal or the facility where Prado is detained.

The government has only responded to one of Prado's six pending pro se motions. See Government Opposition to Motion for Recusal (Dkt. No. 332). In addition, four of Prado's pending pro se motions are not supported by an affidavit as required by Rule 7.1(b) of the Local Rules of the United States District Court for the District of Massachusetts. See Dkt. Nos. 358-1, 368, 386-1, 461.[3]

In addition, the Magistrate Judge ordered all time excluded from June 1, 2022 until the date of the initial pretrial conference in the interests of justice to allow "both the government and the defendants a reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Dkt. No. 414 (citing 18 U.S.C. §3161(h)(7)(B)(iv)). In any event, this time would be excluded because of the pendency of Prado's pro se motions, several of which require a response from the government and a hearing. See 18 U.S.C. §3161(h)(1)(D).

In view of the foregoing, it is hereby ORDERED that:

1. Prado's motions for leave to file his proposed pretrial motions (Dkt. Nos. 339, 358, 386) are ALLOWED. The proposed motions

---

[3] The court has repeatedly warned Prado that, even though he is proceeding pro se, he is required to follow the requirements of the Federal Rules of Criminal Procedure and the Local Rules of the United States District Court for the District of Massachusetts. See Transcript of December 7, 2021 Hearing (Dkt. No. 272) at 7:15-23; February 1, 2022 Order (Dkt. No. 296).

attached to each of those submissions (Dkt. Nos. 339-1, 358-1, 386-1) shall be deemed filed.

2. Prado shall, by July 11, 2022, file an affidavit in support of each of his pending motions (Dkt. Nos. 358-1, 368, 386-1, 461).

3. The government shall, by July 29, 2022, respond to Prado's pending pro se motions (Dkt. Nos. 339-1, 358-1, 368, 386-1, 461).

4. Any replies shall be filed by August 10, 2022.

5. The court will hear argument concerning Prado's pending pro se motions (Dkt. Nos. 322, 339-1, 358-1, 368, 386-1, 461) at the initial pretrial conference on August 24, 2022.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE