United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE

| | |
|---|---|
| United States of America ) | |
| ) | Case No. 1:21-cr-10158-7-MLW |
| V.  ) | |
| ) | |
| (7) Thiago De Souza Prado ) | |
| Defendant, ) | |

## DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE PRO- SE MOTION

Now into court come the charged defendant Mr. Prado in the above style and cause petition acting the capacity of a Pro- se litigant moves the honorable district court for permission to file his Pro- se motion to dismiss grand jury federal indictment count nine of **18 U.S.C 1028A(a)** Aggravated Identity Theft for insufficient factual basis to support the **§ 1028A(a)** charge/enhancement in light of **United States v. Boone**, 477 Fed. Appx. 99 (4th Cir. 2012); and **United States v. Phan**, 121 F. 3d 149 (4th Cir. 1997).



Respectfully Submitted

State of Rhode Island   County of Providence
On this 28 day of June, 2022
before me the undersigned notary public, personally appeared
Thiago Prado, personally known to the notary or proved to the notary through satisfactory evidence of identification, which was Wyatt ID, to be the person whose name is signed on the preceding or attached document, and acknowledged to the notary that he/she signed it voluntarily for its stated purpose.

Notary Public Signature