United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| ) | Case No. 1:21-cr-10158-7-MLW |
| V.                        ) | |
| ) | |
| (7) Thiago De Souza Prado ) | |
|          Defendant,        ) | |

**Defendant's Re – Affidavit in Support of defendant's Motion to dismiss count nine of Aggravated Identity Theft for insufficient factual basis to support the charge**

**Under The Pains and Penalty of Perjury:**

I, Thiago De Souza Prado, is the affiant in this said affidavit who swears under the penalty of perjury to the following facts and circumstances:

I am the charged defendant in this affidavit that swears to God under oath that I believe and feels that the prosecutor in my case have being miss-interpret the law in my count 9 indictment by trying to use an inchoate offense as a Predicate to support the charge

I swears to God under oath that I am not charged in my indictment for any felony violation enumerated at 1028A(c)

**The above facts are true and are not everything I know about what happened that day**

**Sworn to under the pains and penalties of perjury on this day of  6/28/2022**

Sworn to and subscribed before me this 28 day of June, 2022

Respectfully Submitted

Thiago De Souza Prado