United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America )<br>   )<br>V.   )<br>   )<br>(7) Thiago De Souza Prado )<br>        Defendant,   ) | Case No. 1:21-cr-10158-7-MLW |

## Defendant's Re – Affidavit in Support of defendant's Motion for Double Jeopardy Dkt. Nos. 358-1

### Under The Pains and Penalty of Perjury:

I, Thiago De Souza Prado, is the affiant in this said affidavit who swears under the penalty of perjury to the following facts and circumstances:

I am the charged defendant in this affidavit that swears to God under oath that I believe and feels that the prosecutor in my case is prosecuting 1343 Wire Fraud under 1349 Conspiracy statute because 1343 is a lesser included offense of 1349 conspiracy

I swears to God under oath that I believe and feels that I am being punished twice for the same conduct.

I swear that I am not charge in my indictment for 1343 wire fraud offense

**The above facts are true and are not everything I know about what happened that day**

**Sworn to under the pains and penalties of perjury on this day of    07/07/2022**

Respectfully Submitted

Thiago De Souza Prado

1