United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| ) | Case No. 1:21-cr-10158-7-MLW |
| V. ) | |
| ) | |
| (7) Thiago De Souza Prado ) | |
| Defendant, ) | |

### Defendant's Re – Affidavit in Support of defendant's Motion to establish that conspiracy must be charged as a no-serious petty offense Dkt. Nos. 386-1

**Under The Pains and Penalty of Perjury:**

I, Thiago De Souza Prado, is the affiant in this said affidavit who swears under the penalty of perjury to the following facts and circumstances:

I am the charged defendant in this affidavit that swears to God under oath that I believe and feels that conspiracy is no an infamous crime because it does not have any penalty provision

I believe that under Lewis v. United States, 518 us 322 (1997) 1349 conspiracy should be prosecuted as a petty offense because it does not prescribe any punishment

I believe that 1349 should be a petty offense because it is not a statutory conspiracy offense like 18 USC 371

I believe that conspiracy is a misdemeanor at common law and also at federal law

**The above facts are true and are not everything I know about what happened that day**

**Sworn to under the pains and penalties of perjury on this day of   07/07/2022**

Respectfully Submitted

Thiago De Souza Prado