United States District Court
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | Case No. 1:21-cr-10158-7-MLW |
| V. | ) | |
| | ) | |
| (7) Thiago De Souza Prado | ) | |
| Defendant, | ) | |

**Defendant's Re – Affidavit in Support of defendant's Judicial Notice Dkt. Nos. 368**

**Under The Pains and Penalty of Perjury:**

I, Thiago De Souza Prado, is the affiant in this said affidavit who swears under the penalty of perjury to the following facts and circumstances:

I am the charged defendant in this affidavit that swears to God under oath that I believe and feels that 1349 conspiracy is not a legally cognized federal offense

I believe that 1349 conspiracy is a common law offense

I believe that 1349 does not have a penalty provision and required a violation of the underlying offense to be punished

I believe that the government is barred by the separation of power to prosecute a not governed by unlawful act of congress offense

I believe that the government cannot prosecute common law federal offenses

**The above facts are true and are not everything I know about what happened that day**

**Sworn to under the pains and penalties of perjury on this day of   07/07/2022**

Respectfully Submitted

Thiago De Souza Prado