United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America | ) |
|  | ) Case No. 1:21-cr-10158-7-MLW |
| V. | ) |
|  | ) |
| (7) Thiago De Souza Prado | ) |
| Defendant, | ) |

## Defendant's Re – Affidavit in Support of defendant's Motion Demand/Assert Speedy Trial right Dkt. Nos. 461

### Under The Pains and Penalty of Perjury:

I, Thiago De Souza Prado, is the affiant in this said affidavit who swears under the penalty of perjury to the following facts and circumstances:

I am the charged defendant in this affidavit that swears to God under oath that I believe and feels that the court already violate my right to speedy trial

(1) I was arrested on a criminal complaint on 5/12/2021.
(2) I have remained in custody since my arrest on 5/12/2021.
(3) I have been subjected to a lengthy pre-trial detention.
(4) I swear under oath that I feel as if I am being punished without yet obtaining a trial.
(5) Due to the lengthy pre-trial incarceration I have suffered from severe anxiety, family hardships, depression, paranoia from catching Covid-19 because of my Sleep Apnea and the facility refusing to give me a CPAP machine to assist me breathing at night, and loss of liberty.
(6) Due to the passage of time from being incarcerated my ability to mount a defense has been impaired significantly based on the mental hardships I have been subjected to from my family falling apart.
(7) My 5th Amendment right to Due Process has been significantly violated.
(8) My 6th amendment right to a fair and speedy trial has been significantly violated as well
(9) I still have yet to obtain a trial date on this matter.
(10) The government's actions has resulted in malfeasance and pure negligence in regards to resolving this matter.
(11) I swear under oath that I never waived my speedy trial right nor that I properly consented to any extensions of time.

(12)     I swear under oath that I am seeking an immediate trial and exercising my right to request a speedy trial

**The above facts are true and are not everything I know about what happened that day**

**Sworn to under the pains and penalties of perjury on this day of   07/07/2022**

Respectfully Submitted

Thiago De Souza Prado