IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 21-cr-10158-MLW-JGD |
| ) | |
| WEMERSON DUTRA AGUIAR, *et al.* ) | |
| ) | |
| Defendants ) | |

### STATUS REPORT

Pursuant to the Court's June 25, 2022 order (ECF No. 457), counsel for the government conferred with counsel for each of the eight defendants who have not yet entered guilty pleas in this case and respectfully submits the following report.

Defendant (11) Itallo Felipe Pereira de Sousa Correa intends to plead guilty pursuant to a signed plea agreement, which the government has filed (*see* ECF No. 477).

The following defendants presently intend to plead guilty, without entering into a plea agreement with the government: (16) Alessandro Felix da Fonseca (per conferral with counsel) and (18) Saulo Aguiar Ponciano (*see* ECF No. 468).  The following defendants presently intend to plead guilty but have not entered a plea agreement with the government, and their counsel are actively discussing potential plea agreements with counsel for the government: (4) Clovis Placido (*see* ECF No. 429), (8) Luiz Narciso Alves Neto (*see* ECF No. 430), (10) Altacyr Dias Guimaraes Neto (*see* ECF No. 422), and (13) Philipe do Amaral Pereira (*see* ECF No. 449).  The Court's resolution of certain questions with respect to the application of the Federal Sentencing Guidelines to the charged offenses at the first sentencing hearing(s) in this case may lead to the filing of additional plea agreements.  The government will recommend groupings of defendants for the Rule 11 hearings that the Court has scheduled for August 23, 2022, by July 29, 2022.

Through his standby counsel, *pro se* defendant Thiago Prado previously indicated that he does not intend to plead guilty and that he requests a pretrial conference (*see* ECF No. 447). The Court has scheduled the pretrial conference for August 24, 2022.

        Respectfully submitted,

        **RACHAEL S. ROLLINS**
        **UNITED STATES ATTORNEY**

        */s/   David M. Holcomb*
        David M. Holcomb
        Assistant United States Attorney
        One Courthouse Way, Suite 9200
        Boston, Massachusetts 02210
        (617) 748-3100
        David.Holcomb@usdoj.gov

**Certificate of Service**

   I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: July 22, 2022           <u>/s/   David M. Holcomb</u>
                 Assistant United States Attorney