UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                                                            ) | Criminal No. 21-cr-10158-MLW |
| ) | |
| WEMERSON DUTRA AGUIAR, et al.,        ) | |
| ) | |
| Defendants                 ) | |

**GOVERNMENT'S PROPOSED RULE 11 HEARING GROUPINGS**

The government respectfully files this response to the Court's June 25, 2022 order requesting the government to "recommend at least two groupings for Rule 11 hearings to be held and completed on August 23, 2022, beginning at 10:00 a.m." The government proposes the following groupings:

        Group 1:    (8) Luiz Narciso Alves Neto
                           (10) Altacyr Dias Guimaraes Neto
                           (11) Itallo Felipe Pereira de Sousa Correa
                           (13) Philipe do Amaral Pereira

        Group 2:    (4) Clovis Placido
                           (16) Alessandro Felix da Fonseca
                           (18) Saulo Aguiar Ponciano

                                                Respectfully Submitted,

                                                RACHAEL S. ROLLINS
                                                United States Attorney

                               By:    */s/ David M. Holcomb*
                                                 DAVID M. HOLCOMB
                                                 Assistant U.S. Attorney

Dated: July 29, 2022

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants.

Dated:  July 29, 2022

                                      */s/ David M. Holcomb*
                                      DAVID M. HOLCOMB
                                      Assistant U.S. Attorney