United States District Court
District of Massachusetts

|  |  |  |
|---|---|---|
| United States of America | ) | |
|  | ) | Case No. 1:21-cr-10158-7-MLW-JGD |
| V. | ) | |
|  | ) | |
| (7) Thiago De Souza Prado | ) | |
| Defendant, | ) | |

# DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE PRO- SE MOTION

Now into court come the charged defendant Mr. Prado in the above style and cause petition acting the capacity of a Pro- se litigant move the honorable district court for permission to file his Pro- se motion to dismiss grand jury federal indictment count nine of *18 U.S.C 1028A(a)* Aggravated Identity Theft for violation of the element clause, and also to establish that § 1349 inchoate conspiracy offense only criminalize the agreement itself and not "Wire Fraud", and does not have any element of use, transfer, or possess another person's identification in light of Supreme Court's precedent decision and interpretation of *United States v. Taylor, 142 U.S 2015 (2022).*

Respectfully Submitted

08/15/2022