United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| ) | Case No. 1:21-cr-10158-7-MLW-JGD |
| V. ) | |
| ) | |
| (7) Thiago De Souza Prado ) | |
| Defendant, ) | |

## Defendant's Re – Affidavit in Support of defendant's Motion to dismiss 1028A for violation of element clause in light of United States v. Taylor, 142 S. CT. 2015 (2022).

### Under The Pains and Penalty of Perjury:

I, Thiago De Souza Prado, is the affiant in this said affidavit who swears under the penalty of perjury to the following facts and circumstances:

I swears to God under oath that I believe and feels that my argument on this motion is similar which Taylor's argument.

I swears to God under oath that I believe and feels that the way that the courts interpreted 924(c) and 1028A is exactly the same.

I swears to God under oath that I know for fact that 1349 does not satisfy the element clause for purposes of 1028A.

I swears to God under oath that I know for fact that 1349 does not have any element of wire fraud and also does not requires that the government prove that I used, transferred, or possessed of another person's identification.

1

I swears to God under oath that I believe and feels that I never committed any 1028A offense.

I swears to God under oath that I believe and feels that all defense lawyers in my case don't have knowledge about this new substantive rule of law created on Taylor's case, and that's why I am the only one raising this issue.

**The above facts are true and are not everything I know about what happened that day**
**Sworn to under the pains and penalties of perjury on this day of ___ 08/15/2022**

Respectfully Submitted by

Thiago De Souza Prado

2