UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
              v.                  )          Cr. No. 21-10158-7-MLW
                                  )
THIAGO DE SOUZA PRADO,            )
         Defendant.               )

ORDER

WOLF, D.J.                                      August 30, 2022

On June 28, 2022, the court scheduled an initial pretrial conference and a hearing on defendant Thiago De Souza Prado's pending pro se motions for August 24, 2022. See Dkt. No. 464. On August 15, 2022, this hearing was rescheduled for September 1, 2022. See Dkt. No. 502.

On August 18, 2022, defendant Thiago De Souza Prado filed another pro se motion for leave to file an attached motion seeking dismissal of the aggravated identity theft charge against him. See Dkt. No. 515. This motion will also require a hearing. In addition, the deadline for the government's response to this motion is September 1, 2022. Therefore, it will not be possible to conduct a hearing on Prado's pro se motions on September 1, 2022.

Moreover, the court scheduled the hearing on Prado's motions and initial pretrial conference expecting that the court would have already conducted on August 23, 2022 Rule 11 hearings for all defendants in this case who wish to plead guilty. See Dkt. No. 464. However, the court was required to continue the Rule 11

hearings for four defendants who have expressed a desire to plead guilty but were not prepared to do so on August 23, 2022. Therefore, the court will reschedule the hearing on Prado's motions and initial pretrial conference after any additional Rule 11 hearings are completed on or about October 27, 2022, and it has become clear whether any defendants in addition to Prado wish to proceed to trial.

In view of the foregoing, it is hereby ORDERED that:

1. Prado's motion for leave to file his proposed motion to dismiss the aggravated identity theft charge (Dkt. No. 515) is ALLOWED. The proposed motion (Dkt. No. 515-1) shall be deemed filed.

2. The initial pretrial conference and hearing on Prado's pending pro se motions previously scheduled for September 1, 2022 is CANCELLED.

3. All time until the initial pretrial conference and hearing on Prado's pending motions is EXCLUDED for purposes of the Speedy Trial Act. See 18 U.S.C. §§3161(h)(1)(D), (h)(7)(A).

UNITED STATES DISTRICT JUDGE