United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE

2022 SEP 15 AM 11:27

| United States of America | ) | |
|---|---|---|
| | ) | Case No. 1:21-cr-10158-7-MLW-JGD |
| V. | ) | |
| | ) | |
| (7) Thiago De Souza Prado | ) | |
| Defendant, | ) | |

### DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE PRO- SE MOTION

Now into court come the charged defendant Mr. Prado in the above style and cause petition acting the capacity of a Pro- se litigant move the honorable district court for permission to file his motion to Revoke Mr. Prado's Pretrial Detention on solid grounds of Detention of defendant beyond 14 months exceeded the standards of Due Process, U.S. Const. Amend. V., especially when the trial delay is caused from codefendants waiting to see the outcome of Mr. Prado's case to decide if they will pled guilty or not. In light of *United States v. Gonzales Claudio, 806 F. 2d 334 (2nd Cir. 1986).*

Sworn to and subscribed before me this
12 day of Sep, 20 22

Respectfully Submitted

09/12/2022