FILED
IN CLERKS OFFICE

United States District Court
District of Massachusetts

2022 SEP 15 AM 11: 37

| United States of America | ) | |
|---|---|---|
| | ) | Case No. 1:21-cr-10158-7-MLW-JGD |
| V. | ) | |
| | ) | |
| (7) Thiago De Souza Prado | ) | |
| Defendant, | ) | |

**Defendant's Re – Affidavit in Support of defendant's Motion for Pre-trial release on the grounds of his detention and denial of bail exceeded the limitations of the Due Process Clause, U.S. Const. Amend. V. in light of United States v Gonzales Claudio, 806 f. 2d. 334 (2nd Cir. 1986).**

I, Thiago De Souza Prado, is the affiant in this said affidavit who swears under the penalty of perjury to the following facts and circumstances:

I swears to God under oath that I believe and feels that I am being punished without a trial.

I swears to God under oath that I believe and feels that over 14 months in pretrial detention is a cruel punishment.

I swears to God under oath that I will comply with any condition of release that the court think is appropriate.

I swears to God under oath that I will never flee this country because this country is my home, I have nowhere to go even if I want to, and I will never be able to live without my family.

I swears to God under oath that I just want to go back to work and provide for my family.

**The above facts are true and are not everything I know about what happened that day**

**Sworn to under the pains and penalties of perjury on this day of    09/12/2022**

Respectfully Submitted by
Thiago De Souza Prado

Maureen L. O'Gorman
Sworn to and subscribed before me this
12 day of SEPT, 2022

[Notary Seal: MAUREEN L. O'GORMAN, MY COMMISSION EXPIRES 11/01/2023, NOTARY PUBLIC, STATE OF RHODE ISLAND]