United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America ) | Case No. 1:21-cr-10158-7-MLW |
| ) | |
| V. ) | |
| ) | |
| (7) Thiago De Souza Prado ) | |
| Defendant, ) | |

# DEFENDANT'S RESPONSE TO GOVERNMENT'S OPPOSITION (DOC# 535) TO MOTION TO DISMISS AGGRAVATED IDENTITY THEFT COUNT (DOC#5 15-1).

The charged defendant Mr. Prado respectfully files this response to the Government's opposition (doc# 535), to Mr. Prado's motion to dismiss count nine of the second superseding Indictment, charging Mr. Prado with Aggravated Identity Theft (ECF No. 515-1).

Mr. Prado asserts that the Government only states Mr. Taylor's attempted conviction on its opposition, omitting the **Conspiracy** conviction. In **United States v Taylor**, *142 S. CT. 2015 (2022)*; we can see that Mr. Taylor plead guilty for two counts, one count of attempt to Hobbs Act robbery, and another count of Conspiracy to Hobbs Act robbery, which Supreme Court held that; neither Attempt/Conspiracy convictions qualify as a predicate offense.

Supreme Court in Taylor's case states that the element clause apply to any offense that have the element *"USE"*, and also in light of **United States v. Magassouba**, *619 f.3d 202 (2nd Cir.*

1

2010). And; **United States v. Beck**, 957 f.3d 440 (4th Cir. 2020), the "use of another person's identification" is an essential element of 1028A offense.

Mr. Prado asserts that is evidence that 924(c) influenced the drafting of 1028A. See; **Identity Theft Investigation and penalties: Hearing on H.R. 1731 Before the H. Subcomm. On crime, terrorism, and Homeland Security, 108th Cong. (2003), 2004 WL 576606 at `4 [hereinafter hearing] (Statement of Timothy Coleman, Counsel to the Assistant Attorney General).**

The Government states that 1028A's predicate felonies are enumerated, not subject to a "categorical approach" about a predicate felony's elements. But the Government does not cites any precedent case or any law to support its argument.

Last Mr. Prado like to let the court know that he only received the Government opposition Doc# 535 on September 12, 2022, See; **EXIBIT "A"**. And he is mailing his response on September 14, 2022, one day after he received.

As a matter law Mr. Prado's motion should be granted.

Respectfully Submitted
Thiago Prado

9-14-2022

2

## Certificate of Service

I, Thiago De Souza Prado, place the said above Response in the Mail Box under the Mail Box rule here at the Donald Wyatt Detention Facility to be mailed to the following:

United States District Court

The Office of the Clerk

1 Courthouse Way

Boston MA 02210

_____ 08/14/2022

Respectfully Submitted

Thiago De Souza Prado

950 High Street

Central Falls, RI 02863

3

**U.S. Department of Justice**
United States Attorney's Office
*District of Massachusetts*

*John J. Moakley Courthouse*
*Suite 9200*
*1 Courthouse Way*
*Boston, MA 02210*

Official Business

RECEIVED SEP 12 2022

Exhibit A

L-30

Donald W Wyatt Detention Facility
USMS # 44659-509, Thiago de Souza Prado
950 High Street
Central Falls, RI 02863

BOSTON MA 020
8 SEP 2022 PM



U.S. OFFICIAL MAIL  US POSTAGE
PENALTY FOR PRIVATE USE  $00.46⁰
$300
FP ★★★  1STCLASS RTL
Mailed From 02210
031A 0005510027



US OFFICIAL MAIL >> PENALTY FOR PRIVATE USE $300
PITNEY BOWES
ZIP 02210  $000.05⁰
02 4W
0001134730 APR 28 2021

02863-150650