**U.S. Department of Justice**
United States Attorney's Office
*District of Massachusetts*

John J. Moakley Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

Official Business

RECEIVED SEP 12 2022

Exhibit A

L-30

Donald W Wyatt Detention Facility
USMS # 44659-509, Thiago de Souza Prado
950 High Street
Central Falls, RI 02863

02863-150650

BOSTON MA 020
8 SEP 2022 PM



U.S. OFFICIAL MAIL  US POSTAGE
PENALTY FOR PRIVATE USE  $00.46
$300
FP ★★★ 1STCLASS RTL
Mailed From 02210
031A 0005510027



US OFFICIAL MAIL >> PENALTY FOR PRIVATE USE $300
PITNEY BOWES
ZIP 02210  $000.05
02 4W
0001134730 APR 28 2021