United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| | ) Case No. 1:21-cr-10158-7-MLW-JGD |
| V. | ) |
| | ) |
| (7) Thiago De Souza Prado | ) |
| Defendant, | ) |

## DEFENDANT'S MOTION FOR PERMITTING PARTICIPATION IN THE RESTORATIVE JUSTICE PROGRAM

The charged defendant Mr. Prado hereby requests an order from this Honorable District Court permitting him to participate in the U.S. Probation Department's Restorative Justice Program (RJ) at the Wyatt Detention Facility.

As grounds for the request to participate in the RJ Program Mr. PRADO states:

(1) The Probation Office provides the following description of the program:

Restorative Justice is a theory of justice that emphasizes a meaningful acceptance of responsibility for a crime or harm committed and making amends for that harm through transformational processes. The required parts of the Restorative Justice Program are to complete an individual informational session and participate in a 16-Hours workshop.

1

The 16-Hours workshop is a demanding experiential process that includes defendants/participants, victims of crime, community volunteers, and Court family members. Participants engage in individual and group work, lectures, cognitive behavioral exercises, and homework. During the workshop participants: identify and analyze their values; consider the reasons why they committed the crime (including exploration of criminogenic needs and trauma); identify and process the harm that their crime has caused; and explore potential ways in which they may make amends. The victims of crime, community and Court family members work with each participant individually and in groups to expand their understanding of crime and its impact on others and accountability. The workshop is both emotionally and intellectually taxing, consistently emphasizing the importance of a meaningful acceptance of responsibility and making amends.

(2) Mr. Prado submits-that regardless of the outcome of this case, participation in RJ has the potential to be transformative experience. His life has been deeply impacted by violence and incarceration and his family also has been deeply impacted by this incarceration. He would greatly benefit from the opportunity to think about harm and justice in new ways.

(3) Probation advises that is accepting applicants to the upcoming RJ program at Wyatt and it can consider Mr. Prado's participation as soon as the Court issue an order permitting it to do so.

Respectfully Submitted by

Thiago De Souza Prado

*[signature]* 09/20/2022

Thiago De Souza Prado
95 High street
Central falls RI 02863

PROVIDENCE RI 028
22 SEP 2022 PM 3
quadient
CORRECTION
IMI
$000.60
09/21/2022 ZIP 02863
043M31265627
US POSTAGE
USMS SCREENED

United States District Court (Boston)
1 Courthouse way
Boston MA 02210

02210-300299