IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-cr-10158-7-MLW |
| ) | |
| (7) THIAGO DE SOUZA PRADO ) | |
| ) | |
| Defendant ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT THIAGO PRADO'S MOTION REGARDING RESTORATIVE JUSTICE PROGRAM

The government respectfully files this response to Defendant Thiago Prado's *pro se* motion for an order permitting him to participate in a restorative justice program at the Donald W. Wyatt Detention Facility (ECF No. 546).[1]  The government states that it takes no position on Prado's request.

Respectfully Submitted,

RACHAEL S. ROLLINS
United States Attorney

By:   */s/ David M. Holcomb*
KRISTEN A. KEARNEY
DAVID M. HOLCOMB
Assistant U.S. Attorneys

Dated: October 12, 2022

---

[1] Prado did not seek leave to file this *pro se* motion, in violation of the Court's order of February 1, 2022 (ECF No. 296).  The government submits this response to facilitate resolution of Prado's pre-trial motions and the scheduling of a trial date.

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, including standby counsel for *pro se* Defendant Thiago Prado, and that a paper copy will be sent by mail to Prado.

Dated: October 12, 2022

                                        */s/ David M. Holcomb*
                                        DAVID M. HOLCOMB
                                        Assistant U.S. Attorney