United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America ) | Case No. 1:21-cr-10158-7-MLW-JGD |
| V. ) | |
| (7) Thiago De Souza Prado ) | |
| Defendant, ) | |

## DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE PRO- SE MOTION

Now into court come the charged defendant Mr. Prado in the above style and cause petition acting the capacity of a Pro- se litigant move the honorable district court for permission to file his Pro- se motion to establish that § 1028A offense charged with § 1349 inchoate conspiracy offense as a predicate offense, does not mandate a 24 months mandatory sentence in light of 1028A(b)(3); and First Circuit Precedent case of *United States v. Vidal-Reyes, 562 F. 3d 43 (1st Cir. 2009).*

FILED
IN CLERKS OFFICE
2022 OCT 17 PM 12: 15
U.S. DISTRICT COURT
DISTRICT OF MASS.

Respectfully Submitted

Thiago DSP  10/13/2022