FILED
IN CLERKS OFFICE

2022 OCT 17 PM 12: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court
District of Massachusetts

United States of America             )
                                      )   Case No. 1:21-cr-10158-7-MLW-JGD
V.                                    )
                                      )
(7) Thiago De Souza Prado            )
            Defendant,                )

## Defendant's Re – Affidavit in Support of defendant's Motion and Memorandum to establish that § 1028A offense charged with any predicate offense that does not have the element use, transfer, or possess the means of identification does not mandate a 24 months mandatory sentence in light of 1028A(b)(3); and First Circuit Precedent case of United States v. Vidal-Reyes, 562 F.3D 43 (1ST CIR. 2009).

### Under The Pains and Penalty of Perjury:

I, Thiago De Souza Prado, is the affiant in this said affidavit who swears under the penalty of perjury to the following facts and circumstances:

I swears to God under oath that I believe and feels that my District Judge have the discretion to take into account this mandatory 24 months sentence

I swears to God under oath that I believe and feels that the Government guidelines are inaccurate

Due to the lengthy pre-trial incarceration I have suffered from severe anxiety, family hardships, depression, trying to understand why the government is trying to enforce this harsh penalties on me and my codefendants, if penalties does not meet the indictment charges

I swears to God under oath that I believe and feels that we are been victims of select prosecution

1

The government's actions has resulted in malfeasance and pure negligence in regards to resolving this matter.

**The above facts are true and are not everything I know about what happened that day**
**Sworn to under the pains and penalties of perjury on this day of 10 /13/2022**

Respectfully Submitted by
Thiago De Souza Prado

*[signature]*