UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
            v.                    )          Cr. No. 21-10158-MLW
                                  )
WEMERSON DUTRA AGUIAR,            )
et al.,                           )
      Defendants.

ORDER

WOLF, D.J.                                   November 22, 2022

As stated at the Rule 11 hearings on November 22, 2022, the court intends to sentence the 14 defendants who have pled or intend to plead guilty on February 13, 14, 15, 16, and 17, 2023, beginning at 1:30 p.m. each day.

Therefore, it is hereby ORDERED that:

1. The government shall, by December 8, 2022, confer with counsel for each defendant and recommend groups of three defendants to be sentenced each day, beginning with the defendants with the highest Guideline ranges unless there are explained reasons to recommend grouping them differently.

2. The court will subsequently issue another order assigning each defendant a date to be sentenced in the Moakley Federal Courthouse. Counsel for the government and each defendant shall, until further ordered, plan to be available for sentencing(s) on February 13, 14, 15, 16, and 17, at 1:30 p.m.

3.    The pending motions of defendant Thiago de Souza Prado, which require hearings that will be held after the court determines which of his co-defendants have actually pled guilty, stop the Speedy Trial clock for his co-defendants. See 18 U.S.C. §3161(h)(1)(D); United States v. Torres Lopez, 851 F.2d 320, 325 (1st Cir. 1988). Nevertheless, all time until the sentencing of each defendant who has pled guilty is also EXCLUDED pursuant to 18 U.S.C. §3161(h)(7)(A) because the ends of justice served by organizing the many sentencings in a manner that permits the proper preparation of related Presentence Reports and that allows the court to consider co-defendants' relative culpability to minimize the risk of unjustifiably disparate sentences outweigh the best interests of the public and the defendants in a speedier resolution of this case.

UNITED STATES DISTRICT JUDGE

2