FILED
IN CLERKS OFFICE

United States District Court
District of Massachusetts    2022 DEC 15 PM 1: 08

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States of America          )
                                  )          Case No. 1:21-cr-10158-7-MLW-JGD
            V.                    )
                                  )
(7) Thiago De Souza Prado         )
            Defendant,            )

## DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE PRO- SE MOTION

Now into court come the charged defendant Mr. Prado in the above style and cause

petition acting the capacity of a Pro- se litigant move the honorable district court for permission

to file his *Pro se* motion to dismiss grand jury federal indictment with prejudice because it violates

the Defendant's 6th Amendment right to a fair and speedy trial (Speedy Trial Act Violation 18

U.S.C. 3161-3174), Violation of Fifth Amendment right to Due Process and based on violation of

Fed. R. Crim. P. 48(b)(3). *United States v. Ganious, 635 F. Supp. 2d 80, 85 (D.C. Mass. 2009) (citing*

*United States v. Lewis, 40 F.3d 1325, 1332 (1st Cir. 1994)*

Respectfully Submitted

Thiago De Souza Prado

_____ 12/12/2022