United States District Court
District of Massachusetts

United States of America )
) Case No. 1:21-cr-10158-7-MLW-JGD
V. )
)
(7) Thiago De Souza Prado )
  Defendant, )

# Defendant's Re – Affidavit in Support of defendant's Motion and Memorandum to Dismiss for Violation of Fifth and Sixth Amendments pursuant Fed. R. Crim. P. 12(b) and Fed. R. Crim. P. 48(b)(3).

### Under The Pains and Penalty of Perjury:

I, Thiago De Souza Prado, is the affiant in this said affidavit who swears under the penalty of perjury to the following facts and circumstances:

I swears to God under oath that I believe and feels that my 5th Amendment right to Due Process has been significantly violated.

I swears to God under oath that I believe and feels that my 6th amendment right to a fair and speedy trial has been significantly violated as well

I swears to God under oath that I never waived my speedy trial right nor that I properly consented to any extensions of time.

Due to the lengthy pre-trial incarceration I have suffered from severe anxiety, family hardships, depression, paranoia from catching Covid-19 because of my Sleep Apnea and the facility refusing to give me a CPAP machine to assist me breathing at night, and loss of liberty.

1

I swears to God under oath that I believe and feels that some of my codefendants that was supposed to plead guilty on August 23, 2022 postpone them hearing, seeking to see the outcome of my case to make a decision. (My stand by counsel and one codefendant told me)

I swears to God under oath that I believe that codefendant counsel personal matter cannot be used as good cause shown to delay trial especially when I am been detained in pre-trial.

I swears to God under oath that I feel like this court is not respecting my constitutional rights.

I swears to God under oath that I believe and feels that over 14 months in pretrial detention is a cruel punishment.

The government's actions has resulted in malfeasance and pure negligence in regards to resolving this matter, and I still have yet to obtain a trial date on this matter.

**The above facts are true and are not everything I know about what happened that day**
**Sworn to under the pains and penalties of perjury on this day of 12/12/2022**

Respectfully Submitted by
Thiago De Souza Prado

## Certificate of Service

I, Thiago Prado, place the said above Motion in the Mail Box under the Mail Box rule here at the Donald Wyatt Detention Facility to be mailed to the following:

United States District Court

For The District of Massachusetts

The Office of the Clerk

1 Courthouse Way

Boston MA 02210

_____ 12/ 12 /2022

Respectfully Submitted

By the defendant

Thiago De Souza Prado

950 High Street

Central Falls, RI 02863

14