UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Cr. No. 21-10158-MLW |
| ) | |
| THIAGO DE SOUZA PRADO,   ) | |
|     Defendant.     ) | |

ORDER

WOLF, D.J.                                                      December 16, 2022

It is hereby ORDERED that:

1. Defendant Thiago de Souza Prado's motion for leave to file another proposed pretrial motion (Dkt. No. 605) is ALLOWED. The proposed motion to dismiss indictment and supporting affidavit attached to the submission (Dkt. Nos. 605-1, 605-2) shall be deemed filed.

2. The motion to dismiss indictment (Dkt. No 605-1) will be addressed at the hearing on Prado's other pending pre-trial motions (Dkt. Nos. 322, 339-1, 358-1, 368, 386-1, 461, 467-1, 515-1, 542-1, 546, 552-1), which shall be held on January 17, 2023, at 10:00 a.m. at the Moakley Federal Courthouse.

                                                        /s/ Mark L. Wolf
                                         UNITED STATES DISTRICT JUDGE