UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 21-10158-MLW |
| | ) | |
| WEMERSON DUTRA AGUIAR, et al., | ) ) | |
| Defendants. | | |

### ORDER

WOLF, D.J.                                                     December 20, 2022

On November 22, 2022, the court ordered that the defendants who had pled or intended to plead guilty would be sentenced on February 13, 14, 15, 16, and 17, 2023. See Dkt. No. 593.

It is now hereby ORDERED that:

1.  Defendants' sentencings will be conducted at the Moakley Federal Courthouse, at 10:00 a.m. each day, on the following dates:

   A. On February 13, 2023:

      Wemerson Dutra Aguiar

      Edvaldo Rocha Cabral

      Altacyr Dias Guimaraes Neto

   B. On February 14, 2023:

      Saulo Aguiar Ponciano

      Luiz Narciso Alves Neto

      Itallo Felipe Pereira de Sousa Correa

   C. On February 15, 2023:

      Alessandro Felix da Fonseca

   Bruno Proencio Abreu

D. On February 16, 2023:

   Philipe do Amaral Pereira

   Priscila Barbosa

E. On February 17, 2023:

   Guilherme da Silveira

   Flavio Candido da Silva

   Julio Vieira Braga

2. As the court anticipates there may be common objections to the Presentence Reports by at least several parties, such as how the amount of loss attributable to each defendant should be calculated, the court will hear argument from all affected parties on any such common issues at a hearing on February 9, 2023, at 10:00 a.m., at the Moakley Federal Courthouse.

UNITED STATES DISTRICT JUDGE