UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>              v.<br><br>THIAGO DE SOUZA PRADO,<br>    Defendant. | )<br>)<br>)<br>)   Cr. No. 21-10158-7-MLW<br>)<br>)<br>) |

PRETRIAL ORDER

If this case is not dismissed based on the defendant Thiago de Souza Prado's pending motions, it is hereby ORDERED that:

1. Any motion to sever must be filed by **January 24, 2023**.

2. Trial shall commence on **March 6, 2023 at 9:00 a.m.**

3. The government shall by **January 9, 2023**, disclose to the defendant:

(a) The exculpatory information identified in Local Rule 116.2 that has not been previously produced; and

(b) A general description (including the approximate date, time, and place) of any crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b).

4. If Prado agrees, statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its or his case-in-chief shall be produced by **February 10, 2023**.

5.  The parties shall by **January 11, 2023**, file proposed voir dire questions, proposed jury instructions, and any motions in limine with supporting memoranda. The government shall file a trial brief and the defendant may file a trial brief. Responses to any motion in limine shall be filed by **January 23, 2023**. Replies shall be filed by **January 30, 2023**.

6.  The government shall by **February 17, 2023**:

    (a) Provide the defendant with the names and addresses of witnesses the government intends to call at trial in its case-in-chief. If the government subsequently forms an intent to call any other witness, the government shall promptly notify the defendant of the name and address of that prospective witness.

    (b) Provide the defendant with copies of the exhibits and a pre-marked list of exhibits the government intends to offer in its case-in-chief. If the government subsequently decides to offer any additional exhibit in its case-in-chief, the government shall promptly provide the defendant with a copy of the exhibit and a supplemental exhibit list.

7.  The defendant shall by **February 24, 2023**:

    (a) Provide the government with the names and

addresses of the witnesses the defendant intends to call in his case-in- chief. If the defendant subsequently forms an intent to call any other witness in his case-in-chief, he shall promptly notify the government of the name and address of that witness.

(b) Provide the government with copies of the exhibits and a pre-marked list of the exhibits the defendant intends to offer in his case-in-chief. If the defendant subsequently decides to offer any additional exhibits in his case-in-chief, he shall promptly provide the government with a copy of the exhibit and a supplemental exhibit list.

8. The parties shall by **February 24, 2023,** file a written stipulation of any facts that they agree are not in dispute.

9. Although the Speedy Trial Clock is stopped by Prado's motions that require hearings, see 18 U.S.C. §3161(h)(1)(d), which will be held on **January 17, 2023,** all time until the commencement of trial on **March 6, 2023** is excluded in order to give the government and Prado, who is representing himself, adequate time to prepare for trial.

12/22/2022
---
DATE

_____
UNITED STATES DISTRICT COURT