FILED
IN CLERKS OFFICE

United States District Court
District of Massachusetts

2022 DEC 30 PM 1: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States of America )

)          Case No. 1:21-cr-10158-7-MLW

V. )

)

(7) Thiago De Souza Prado )
                    Defendant, )

## DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE PRO- SE MOTION

Now into court come the charged defendant Mr. Prado in the above style and

cause petition acting the capacity of a Pro- se litigant move the Honorable District Court

to establish that Massachusetts does not have the proper venue to prosecute Mr. Prado

and codefendants for any Substantive crime of Wire Fraud, enhancements, or substantive

overt acts committed in furtherance of this conspiracy outside of the state of

Massachusetts in light of **Constitution Amendment VI**; and **Fed. R. Crim. P. 18**.

Respectfully Submitted

12/25 /2022