United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE

2022 DEC 30 PM 1: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| | ) | Case No. 1:21-cr-10158-7-MLW-JGD |
| V. | ) | |
| | ) | |
| (7) Thiago De Souza Prado | ) | |
| Defendant, | ) | |

# Defendant's Re – Affidavit in Support of defendant's Motion establish that Massachusetts lacks of territorial jurisdiction over wire fraud and 1028A in light of United States Constitution Amendment VI; and Rule 18

### Under The Pains and Penalty of Perjury:

I, Thiago De Souza Prado, is the affiant in this said affidavit who swears under the penalty of perjury to the following facts and circumstances:

I swears to God under oath that I believe and feels Massachusetts does not have proper venue over 1028A enhancement, that required wire fraud committed in the state of Massachusetts, which nobody in my case is charged for it.

I swears to God under oath that I know for fact that in light of Pinkerton Theory rule, this Honorable District Court should not allow any foreseeability liability to me because nobody in this case is charged for the substantive crime of wire fraud with is the heart of this case.

I swears to God under oath that I know for fact that Pinkerton foreseeability does not change the rule of venue.

I swears to God under oath that I believe and feels that the Sixth Amendment guarantee me to be prosecute in the state where the substantive crime was committed.

I swears to God under oath that I feel like this court is not respecting my 6th Amendment constitutional right.

**<u>The above facts are true and are not everything I know about what happened that day</u>**

**<u>Sworn to under the pains and penalties of perjury on this day of     12 / 25 /2022</u>**

Respectfully Submitted by

Thiago De Souza Prado

*[signature]*

## Certificate of Service

I, Thiago De Souza Prado, respectfully place the said above Motions and affidavit in the Mail Box under the Mail Box rule here at the Donald Wyatt Detention Facility to be mailed to the following:

United States District Court

The Office of the Clerk

1 Courthouse Way

Boston MA 02210

_____    12/25/2025

Respectfully Submitted

Thiago De Souza Prado

950 High Street Central Falls,

RI 02863