UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 21-cr-10158-7-MLW |
| | ) | |
| THIAGO DE SOUZA PRADO, | ) | |
| | ) | |
| Defendant | ) | |

## GOVERNMENT'S PROPOSED *VOIR DIRE* QUESTIONS

The government respectfully requests that, in addition to the Court's standard *voir dire* questions, the Court pose the following questions to prospective jurors during the jury selection process:

1. The defendant in this case is Thiago De Souza Prado, formerly of Revere, Massachusetts. Do you know the defendant?

2. The government is represented by David M. Holcomb and Kristen A. Kearney of the U.S. Attorney's Office for the District of Massachusetts. Do you know either of these attorneys?

3. The defendant in this case is representing himself. Is there anything about this fact that would make it difficult for you to be fair and impartial in this case?

4. The defendant also has the assistance of "standby counsel"—that is, a lawyer available for the defendant to consult throughout the trial. Standby counsel in this case is John "Jeff" F. Palmer of Plymouth, Massachusetts. Do you know Mr. Palmer or his law practice?

5. Have you, a family member, or close friend ever:
   a. Been a party in a lawsuit,
   b. Been a witness in court,
   c. Been arrested,
   d. Been convicted of a crime (other than for minor traffic violations),
   e. Been a victim of a crime,
   f. Worked for a law enforcement agency or prosecutor's office, or
   g. Worked for a criminal defense attorney?

6. Do you have any feelings (positive or negative) towards law enforcement that would make it difficult for you to be fair and impartial in this case?

7. Have you, a family member, or a close friend ever worked for a rideshare or delivery services company like Uber or Uber Eats, Lyft, DoorDash, Instacart, or Grubhub, either as an employee of the company or as a driver?

8. Have you, a family member, or a close friend ever had an experience with a rideshare or delivery services company (positive or negative) that would make it difficult for you to be fair and impartial in this case?

9. Have you, a family member, or a close friend ever had an experience with identity theft that would make it difficult for you to be fair and impartial in this case?

10. Do you have any feelings (positive or negative) about immigration to the United States (lawful or unlawful) or the ability of immigrants (both documented and undocumented) to work in the United States that would make it difficult for you to be fair and impartial in this case?

11. Have you heard anything about this case on the news?

12. Do you have any medical conditions or are you taking any medications that would make it difficult for you to serve on a jury?

13. Do you have any religious, ethical, moral, or philosophical beliefs that would make it difficult for you to sit in judgment of another person in a court of law?

14. You may hear testimony from one or more witnesses in this case who cooperated with the government's investigation in the hope of receiving a more lenient sentence. Would that fact make it more difficult for you to fairly and impartially consider their testimony?

15. Do you know any of the potential witnesses in this case? *(Parties to provide witness lists.)*

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

*/s/ David M. Holcomb*
KRISTEN A. KEARNEY
DAVID M. HOLCOMB
Assistant U.S. Attorneys

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was mailed to the defendant, with a copy to standby counsel, on January 11, 2023, as well as filed through the ECF system.

                                        */s/ David M. Holcomb*
                                        David M. Holcomb
                                        Assistant United States Attorney