UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-cr-10158-7-MLW |
| | ) | |
| (7) THIAGO DE SOUZA PRADO, | ) | |
| | ) | |
| Defendant | ) | |

**AFFIDAVIT OF KRISTEN A. KEARNEY
IN SUPPORT OF GOVERNMENT'S MOTION *IN LIMINE*
REGARDING AUTHENTICATION OF SEARCH WARRANT RETURNS**

I, the undersigned Assistant United States Attorney, hereby declare:

1.      I represent the United States in the above-captioned matter.

2.      Attached hereto as Exhibit A is a true and accurate copy of the Certification of

Apple Inc. ("Apple") Custodian of Records, dated November 11, 2020 and executed by Nina

Sahakian, Legal Specialist, which accompanied the search warrant return received from Apple

on or about that date in response to a search warrant (No. 20-mj-05367-JGD) served on Apple

seeking information associated with the account "wemersondutra@icloud.com."

3.      Attached hereto as Exhibit B is a true and accurate copy of the Certification of

Apple Inc. Custodian of Records, dated February 12, 2021 and executed by Raul Nunez, Legal

Specialist, which accompanied the search warrant return received from Apple on or about that

date in response to a search warrant (No. 20-mj-05085-JGD) served on Apple seeking

information associated with the account "prihbarbosa1985@icloud.com."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated: January 11, 2023                                   */s/ Kristen A. Kearney*
                                                     KRISTEN A. KEARNEY
                                                     Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing,
including standby counsel for *pro se* defendant Thiago de Souza Prado, and that a paper copy
will be mailed to Defendant Prado.

Dated:  January 11, 2023

                                                     */s/ Kristen A. Kearney*
                                                     KRISTEN A. KEARNEY
                                                     Assistant U.S. Attorney

# EXHIBIT A

## CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Nina Sahakian, hereby declare:

1.      I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California.  As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL and APLiC000001_Apple through APLiC000002_Apple Confidential produced November 11, 2020 in response to the legal process served on Apple on November 4, 2020.  I am authorized to submit this declaration on behalf of Apple.

2.      Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3.      With respect to the records contained in APL000001_APPLE_CONFIDENTIAL and APLiC000001_Apple Confidential through APLiC000002_Apple Confidential, these records were:

   a.   made at or near the time by, or from information transmitted by, someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;

   b.   kept in the course of a regularly conducted activity of Apple's business; and

   c.   made as part of a regular practice of the activity of Apple's business.

4.      With respect to the records contained within APLiC000001_Apple Confidential through APLiC000002_Apple Confidential, these records are Apple's record of the iOS device backup(s) transmitted to Apple by and stored on behalf of the Apple ID account with username wemersondutra@icloud.com ("Backup Records").  The referenced Apple ID account transmitted the Backup Records to Apple and Apple stored those records at or near the time indicated on the Backup Records;

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

DATED:  November 11, 2020                    **APPLE INC.**

By:  *Nina Sahakian*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name:  Nina Sahakian
Title:  Legal Specialist, Apple Inc.

# EXHIBIT B

### CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Raul, hereby declare:

1.        I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California.  As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL and APLiC000001 through APLiC000002 produced Feb 12, 2021 in response to Search Warrant served on Apple on Feb 5, 2021.  I am authorized to submit this declaration on behalf of Apple.

2.        Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3.        With respect to the records contained in APL000001_APPLE_CONFIDENTIAL, these records were:

>    a.   made at or near the time by,  or from information transmitted by, someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;
>
>    b.   kept in the course of a regularly conducted activity of Apple's business; and
>
>    c.   made as part of a regular practice of the activity of Apple's business.

4.        With respect to the records contained within APLiC000001 through APLiC000002_APPLE_CONFIDENTIAL, these records are Apple's record of the iOS device backup(s) transmitted to Apple by and stored on behalf of the Apple ID accounts with usernames prihbarbosa1985@icloud.com ("Backup Records").  The referenced Apple ID accounts transmitted the Backup Records to Apple and Apple stored those records at or near the time indicated on the Backup Records;

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

DATED:  Feb 12, 2021                                   **APPLE INC.**

By: _____

Name:  Raul Nunez
Title:  Legal Specialist, Apple Inc.