UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THIAGO DE SOUZA PRADO<br><br>Defendant | No. 21-10158-MLW |

NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance as counsel for the United States in the above-captioned case.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:   /s/Kriss Basil
Kriss Basil
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

By:   /s/Kriss Basil
Kriss Basil
Assistant United States Attorney