UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------)_____
UNITED STATES OF AMERICA                               )
                                                       )
v.                                                     )    Docket No. 21-10158-7-MLW
                                                       )
                                                       )
THIAGO DE SOUZA PRADO                                  )
_____)
```

**REQUEST FROM STANDBY COUNSEL**

Undersigned CJA counsel requests that the Court reaffirm that his appointment as "standby counsel" does not extend to the trial itself and that he is relieved of any obligation to attend the trial, which has been scheduled to commence on March 6, 2023.

As grounds for this request, counsel notes that on December 17, 2021, the Court allowed counsel to withdraw from his representation of Defendant, and permitted Defendant to proceed pro se because he was "resolute in his desire to exercise his constitutional right to represent himself." Document #257. The Court also "found that it would serve the interests of the administration of justice to appoint Mr. Palmer as standby counsel at least with respect to pretrial proceedings." Id. The Court, accordingly, appointed the undersigned as standby counsel for pretrial proceedings. Id. Given the limited scope of the Court's appointment, undersigned counsel has not, himself, prepared or planned for the trial which is scheduled to commence on March 6, 2023. Nor did he have any input into the selection of the trial date, understandingly, since Defendant has been proceeding *pro se*.

Undersigned counsel, therefore, requests that the Court reaffirm its order that he be "standby counsel" for pretrial proceedings only and not for the trial itself.

                                                Respectfully submitted by

                                                STANDBY COUNSEL

                                                /s/John F Palmer

                                                John F. Palmer
                                                B.B.O.#387980
                                                18 Main Street Extension
                                                Suite 201B
                                                Plymouth, MA 02360
                                                Tel: 617-943-2602

## CERTIFICATE OF SERVICE

     I, John F. Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on January 16, 2023.

                                                */s/John F. Palmer*