UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                      )     Cr. No. 21-10158-MLW<br>)<br>THIAGO DE SOUZA PRADO,    )<br>    Defendant.                  ) | |

ORDER

WOLF, D.J.                                                          January 18, 2023

For the reasons stated in court on January 17, 2023, it is hereby ORDERED that:

1. Defendant Thiago de Souza Prado's motion for recusal (Dkt. No. 322) is WITHDRAWN. His other pretrial motions (Dkt. Nos. 339-1, 358-1, 368, 386-1, 461, 467-1, 515-1, 552-1, 605-1) are DENIED with prejudice. His motion regarding venue (Dkt. No. 625-1), motion for release from pretrial detention (Dkt. No. 542-1), and motion to participate in a restorative justice program (Dkt. No. 546) are DENIED without prejudice.

2. John F. Palmer, Esq.'s request to withdraw as standby counsel for Prado's trial (Dkt. No. 655) is WITHDRAWN. As Prado no longer wishes to proceed pro se and has requested appointed counsel, Mr. Palmer is appointed to represent Prado as Criminal Justice Act counsel.

3. Prado's trial is continued from March 6, 2023 to September 11, 2023. As agreed by Prado, all time for speedy trial purposes

- whether statutory, constitutional, or pursuant to Federal Rule of Criminal Procedure 48(b) - is excluded to serve the ends of justice from January 17, 2023 until September 11, 2023. See 18 U.S.C. §3161(h)(7)(A). More specifically, the court finds that Mr. Palmer needs additional time to prepare for Prado's trial and that without this requested continuance counsel for defendant would be denied "the reasonable time necessary for effective preparation." See 18 U.S.C. §3161(h)(7)(B)(iv).

4. The parties shall, by February 1, 2023, report whether they have reached an agreement to resolve this case without trial.

5. The parties need not respond to the December 22, 2023 Pretrial Order (Dkt. No. 621).

6. Prado shall file any renewed motion for release from pretrial detention by February 3, 2023. The government shall respond by February 10, 2023. Any reply shall be filed by February 15, 2023.

7. A hearing on any renewed motion for release from pretrial detention shall be held on February 23, 2023, at 10:00 a.m., at the Moakley Federal Courthouse. The parties shall also be prepared to discuss pretrial matters at that hearing.

8. The parties shall order a transcript of the January 17, 2023 hearing.

UNITED STATES DISTRICT JUDGE