UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 21-10158-MLW |
| | ) | |
| WEMERSON DUTRA AGUIAR, et al., Defendants. | ) ) ) | |

ORDER

WOLF, D.J.                                      January 24, 2023

As anticipated in the January 13, 2023 Order (Dkt. No. 648), the court will not be able to conduct the hearing on common sentencing issues on February 9, 2023 because it will be conducting a trial in another criminal case. It is, therefore, hereby ORDERED that: (1) the hearing on the common sentencing issues, see Dkt. No. 648, shall be held instead on February 13, 2023 at the Moakley Federal Courthouse, at 11:00 a.m.; and (2) by January 27, 2023: (a) each defendant shall report whether he or she waives any possible right to be present for the February 13, 2023 hearing; and (b) counsel for defendants shall inform the court which of them will address, at least first, each foreseeable common issue concerning how the Guidelines ranges for defendants should be calculated.

In view of the foregoing, the court is rescheduling defendants' sentencing hearings. They will be conducted at the

Moakley Federal Courthouse, at 10:00 a.m. each day, on the following dates.

    A. On March 13, 2023:

        Wemerson Dutra Aguiar

        Edvaldo Rocha Cabral

        Altacyr Dias Guimaraes Neto

    B. On March 14, 2023:

        Saulo Aguiar Ponciano

        Luiz Narciso Alves Neto

        Itallo Felipe Pereira de Sousa Correa

    C. On March 15, 2023:

        Alessandro Felix da Fonseca

        Bruno Proencio Abreu

    D. On March 16, 2023:

        Philipe do Amaral Pereira

        Priscila Barbosa

    E. On March 17, 2023:

        Guilherme da Silveira

        Julio Vieira Braga

Any request to alter a sentencing date shall be filed by February 15, 2023.

                                                                /s/ Mark L. Wolf
                                                             UNITED STATES DISTRICT JUDGE