UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA    )
                            )
        v.                  )        Cr. No. 21-cr-10158-MLW
                            )
ALESSANDRO Da FONSECA,       )
        Defendant.           )
_____

**UNOPPOSED JOINT RESPONSE OF THE UNDERSIGNED DEFENDANTS TO COURT'S JANUARY 13, 2023 ORDER TO CONFER (AT DOCKET NUMBER 648) AND MOTION TO EXTEND FILING DATE FOR SENTENCING MEMORANDA**

The Defendants respectfully file a response to this court's order regarding the "common issues" hearing (Dkt # 648) and move to extend the date for filing of individual sentencing memoranda, in light of this Court's January 24th order (Dkt # 673) rescheduling the joint and individual sentencing hearings. Pursuant to the current schedule, all defendants are obligated to file their sentencing memorandum on January 30th, 2023, but the final Presentence Report is not due until February 6th, 2023. With the filing date front-running the final PSR date by a week it will be impossible to cite accurately to the PSR and – where counsel will not know how Probation has responded to objections raised to the initial PSR – creates confusion on what issues should be briefed within the sentencing memoranda. Furthermore, this Court's ruling on issues common to all, or most, defendants similarly impact what may be necessary to brief in individual sentencing memoranda. Given today's rescheduling of the "common issues" hearing, and the respective individual sentencing dates for the defendants, undersigned defendants propose the following:

1. That the parties be permitted to file briefing concerning common legal issues (outlined below) by no later than February 10th, 2023.

1

2. That the undersigned defendants have conferred and agreed that the following attorneys for the defendants are designated to lead argument concerning the specified issues at the February 13th hearing:

    a. *Loss Amount (how to calculate, not individual loss calculations)*: Kevin Barron and Keith Halpern

    b. *Enhancement for Sophisticated Means*: Austin Tzeng

    c. *Enhancement for Use of Authentication Feature:* Kevin Barron

3. The remaining undersigned attorneys ask that, should they believe it is in their client's interest to develop or supplement the arguments by counsel above, that the court permit them to briefly do so at the February 13, 2023 hearing.

4. The deadline for filing individual sentencing memos be extended to approximately two weeks prior to the individual defendant's respective sentencing dates. The parties jointly proposed a date of February 27, 20203

Undersigned counsel urge the Court to adopt the proposed filing schedule, in order to avoid confusion, reduce redundant filings, and provide clarity on which issues need to be addressed in individual filings. In light of today's rescheduling, the proposed filing deadlines will not cause significant delay or prejudice the parties.

Counsel has conferred with the Government and they take no position on this motion.

| | |
|---|---|
| Respectfully Submitted<br>Defendant Alessandro Da Fonseca<br>By his attorney, | Respectfully Submitted<br>Defendant Philipe do Amaral Pereira<br>By his attorney |
| /s/ Jessica D. Hedges<br>Jessica D. Hedges (BBO No. 645847)<br>HEDGES & TUMPOSKY LLP<br>50 Congress St., Suite 600<br>Boston, MA 02109<br>T)617/722-8220 | */s/ Claudia Lagos*<br>Claudia Lagos (BBO No. 681504)<br>Scully & Lagos<br>10 Post Office Square, Suite 1330<br>Boston, MA 02109<br>T) (617) 307-5055 |
| Respectfully Submitted,<br>Guilherme da Silveira<br>By his attorney, | Respectfully Submitted,<br>Saulo Aguiar Ponciano<br>By his attorney, |
| /s/ Jason Benzaken<br>Jason Benzaken, Esq. (BBO No. 658869)<br>Benzaken, Maguire Sheehan & Wood, LLP<br>1342 Belmont Street, Suite 102<br>Brockton, MA 02301<br>T) (508) 897-0001 | /s/ Keith Halpern<br>Keith Halpern (BBO # 545282)<br>572 Washington St., Suite 19<br>Wellesley, MA 02482<br>T) (617) 722-9952 |
| Respectfully Submitted,<br>Priscilla Barbosa<br>By her attorney, | Respectfully Submitted,<br>Wemerson Dutra Aguiar<br>By his attorney, |
| /s/ William Sullivan<br>William Sullivan (BBO No. 556231)<br>Sullivan & Sullivan<br>25 Railroad Sq., Suite 405<br>Haverhill, MA 01832<br>T) (978) 521-6801 | /s/ Kevin Barron<br>Kevin Barron (BBO # 550712)<br>50 Congress St., Suite 600<br>Boston, MA 02109<br>T) (617) 407-6837 |
| Respectfully Submitted,<br>Edvaldo Rocha Cabral<br>By his attorney | Respectfully Submitted,<br>Julio Braga<br>By his attorney |
| /s/ Daniel DeMaria<br>Daniel DeMaria (BBO# 674130)<br>Greco Neyland, P.C. | /s/ Martin C. Gilliam<br>Martin C.Gilliam (FL Bar no. 13111)<br>Gilliam & Gilliam, LLC |

3

| | |
|---|---|
| 15 Cottage Avenue, 4th Flr. | 20 NW 181st St. 2nd Fl. |
| Quincy, MA 02169 | Miami Gardens, FL 33169 |
| T) (617) 658-5020 | T) (305) 770-2733 |

Respectfully Submitted,          Respectfully Submitted,
Luiz Neto          Altacyr Guimaraes Neto
By his attorney,          By his attorney,

/s/ Austin C. Tzeng          /s/ Nathaniel Amendola
AUSTIN C. TZENG (BBO# 658889)          Nathaniel Amendola, (BBO# 684285)
Law Office of Austin C. Tzeng          Amendola LLC
21 Mayor Thomas J. McGrath Hwy          738 Main St.
Suite 501          Hingham, MA 02043
Quincy, MA 02169          T) (781) 740-0800
T) 781-929-4882

## CERTIFICATE OF SERVICE

I, Jessica D. Hedges, hereby certify that on this 25th day of January, 2023, I served one true and correct copy of this motion, through the electronic filing system, on all counsel of record in this matter.

/s/ Jessica Hedges
Jessica D. Hedges

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Jessica Hedges, hereby certify that on January 24-25th, 2023, I conferred with the Government and co-defendants, regarding the scheduling issues herein.

/s/ Jessica Hedges
Jessica Hedges

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>ALESSANDRO Da FONSECA,  )<br>    Defendant.        ) | Cr. No. No. 21-cr-10158-MLW |

**DEFENSE COUNSEL'S AFFIDAVIT IN SUPPORT OF DEFENDANTS' JOINT MOTION TO EXTEND FILING DATE FOR SENTENCING MEMORANDA**

I, Jessica Hedges, do depose and swear that the following is true and accurate:

1. I represent the defendant, Mr. Alessandro Da Fonseca.
2. I have been working closely with the government and co-defendants' counsels to resolve this case and attempting to do so within the deadlines set by the Court.
3. During a meeting with co-defense counsel to address this Court's order of January 13, 2023, it was determined that the current terms of the November 22nd, 2022 scheduling order appear to require final sentencing memoranda be filed prior to receiving the final PSR. Counsel anticipates that this could result in memoranda which brief irrelevant or moot issues and would make citation errors unavoidable.
4. In light of this Court's order rescheduling various sentencing hearings, counsel conferred jointly regarding a schedule for filing which would best avoid potential confusion, satisfy this Court's preference to have specified attorneys taking the lead in argument on common issues, and provide greater clarity on issues required briefing in individual sentencing memoranda.

Sworn, under the pains and penalties of perjury, this 25th day of January, 2023.

/s/ Jessica D. Hedges
Jessica D. Hedges