UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>(7) THIAGO DE SOUZA PRADO   , )<br>)<br>Defendant )  | Criminal No. 21-cr-10158-7-MLW |

**JOINT RESPONSE TO COURT ORDER**

Pursuant to the Court's January 18, 2023 Order (Dkt. 658), the parties respectfully report that they have discussed the possibility of resolving this case without trial, but the parties have not reached an agreement to resolve the case.

                                                                                                                Respectfully submitted,

| | |
|---|---|
| THIAGO DE SOUZA PRADO<br>By his attorney, | RACHAEL S. ROLLINS<br>United States Attorney |
| */s/ John F. Palmer*<br>JOHN F. PALMER, ESQ.<br>Law Office of John F. Palmer<br>18 Main Street Extension<br>Suite 201B<br>Plymouth, MA 02360<br>(617) 943-2602 | By: */s/ David M. Holcomb*<br>KRISTEN A. KEARNEY<br>DAVID M. HOLCOMB<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office for the<br>District of Massachusetts<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210<br>(617) 748-3100 |

Dated: January 31, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants.

Dated:  January 31, 2023

                                              */s/ David M. Holcomb*
                                              DAVID M. HOLCOMB
                                              Assistant U.S. Attorney