Uber

# Tracking your earnings

Understanding your earnings can help you plan your day. The app has tools that can help you keep track of your earnings, see totals in real time, get details about a specific trip, compare weeks, and more.

Learn more about payments and earnings

**In this video, you'll learn about:**
- How to see your daily earnings
- Where to get the details
- How to view your weekly summary

# How fares are calculated

You'll earn based on the time and distance of each trip.

**Standard trip fare**
Earn a base fare for every trip, plus amounts for each minute and mile you drive.

1/4    ‹    ›

# How toll fees work

### Tolls are charged to riders and automatically added to your fare
You can see your toll amount in the Earnings section in your app. It will also appear in your weekly statement. Uber's service fee is not applied to tolls. If an electronic toll pass is available in your area, it can help you breeze through toll booths.

### Help with tolls
Once you complete a trip, if you don't see the toll in your trip details, you can request a toll review. Go to **Help**, select **Trip Issues and Adjustments**, then **Issues with my fare**, and choose **My toll or parking fee wasn't included in my fare**.

# More earnings information
The app can help you be efficient with your time on the road.

### What you can expect to make
Earnings vary weekly and monthly. They depend on the number of trips you take, where and when you drive, and other factors. Fo closer look at how earnings are calculated, go here.

1/2    ‹    ›

# Drive ⌄
## Payments and earnings
All partners are paid weekly. Payments are deposited automatically via direct deposit, and partners receive a statement showing their earnings for each trip that week. Remember - there is no joining fee to start with Uber!

### Service Fee
Uber charges partners 25% fee on all fares.

This fee covers:
- The use of Uber software
- Collection and transfer of fares
- Credit card commission

- Distribution of invoices to clients

**Payment statement**

The payment statement includes information such as:

- Fares for cash trips completed
- Fares for card trips trips completed
- Miscellaneous payments
- Trip adjustments

# Get started

### 1. Upload banking details

Payments are transferred directly into the partners bank account. As soon as your profile is active, please make sure to upload ou banking details in order for us to process the payment.

1/3    ‹    ›

# Service fee payments: how it works

Settling your service fee payment is easier with the introduction of the new payment system, Direct Pay Online (DPO). With DPO, you'll be able to pay your service fees on a weekly basis using MTN Mobile Money or bank transfer Your service fee payment makes it possible for Uber to continue investing in world-class technology, customer support and marketing to help you grow your earnings opportunities through the app.

*If the service fee amount is not settled, you might lose access to the Uber App until the outstanding amount is settled. This is done to help you from building up a high outstanding service fee balance.*

### 1. Top-up your account

When your account has a negative balance you will be able to use the Direct Pay Online to top up your account balance.

### 2. Make the payment

Simply click on the link http://t.uber.com/payghana to make payment via MTN Mobile money or direct bank deposit.

# How to manage your service fees

| Your Account Balance | What you need to do | Action from Uber |
|---|---|---|
| More than GHS 0 | Make sure your banking details are up to date so Uber can pay you | Uber pays you |
| Between GHS 0 and GHS 150 | Make a top-up payment when you can | No action |