Zelle Transaction Information - Payments Received

Subpoena Number : 44I20

| PMT PROFILE ID | PMT ID | TRANS. DATE | SENDER NAME | SENDING BANK | RCPT FIRST NAME | RCPT LAST NAME | RECEIVING BANK | PMT STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 2157031528245446925 | BACfd975837a | 23-Jul-2019 | FIGUEIREDO JUNIOR, PACIFICO | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $200.00 |
| 2157031528245446925 | BACea37bcf9c | 11-Jul-2019 | DE ARAUJO FEDERICI, LUIZ | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $200.00 |
| 2157031528245446925 | BACdad9143c1 | 26-Jul-2019 | DOS SANTOS, DJANIO | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $300.00 |
| 2157031528245446925 | BACf8a8aeefa | 15-Jul-2019 | DIAS FELIZARDO, FELIPE | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $200.00 |
| 2157031528245446925 | BAC470145a8e | 10-Jul-2019 | VALENZUELA DA SILVA, ANDERSON | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $33.00 |
| 2157031528245446925 | BAC73add9326 | 10-Jul-2019 | GONCALVES PEREIRA, EDGAR JOSE | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $10.00 |
| 2157031528245446925 | BAC5b726c901 | 25-Jul-2019 | SARTORI, LUCAS | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $200.00 |
| 2157031528245446925 | BAC803f21e5c | 30-Jul-2019 | TOMBOLO DA SILVA, WILLIAM | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $200.00 |
| 2157031528245446925 | BAC592196824 | 09-Jul-2019 | SERAFIM, VINICIUS | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $125.00 |
| 2157031528245446925 | BACb69c73584 | 24-Jul-2019 | VALENZUELA DA SILVA, ANDERSON | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $76.73 |
| 2157031528245446925 | BACe6433e07c | 05-Aug-2019 | VANDERLEY CASTELO BRANCO, DALMO | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $200.00 |
| 2157031528245446925 | BAC6de74820f | 21-Aug-2019 | KOEPSEL ROSA, THIAGO | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $40.00 |
| 2157031528245446925 | BAC26ad8ad01 | 01-Aug-2019 | DOS SANTOS, DJANIO | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $90.00 |
| 2157031528245446925 | BAC3ca03f253 | 28-Aug-2019 | PAULINO DE CASTRO, LUCAS | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $166.67 |
| 2157031528245446925 | BAC206e55de0 | 26-Aug-2019 | RODRIGUES, MARCOS | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $200.00 |
| 2157031528245446925 | BAC33eccadb0 | 29-Aug-2019 | PAULINO DE CASTRO, LUCAS | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $193.34 |
| 2157031528245446925 | BACd79c5284c | 22-Sep-2019 | PESTANA, GISLAINE | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $470.00 |
| 2157031528245446925 | BAC6a5b3f99e | 12-Sep-2019 | COTRIM LUTKEMAIER, MAIQUE | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $200.00 |
| 2157031528245446925 | BACf05aee585 | 15-Sep-2019 | VERISSIMO SOUZA, MAICON | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $500.00 |
| 2157031528245446925 | BACe2a062ed3 | 06-Sep-2019 | COTRIM LUTKEMAIER, MAIQUE | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $50.00 |
| 2157031528245446925 | BAC39fd0638d | 05-Sep-2019 | PAULINO DE CASTRO, LUCAS | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $520.00 |
| 2157031528245446925 | BACa7fec2e63 | 08-Sep-2019 | DE SOUZA, MARCELO | Bank of America | SAULO | AGUIAR PONCIANO | Bank of America | DELIVERED | $251.75 |

CONFIDENTIAL

USAO-AGUI-011931