IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-cr-10158-7-MLW |
| | ) | |
| (7) THIAGO DE SOUZA PRADO | ) | |
| | ) | |
| Defendant | ) | |

## MOTION TO SEAL

The United States of America hereby respectfully moves the Court pursuant to Local Rule 7.2 to seal Ex. A to the forthcoming Affidavit of Kristen A. Kearney in support of the government's Opposition to Defendant Thiago De Souza Prado's Renewed Motion for Revocation of Order of Detention. As grounds for this motion, the Government states that Ex. A is a copy of an FBI 302 report concerning an interview with a co-conspirator whose cooperation has not been disclosed publicly. The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

                                                    Respectfully submitted,

                                                    RACHAEL S. ROLLINS
                                                    UNITED STATES ATTORNEY

Dated: February 9, 2023        By:    */s/ Kristen A. Kearney*
                                                   KRISTEN A KEARNEY
                                                   DAVID M. HOLCOMB
                                                   Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated:  February 9, 2023

                                                */s/ Kristen A. Kearney*
                                                KRISTEN A. KEARNEY
                                                Assistant U.S. Attorney