IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-cr-10158-7-MLW |
| | ) | |
| (7) THIAGO DE SOUZA PRADO | ) | |
| | ) | |
| Defendant | ) | |

**AFFIDAVIT OF KRISTEN A. KEARNEY**

I, AUSA Kristen A. Kearney, depose and state as follows:

1. Pursuant to the Court's December 22, 2022 Pretrial Order, on January 9, 2023, the government disclosed to defendant Thiago De Souza Prado exculpatory information identified in Local Rule 116.2 that had not been previously produced, namely the proffer, plea, and cooperation agreements of a co-conspirator the government had identified as a witness for the March 6, 2023 trial, as well as a redacted FBI 302 report concerning an interview with this co-conspirator and a copy of the co-conspirator's criminal history.

2. Ex. A is a copy of the FBI 302 report concerning the interview with the co-conspirator, with the last paragraph unredacted.

3. Ex. B is a copy of a photograph that Prado sent to the co-conspirator in a WhatsApp chat on or about March 27, 2021.

4. Ex. C is a copy of a video the government received from a confidential informant. The government discloses that this informant does not have legal status in the United States and may be cooperating with the government in the hope of gaining legal status here. Two FBI Portuguese translators have reviewed the video. The first translated Prado's statement in the video as: "This is how I handle it – if the guy goes wrong, I'll spray him with bullets." The second

1

translated Prado's statement in the video as: "This is how it is with me, if a guy makes a mistake, I put a bullet in him."

5.  On or about February 6, 2023, investigators spoke to Prado's wife, Amarilda Ferreira, by phone with the assistance of a Portuguese interpreter. In sum and substance, Ms. Ferreira told investigators that she is no longer with Prado and has not seen him since his arrest; they are separated but not legally divorced. Ms. Ferreira also told investigators Prado had what she described as a "BB gun." Following the call, Ms. Ferreira sent agents a photo of the "BB gun." Ex. D is a copy of the photograph Ms. Ferreira sent investigators.

Signed under penalty of perjury this 10th day of February, 2023.

By:  /s/ Kristen A. Kearney
     KRISTEN A. KEARNEY
     Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: February 10, 2023

/s/ Kristen A. Kearney
KRISTEN A. KEARNEY
Assistant U.S. Attorney