# EXHIBIT C

*Filed on CD with Clerk's Office*