IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                   ) | Criminal No. 21-cr-10158-7-MLW |
| ) | |
| (7) THIAGO DE SOUZA PRADO   ) | |
| ) | |
| Defendant                              ) | |

## MOTION TO SEAL

The United States of America hereby respectfully moves the Court pursuant to Local Rule 7.2 to seal Ex. A to the forthcoming Affidavit of Kristen A. Kearney in support of the government's Opposition to Defendant Thiago De Souza Prado's Renewed Motion for Revocation of Order of Detention. As grounds for this motion, the Government states that Ex. A is a copy of an FBI 302 report concerning an interview with a co-conspirator whose cooperation has not been disclosed publicly. The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

Respectfully submitted,

RACHAEL S. ROLLINS
UNITED STATES ATTORNEY

Dated: February 9, 2023        By:     /s/ Kristen A. Kearney
                                                    KRISTEN A KEARNEY
                                                    DAVID M. HOLCOMB
                                                    Assistant United States Attorneys

ALLOWED
WCH. DJ
2/14/23