UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 21-10158-MLW |
| | ) | |
| THIAGO DE SOUZA PRADO, | ) | |
| Defendant. | ) | |

ORDER

WOLF, D.J.                                                February 16, 2023

A hearing on defendant Thiago de Souza Prado's Motion to Revoke Order of Detention (the "Motion") is scheduled for February 23, 2023. The court is unable to obtain a Portuguese interpreter for the hearing if it is conducted in the courtroom on that date. A Portuguese interpreter is available if the hearing is conducted by videoconference. Defendant may not have a right to have the hearing conducted in the courtroom. See Fed. R. Crim. P. 43 (which does not address detention hearings or review of decisions to detain). If defendant waives any possible right to have the hearing on the Motion in the courtroom, the court will conduct the hearing on February 23, 2023, by videoconference. If defendant does not waive any such right, the court will reschedule the hearing.

In view of the foregoing, it is hereby ORDERED that defendant shall, by February 21, 2023, file an affidavit stating whether or not he waives any right he may have to have the hearing on the Motion conducted in the courtroom on February 23, 2023.

_____
UNITED STATES DISTRICT JUDGE