UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------)_____
UNITED STATES OF AMERICA                               )
                                                       )
v.                                                     )   Docket No. 21-10158-7-MLW
                                                       )
                                                       )
THIAGO DE SOUZA PRADO                                  )
_____)
```

**AFFIDAVIT IN SUPPORT OF WAIVER OF IN PERSON HEARING**

I, John F. Palmer, hereby depose as follows:

1. I am the attorney for Defendant Thiago De Souza Prado.

2. I am responding to the Court's order of February 16, 2023, that Defendant file an affidavit as to whether he will waive any right to the hearing on February 23, 2023, being held in the courtroom and consent to the hearing by videoconference.

3. I was unable to obtain within the time required a written waiver from Defendant, but have discussed the matter with him, and he will assent to a hearing via videoconference and waive any right he may have to an in court hearing on February 23, 2023.

SIGNED UNDER PENALTIES OF PERJURY

*/s/John F Palmer*
John F. Palmer
B.B.O.#387980
18 Main Street Extension
Suite 201B
Plymouth, MA 02360
Tel: 617-943-2602

## CERTIFICATE OF SERVICE

I, John F. Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on February 21, 2023.

*/s/John F. Palmer*