UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                       )<br>)<br>THIAGO DE SOUZA PRADO, )<br>     Defendant.          ) | Cr. No. 21-10158-MLW |

ORDER

WOLF, D.J.                                                                    February 23, 2023

For the reasons stated in court on February 23, 2023, it is hereby ORDERED that:

1. Defendant Thiago de Souza Prado's renewed motion for revocation of order of detention (Dkt. No. 705) is DENIED.

2. The parties shall order a transcript of the February 23, 2023 hearing.

                                                 /s/ Mark L. Wolf
                                                 UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                        Cr. No. 21-10158-MLW

THIAGO DE SOUZA PRADO,
            Defendant.

ORDER

February 23, 2023

For the reasons stated in the order issued February 22, 2023,
it is hereby ORDERED that:

1. Defendant Prado's Oral Request to Respond Pro Se (Dkt.
No. 762) to the government's Opposition (Dkt. No. 760) is DENIED.

2. The parties shall adhere to the order in the February 22,
2023 ruling.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE