UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Cr. No. 21-10158-MLW |
| ) | |
| THIAGO DE SOUZA PRADO,   ) | |
|      Defendant.          ) | |

PRETRIAL ORDER

After an Initial Pretrial Conference held on **1/17/2023**, it is hereby ORDERED that:

1. Trial shall commence on **9/11/2023** at **9:00 A.M.**

2. The parties shall, by **3/15/2023**, report on whether they have reached an agreement to resolve this case. If they do not reach an agreement by that date, they shall confer again and report by **7/14/2023** on whether they have reached an agreement to resolve this case.

3. The government shall, by **5/1/2023**, disclose to the defendant:

    a. The exculpatory information identified in Local Rule 116.2 that has not been previously produced; and

    b. A general description (including the approximate date, time, and place) of any crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b).

4. Pursuant to the agreement of the parties, statements (as defined in 18 U.S.C. §3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its or his case-in- chief

1

shall be produced by **7/14/2023**.

5. The parties shall, by **7/21/2023**, file proposed voir dire questions, proposed jury instructions, and any motions in limine with supporting memoranda. The government shall file a trial brief and the defendant may file a trial brief. Responses to any motion in limine shall be filed by **8/4/2023**.

6. The government shall by **8/11/2023**:

   a. Provide the defendant with the names and addresses of witnesses the government intends to call at trial in its case-in-chief. If the government subsequently forms an intent to call any other witness, the government shall promptly notify the defendant of the name and address of that prospective witness.

   b. Provide the defendant with copies of the exhibits and a pre-marked list of exhibits the government intends to offer in its case-in-chief. If the government subsequently decides to offer any additional exhibit in its case-in-chief, the government shall promptly provide the defendant with a copy of the exhibit and a supplemental exhibit list.

7. The defendant shall by **8/18/2023**:

   a. Provide the government with the names and addresses of the witnesses the defendant intends to call in his case-in-chief. If the defendant subsequently forms an intent to call any other witness in his case-in-chief, he shall promptly notify the government of the name and address of that witness.

b. Provide the government with copies of the exhibits and a pre-marked list of the exhibits the defendant intends to offer in his case-in-chief. If the defendant subsequently decides to offer any additional exhibits in his case-in-chief, he shall promptly provide the government with a copy of the exhibit and a supplemental exhibit list.

8. The parties shall, by **8/22/2023**, file a written stipulation of any facts that they agree are not in dispute.

9. The Second Pretrial Conference shall be held on **9/6/2023**, at **10:00 A.M.**

10. The parties shall, by **8/25/2023**, report whether there is an objection to any exhibit and the reason(s) for it.

11. The parties shall, by **8/22/2023**, submit two copies of the Jencks materials and the Exhibits to the clerk.

12. The following period(s) of time are excluded for Speedy Trial Act purposes, pursuant to 18 U.S.C. §3161(h), for the reasons stated at the Initial Pretrial Conference: **1/17/2023** until Trial.

February 23, 2023
DATE

UNITED STATES DISTRICT COURT

3