UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------)
UNITED STATES OF AMERICA        )
                                )
v.                              )   Docket No. 21-10158-7-MLW
                                )
                                )
                                )
THIAGO DE SOUZA PRADO           )
_____)

## EMERGENCY MOTION FOR COUNSEL TO APPEAR VIA VIDEOCONFERENCE

Defendant Thiago De Souza Prado ("Prado") requests that the Court permit his counsel (but not himself) to appear via videoconference at the hearing on "loss' calculations scheduled for his co-defendants on February 24, 2023. Although Prado is scheduled for trial, and thus not directly involved as a party in these sentencing proceedings, the arguments of counsel and the rulings of the Court will likely impact Prado's case, in the event that he is found guilty (or in negotiating a potential plea agreement).

The Court has granted the option to a number of co-counsel to appear via videoconference. Prado's counsel would request the same option, in the interests of the sound administration of justice, to attend (but not participate in) the hearing via videoconference.

Respectfully Submitted,

DEFENDANT PRADO by his attorney

/s/John F Palmer
John F. Palmer
B.B.O.#387980
18 Main Street Extension
Suite 201B
Plymouth, MA 02360
Tel: 617-943-2602

*Allowed*
*Wolf, D.J.*
*2/23/23*