IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

    v.                                                Case No. 1:21-cr-10158 MLW

WEMERSON DUTRA AGUIAR, et al.,
          Defendants.

MOTION FOR EXTENSION OF TIME TO FILE DOCUMENT

    Defendant, Wemerson Dutra Aguiar, by his counsel, Kevin L. Barron, Esq., and for co-defendants, respectfully moves the Honorable Court for an order enlarging time by one week for filing individual sentencing memoranda. The government takes no position with respect to this motion except that the government be given the same filing date if this motion is granted.

Dated: February 24, 2023                    Respectfully submitted,
                                                    Wemerson Dutra Aguiar, defendant,[1]
                                                    By his attorney,
                                                    /s/Kevin L. Barron
                                                    Kevin L. Barron, Esq.
                                                    5 Lexington St. - Unit 3
                                                    Charlestown, MA 02129
                                                    (617) 407-6837

CERTIFICATE OF SERVICE

    Counsel certifies that he has caused a true copy of this document to be served today on the attorneys for all the parties through the CM/ECF system of this District as set forth in the Notice of Electronic Filing and that no party requires service by other means.

                                                                      /s/Kevin L. Barron

---

[1] And for defendants Priscila Barbosa, Edvaldo Rocha Cabral, Guilherme da Silveira, Luiz Narciso Alves Neto, Altacyr Dias Guimaraes Neto, Itallo Felipe Pereira de Sousa Correa, Julio Vieira Braga, Philipe do Amaral Pereira, Bruno Proencio Abreu, Alessandro Felix da Fonseca, Saulo Aguiar Ponciano.