United States District Court
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | Case No. 1:21-cr-10158-7-MLW |
| V. | ) | |
| (7) Thiago De Souza Prado | ) | |
| Defendant, | ) | |

## DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE NOTICE OF APPEAL

Now into court come the charged defendant Mr. Prado in the above style and cause petition acting the capacity of a *Pro se* litigant move the Honorable District Court to allow Mr. Prado file this attached notice of appeal and interlocutory appeal under section 28 U.S.C 1292(b) in light of the protections of **Heines v. Kerner, 404 U.S. 519 (1972).**

Respectfully Submitted

*[signature]* 2/28/2023

Thiago De Souza Prado

1