United States District Court
District of Massachusetts

United States of America )
) Case No. 1:21-cr-10158-7-MLW
V. )
)
(7) Thiago De Souza Prado )
Defendant, )

## DEFENDANT'S NOTICE OF APPEAL

The charged defendant Mr. Prado respectfully moves the Honorable District Court to issue an interlocutory appeal in this matter to resolve novel raised statutory arguments and legal issues that can only be resolved by the Court of Appeals in light of the protections of *Haines v. Kerner, 404 U. S. 594 (1972)*. The Court of Appeals has jurisdiction under 28 U.S.C. 1292 to resolve Mr. Prado's legal novel, statutory and constitutional interpretation issues before trial.

Respectfully Submitted

2/28/2023

Thiago De Souza Prado