Thiago De Souza Prado
950 High street
Central falls RI 02863



First Circuit Court of Appeals
John Joseph Moakley U.S. Courthouse
1 courthouse Way, Suite 2500
Boston MA 02210

USMS SCREENED