OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

March 7, 2023

Robert M. Farrell, Clerk
United States District Court
for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:  US v. de Souza Prado, No. 1:21-cr-10158-MLW-7 (D. Mass.)
**Misdirected Motions and Notice of Appeal**

Dear Mr. Farrell:

Enclosed is a Motion for Leave of Court to File Notice of Appeal, Notice of Appeal, Motion to Certify Interlocutory Appeal, and Affidavit in Support of Defendant's Motion to Certify Interlocutory Appeal in the above referenced case that was mistakenly filed by Thiago de Souza Prado in this court on March 3, 2023.  I am transmitting these to you for docketing as of the date they were received in this court pursuant to Fed. R. App. Proc. 4(d).  Please treat these as a duplicate if they have already been filed in your court.

Sincerely,

Maria R. Hamilton, Clerk

enc.

cc:    Thiago de Souza Prado
       Reg# 44659-509
       Donald W. Wyatt Detention Facility
       950 High St
       Central Falls, RI  02863

LR; gk