March 22, 2022

United States District Court
For the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: *United States v. Aguiar, et al.*, Case No. 1:21-cr-10158-MLW

To the Honorable U.S. District Judge Mark L. Wolf:

I write to address the harm caused to Uber by the conduct of the defendants charged in the above-referenced matter. The crimes committed by the defendants presented a potential safety hazard for riders on Uber's platform; caused Uber to incur hundreds of thousands of dollars in investigative costs and exposed Uber to reputational harm; and further victimized the identity theft victims whose identities the defendants wrongfully used on Uber's platform to steal money.

## I.      Background

Uber has invested significant resources to ensure the safety of everyone that uses its platform. One example of Uber's commitment to safety is its Global Investigations team, which works to proactively identify and investigate matters that compromise the safety of the platform and/or cause financial harm to Uber through fraud and/or theft. The Global Investigations team consists of highly-skilled technical investigators and lead investigators, many of whom are former law enforcement officers with extensive investigative experience.  When warranted, such as in cases where Uber is a victim of fraud, the Global Investigations team refers matters to law enforcement agencies for the purpose of initiating a criminal investigation. In those instances in which a criminal investigation is initiated, the Global Investigations team will continue to provide resources to respond to law enforcement requests related to that referral.

In December 2019, Uber's Global Investigations team identified the large-scale fraud ring, which included the defendants in this case, that created hundreds of fraudulent driver accounts in Massachusetts, California, and elsewhere within the U.S. The fraud ring used stolen victims' identities to create the fraudulent accounts in order to bypass Uber's background check and screening process, which was established by Uber to prevent ineligible drivers from operating on the platform. In January 2020, the Global Investigations team referred the matter to the FBI in Boston, and then continued to support the FBI's investigation which expanded beyond the initial referral.

## II.   Safety Risks Caused by the Defendants

The screening of potential drivers by rideshare companies is governed by state and local regulations specifying how potential drivers must be screened and/or whether they are qualified to drive on the rideshare platform. As described in Uber's US Safety Report released in December 2019, Uber's driver screening process also includes several measures to detect fraud, including a review of identity documents such as a driver's license, Social Security number, proof of insurance, vehicle registration, and other personal information. Additionally, every U.S. driver undergoes an annual Motor Vehicle Record (MVR) review and a thorough criminal history background check before their first trip. Uber closely reviews background check reports for serious criminal convictions and disqualifies potential and current drivers in accordance with relevant laws and regulations and the company's own rigorous standards. Uber was also the first U.S. ridesharing company to implement continuous driver screening technology, which monitors and flags new criminal offenses committed by drivers through a number of data sources and then notifies Uber so that the company can take the appropriate action to help ensure that every driver continues to meet our high standards. The use of stolen identities for the purpose of creating fraudulent driver accounts attempts to circumvent the safety screening processes employed by Uber and potentially compromises the safety of Uber's users by allowing an otherwise ineligible person to operate on the platform.

## III.   Investigative and Reputational Costs to Uber

Uber dedicates significant resources to fighting fraud on its platform, and as a result, was able to identify and report the crimes committed by the defendants in this case. Uber conservatively estimates that the U.S. Global Investigations team incurred costs between approximately $200,000 and $250,000, based on the following:

- FY2020:
    - 50% of Lead Investigator time
    - 25% of Technical Investigator time

- FY2021:
    - 25% of Lead Investigator time
    - 5% of Technical Investigator time

Furthermore, we estimate that approximately $93,180 in onboarding costs were spent in connection with this matter. In addition, other teams within Uber continuously work to

combat all fraud groups which utilize stolen identities to defraud Uber, assist identity theft victims, and respond to inquiries by regulatory agencies and media outlets.

### IV.     Damage Caused by the Defendants to Identity Theft Victims

Fraudulent schemes orchestrated against Uber and other companies often involve the use of stolen identities. However, the harm that results from identity theft extends well beyond the monetary amounts lost due to fraud schemes and the costs associated with combating them. Every time a stolen identity is used to create a driver account on the Uber platform or obtain a credit card from a financial institution, the individual whose identity was stolen and used to create the fraudulent account is once again victimized. The defendants in this matter should be sent a strong message that Uber's platform is not a conduit for crime or the victimization of innocent users, and that attempts to use stolen identities to access Uber's platform will be punished in accordance with the law.

### V.     Conclusion

Therefore, Uber requests that in determining the defendants' sentences, the Court consider the overall potential safety risks caused by the scheme, the broader harm that results from identity theft, and the financial losses incurred by Uber and other companies due to crimes of this nature.

Thank you for your consideration in this matter.

Sincerely,

Heather Childs
Chief Trust & Security Officer
Uber Technologies, Inc.