UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ---------------------------------------------------)_ | |
| UNITED STATES OF AMERICA        ) | |
|                                                               ) | |
| v.                                                           ) | Docket No. 21-10158-7-MLW |
|                                                               ) | |
|                                                               ) | |
| THIAGO DE SOUZA PRADO           ) | |
| ---------------------------------------------------) | |

### MOTION FOR TRANSCRIPT (03/13/2023 HEARING)

Defendant Thiago De Souza Prado ("Prado") moves this Court to authorize funds for the production, and his receipt, of a transcript of the sentencing hearing for Wemerson Dutra Aguiar on March 13, 2023, at which the Court made certain findings on sentencing issues which are relevant to Defendant Prado's case. The Defendant Prado requests that he be provided a copy of the transcript in order for him to prepare for his possible plea and sentencing. (The Court Reporter was Debra Joyce and an appropriate CJA form will be initiated on her behalf once the Court approves this motion).

Respectfully Submitted,

DEFENDANT PRADO by his attorney

*/s/John F Palmer*
John F. Palmer
B.B.O.#387980
18 Main Street Extension
Suite 201B
Plymouth, MA 02360
Tel: 617-943-2602

<u>CERTIFICATE OF SERVICE</u>

I, John F. Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on March 14, 2023.

*<u>/s/John F. Palmer</u>*