UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 21-10158-7-MLW |
| | ) | |
| | ) | |
| THIAGO DE SOUZA PRADO | ) | |
| | ) | |

**MOTION FOR TRANSCRIPT (02/24/2023 HEARING)**

Defendant Thiago De Souza Prado ( "Prado") moves this Court to authorize funds for the production, and his receipt, of a transcript of the hearing on February 24, 2023, at which the Court discussed and made preliminary rulings on sentencing issues common to all defendants in the case. The Defendant Prado requests that he be provided a copy of the transcript in order for him to prepare for his possible plea and sentencing. (The Court Reporter was Kelly Mortellite and an appropriate CJA form will be initiated on her behalf once the Court approves this motion).

ALLOWED
MLW U.S.D.J.
3/15/23

Respectfully Submitted,

DEFENDANT PRADO by his attorney

/s/John F Palmer
John F. Palmer
B.B.O.#387980
18 Main Street Extension
Suite 201B
Plymouth, MA 02360
Tel: 617-943-2602

CERTIFICATE OF SERVICE

*[Page image is reversed/mirrored and largely illegible. Visible handwritten notation on right side:]*

Allowed
M. D. W.
3/15/23