UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THIAGO DE SOUZA PRADO<br><br>Defendant | No. 21-cr-10158-MLW |

STATUS REPORT

As required by the Pretrial Order (ECF 774), the government files this status report on behalf of the parties to inform the Court that the parties have not reached an agreement to resolve this case. The defendant, through counsel, reports that he will review the transcripts of the sentencings held on March 13, 2023, and confer further with the government regarding a possible pre-trial resolution of this case.

The United States also notes for the Court that the defendant has filed a *pro-se* motion while represented by counsel. *See* ECF 835. The government understands that the defendant's current counsel is no longer only stand-by counsel and that the defendant may not proceed both *pro-se* and through counsel. Therefore, the United States will wait to respond to the motion until it is properly filed by counsel of record or until the Court instructs the government to respond.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:   /s/Kriss Basil
David M. Holcomb
Kristen A. Kearney
Kriss Basil
Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                          /s/Kriss Basil
                                          Kriss Basil
                                          Assistant United States Attorney

Date: March 15, 2023