≈JS 45 (5/97) - (Revised USAO MA 3/25/2011)

**Criminal Case Cover Sheet**                                             **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** I | **Investigating Agency** | FBI |
| City: Lynn MA and Saugus MA | **Related Case Information:** | | |
| County: Essex | Superseding Ind./ Inf.: X | Case No.: 21-cr-10158-MLW | |
| | Same Defendant: X | New Defendant: | |
| | Magistrate Judge Case Number: 21-5202-JGD | | |
| | Search Warrant Case Number: See 2nd Page | | |
| | R 20/R 40 from District of: | | |

**Defendant Information:**

Defendant Name: Thiago de Souza Prado        Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State) Boca Raton, FL

Birth date (Yr only): 1984   SSN (last4#):        Sex: M   Race: White   Nationality: Brazilian

**Defense Counsel if known:** John F. Palmer       Address: Law Office of John F. Palmer

**Bar Number:** 387980        18 Main Street Extension, Suite 201B
                              Plymouth, MA 02360

**U.S. Attorney Information:**

AUSA: Kriss Basil; David M. Holcomb      Bar Number if applicable: 673074; 697412

**Interpreter:** ☑ Yes  ☐ No    List language and/or dialect: Portuguese

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date:** 05/12/2021

☑ Already in Federal Custody as of    05/12/2021   in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 06/27/2023       Signature of AUSA:  /s/ Kriss Basil

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):   21-cr-10158-MLW

**Name of Defendant**   Thiago de Souza Prado

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159, 21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196