UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THIAGO DE SOUZA PRADO,<br><br>Defendant | No. 21-cr-10158-7-MLW |

**GOVERNMENT'S STATUS REPORT IN RESPONSE TO THE PRE-TRIAL ORDER**

The Court's Pre-Trial Order (ECF 774) requires the parties to report to the Court by July 14, 2023, whether they have reached an agreement to resolve the case short of trial and to file with the Court by August 22, 2023, a stipulation of any facts that they agree are not in dispute.

The government has conferred with counsel for the defendant and reports as follows.

The parties anticipate that the case will go to trial and that there will not be a pre-trial resolution.

The parties do not anticipate that there will be any stipulation of facts not in dispute.

                                          Respectfully submitted,

                                          JOSHUA S. LEVY
                                          Acting United States Attorney

           By:    /s/Kriss Basil
                  DAVID M. HOLCOMB
                  KRISS BASIL
                  Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/Kriss Basil
      KRISS BASIL
      Assistant U.S. Attorney