UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THIAGO DE SOUZA PRADO,<br><br>Defendant | No. 21-cr-10158-7-MLW |

**GOVERNMENT'S PROPOSED *VOIR DIRE* QUESTIONS**

The government respectfully requests that, in addition to the Court's standard *voir dire* questions, the Court ask the following questions to prospective jurors during jury selection:[1]

1. The defendant in this case is Thiago De Souza Prado, formerly of Revere, Massachusetts. Do you know the defendant?

2. The government is represented by David Holcomb and Kriss Basil of the U.S. Attorney's Office for the District of Massachusetts. Do you know either of these attorneys?

3. The defendant's attorney is John "Jeff" Palmer of Plymouth, Massachusetts. Do you know Mr. Palmer or his law practice?

4. Have you, a family member, or close friend ever:
   a. Been a party in a lawsuit,
   b. Been a witness in court,
   c. Been arrested,
   d. Been convicted of a crime (other than for minor traffic violations),
   e. Been a victim of a crime,
   f. Worked for a law enforcement agency or prosecutor's office, or
   g. Worked for a criminal defense attorney?

5. Do you have any feelings (positive or negative) towards law enforcement that would make it difficult for you to be fair and impartial in this case?

---

[1] The government withdraws its previously filed proposed voir dire questions (ECF 635).

6. Have you, a family member, or a close friend ever worked for a rideshare or delivery services company like Uber or Uber Eats, Lyft, DoorDash, Instacart, or Grubhub, either as an employee of the company or as a driver?

7. Have you, a family member, or a close friend ever had an experience with a rideshare or delivery services company (positive or negative) that would make it difficult for you to be fair and impartial in this case?

8. Have you, a family member, or a close friend ever had an experience with identity theft that would make it difficult for you to be fair and impartial in this case?

9. Do you have any feelings (positive or negative) about immigration to the United States (lawful or unlawful) or the ability of immigrants (both documented and undocumented) to work in the United States that would make it difficult for you to be fair and impartial in this case?

10. Have you heard anything about this case on the news?

11. Do you have any medical conditions or are you taking any medications that would make it difficult for you to serve on a jury?

12. Do you have any religious, ethical, moral, or philosophical beliefs that would make it difficult for you to sit in judgment of another person in a court of law?

13. You may hear testimony from one or more witnesses in this case who cooperated with the government's investigation in the hope of receiving a more lenient sentence. Would that fact make it more difficult for you to fairly and impartially consider their testimony?

14. Do you know any of the potential witnesses in this case? *(Parties to provide witness lists.)*

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

/s/Kriss Basil
KRISS BASIL
DAVID M. HOLCOMB
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/Kriss Basil
      KRISS BASIL
      Assistant U.S. Attorney