UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THIAGO DE SOUZA PRADO,<br><br>    Defendant | No. 21-cr-10158-7-MLW |

**AFFIDAVIT OF KRISS BASIL IN SUPPORT OF GOVERNMENT'S MOTION *IN LIMINE* REGARDING AUTHENTICATION OF SEARCH WARRANT RETURNS**

I, Assistant United States Attorney Kriss Basil, declare:

1. I represent the United States in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and accurate copy of the Certification of Apple Inc. ("Apple") Custodian of Records, dated November 11, 2020 and executed by Nina Sahakian, Legal Specialist, which accompanied the search warrant return received from Apple on or about that date in response to a search warrant (No. 20-mj-05367-JGD) served on Apple seeking information associated with the account "wemersondutra@icloud.com."

Under 28 U.S.C. § 1746, I state that the foregoing is true and correct.

/s/Kriss Basil
KRISS BASIL
Assistant U.S. Attorney