## CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Nina Sahakian, hereby declare:

1.      I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California.  As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL and APLiC000001_Apple through APLiC000002_Apple Confidential produced November 11, 2020 in response to the legal process served on Apple on November 4, 2020.  I am authorized to submit this declaration on behalf of Apple.

2.      Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3.      With respect to the records contained in APL000001_APPLE_CONFIDENTIAL and APLiC000001_Apple Confidential through APLiC000002_Apple Confidential, these records were:

    a. made at or near the time by, or from information transmitted by, someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;

    b. kept in the course of a regularly conducted activity of Apple's business; and

    c. made as part of a regular practice of the activity of Apple's business.

4.      With respect to the records contained within APLiC000001_Apple Confidential through APLiC000002_Apple Confidential, these records are Apple's record of the iOS device backup(s) transmitted to Apple by and stored on behalf of the Apple ID account with username wemersondutra@icloud.com ("Backup Records").  The referenced Apple ID account transmitted the Backup Records to Apple and Apple stored those records at or near the time indicated on the Backup Records;

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

DATED:  November 11, 2020        **APPLE INC.**

By: *Nina Sahakian*
Name:  Nina Sahakian
Title:  Legal Specialist, Apple Inc.