UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THIAGO DE SOUZA PRADO,<br><br>Defendant | No. 21-cr-10158-7-MLW |

**GOVERNMENT'S MOTION *IN LIMINE*
REGARDING SEQUESTRATION OF WITNESSES**

The government respectfully moves *in limine* under Federal Rule of Evidence 615 for an Order sequestering witnesses, including individuals the defendant identifies as potential witnesses, during the proceedings until they testify.[1]  *See also* Hon. Jack B. Weinstein, *Weinstein's Federal Evidence* § 615.02[2][a] ("The customary practice is to exercise discretion to exclude prospective witnesses during openings and any arguments or offers of proof when a witness's testimony may be summarized.").

The government further asks the Court to find that the government's case agent and any summary witnesses used by either party are not subject to the sequestration order. *See, e.g.*, *United States v. Machor*, 879 F.2d 945, 953 & n.2 (1st Cir.1989) (rejecting defendants' argument that the court abused its discretion in not sequestering the government's case agent because "[t]he majority view . . . is that Fed. R. Evid. 615(2) has severely curtailed the discretion of the trial court to sequester the government's case agent," but noting that "[w]e are not holding . . . that the rule withdraws all discretion from the trial court to exclude a case agent in an *exceptional case*")

---

[1] This motion *in limine* replaces the previously filed motion (ECF 640) on the same issue.

(emphasis added); *United States v. Lussier*, 929 F.2d 25, 30 (1st Cir. 1991) (affirming district court's order sequestering all witnesses except the case agent and a summary witness).

## CONCLUSION

For the foregoing reasons, the government respectfully requests that (i) potential witnesses be sequestered during the proceedings until they testify, and (ii) summary witnesses and the government's case agent be exempt from the Court's sequestration order.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:    /s/Kriss Basil
      DAVID M. HOLCOMB
      KRISS BASIL
      Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/Kriss Basil
KRISS BASIL
Assistant U.S. Attorney