UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.              )<br>)<br>THIAGO DE SOUZA PRADO,  )<br>    Defendant.       ) | Cr. No. 21-10158-MLW |

ORDER

WOLF, D.J.                                         July 17, 2023

It is hereby ORDERED that the parties shall confer again and report, by August 28, 2023, on whether they have reached an agreement to resolve this case.

```
                              /s/ Mark L. Wolf
                         UNITED STATES DISTRICT JUDGE
```

1