United States District Court
District of Massachusetts

2023 JUL 17 PM 3: 19

| | |
|---|---|
| United States of America ) | |
| ) | Case No. 1:21-cr-10158-7-MLW |
| V. ) | |
| ) | |
| (7) Thiago De Souza Prado ) | July/10/2023 |
| Defendant, ) | |

## DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE PRO- SE MOTION

Now into court come the charged Defendant Mr. Prado respectfully moves this Honorable Court to revoke his representation by counsel, defendant is requesting the courts permission to allow the charged defendant exercise his constitutional right to proceed *Pro-Se* with the protections of ***California v Farreta***, *(Citations Omitted)*; and also in light of ***United States v Swinney***, *970 f.2d 494 (8th Cir. 1992)*

Respectfully Submitted
Thiago De Souza Prado