United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America )<br>)<br>V. )<br>)<br>(7) Thiago De Souza Prado )<br>Defendant, ) | Case No. 1:21-CR-10158-7-MLW<br><br>July/10/2023 |

## MOTION TO REVOKE REPRESENTATION BY COUNSEL AND PROCEED PRO-SE TO FILE DEFENDANT PRO-SE MOTIONS OR IN THE ALTERNATIVE DISMISS ATTORNEY OF RECORD IN LIGHT OF FARETTA v CALIFORNIA, 422 U.S 806 (1975)

Defendant Mr. Prado moves this Honorable Court to revoke his representation by counsel, defendant is requesting the courts permission to allow the charged defendant exercise his constitutional right to proceed *Pro-Se* with the protections of ***California v Farreta***, *(Citations Omitted)*; and also in light of ***United States v Swinney, 970 f.2d 494 (8th Cir. 1992)***

However, the charged defendant Mr. Prado is of sound mind and is highly conscious at this very moment while requesting the court for the permission to proceed *Pro-Se* Thus, with all due respect and honor before the court, Mr. Prado seeks the protections of ***Haines v Kerner***, (citations omitted) to help prevent a further miscarriage of justice before the court in the interest of justice.

## Conclusion

The Defendant prays that this Honorable Court would grant the Defendant his Constitutional right to proceed Pro-Se so that he could file Pro-Se motions to preserve his Constitutional claims on record to appeal.

Respectfully submitted
Thiago De Souza Prado
07/10/2023

1

## Certificate of Service

I, Thiago De Souza Prado, place the said above Motion in the Mail Box under the Mail Box rule here at the Donald Wyatt Detention Facility to be mailed to the following:

United States District Court

District of Massachusetts

The Office of the Clerk

1 Courthouse Way

Boston MA 02210

Respectfully Submitted

By the defendant

Thiago De Souza Prado

_____ 07/10/2023

950 High Street

Central Falls, RI 02863