UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>THIAGO DE SOUZA PRADO )<br>) | CRIMINAL NO. 21-CR-10158-MLW |

DEFENDANT'S MOTION FOR VOIR DIRE OF
PROSPECTIVE JURORS

Now comes Defendant and moves this Honorable Court to examine prospective jurors or permit counsel for the parties to do so to enable the parties to intelligently exercise challenges for cause and peremptory challenges.  See Fed. R. Crim. P. 24(a).

Defendant submits a list of Proposed Questions herewith.

DEFENDANT
By his attorney

/s/John F. Palmer
John F. Palmer
Law Office of John F. Palmer
18 Main Street Extension
Suite 201B
Plymouth, MA 02360
Tel. No. (617)943-2602
BBO# 387980

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered parties on July 21, 2023.

/s/John F. Palmer