UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 21-CR-10158-MLW |
| ) | |
| THIAGO DE SOUZA PRADO, ) | |
|     Defendant ) | |

PROPOSED JURY INSTRUCTIONS OF DEFENDANT

Defendant proposes that the Court instruct generally in accordance with the Pattern Criminal Jury Instructions For The District Courts of the First Circuit. Defendant also specifically requests the instructions submitted herewith pursuant to Rule 30 of the Federal Rules of Criminal Procedure.

    DEFENDANT
    THIAGO DE SOUZA PRADO
    By his attorney

    /s/John F. Palmer
    John F. Palmer
    Law Office of John F. Palmer
    18 Main Street Extension
    Suite 201B
    Plymouth, MA 02360
    (617)943-2602
    BBO# 387980

Dated: July 21, 2023

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered parties on July 21, 2023.

/s/John F. Palmer