UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------)_____
UNITED STATES OF AMERICA                )
                                        )
v.                                      )       Docket No. 21-10158-7-MLW
                                        )
                                        )
THIAGO DE SOUZA PRADO                   )
_____)
```

### DEFENDANT'S RESPONSE TO COURT ORDER

In response to the Court's order relative to Defendant's request to revoke the appointment of counsel, it is the understanding of counsel that Defendant intends to proceed *pro se,* not only for the purpose of filing pretrial motions, but also at the trial itself. The matter should be further addressed at the hearing on August 2, 2023, through a colloquy with the Defendant.

DEFENDANT

by his attorney

*/s/John F Palmer*

John F. Palmer
B.B.O.#387980
18 Main Street Extension
Suite 201B
Plymouth, MA 02360
Tel: 617-943-2602

CERTIFICATE OF SERVICE

I, John F. Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing

(NEF) on July 26, 2023.

/s/John F. Palmer