UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------)_____
UNITED STATES OF AMERICA                               )
                                                       )
v.                                                     )   Docket No. 21-10158-7-MLW
                                                       )
                                                       )
THIAGO DE SOUZA PRADO                                  )
_____)
```

**DEFENDANT'S AMENDED RESPONSE TO COURT ORDER**

In further response to the Court's order relative to Defendant's request to revoke the appointment of counsel, counsel has conferred again with Defendant and reports that Defendant would intend to proceed *pro se* only for the purpose of filing and arguing pretrial motions, including a motion to dismiss, but to have counsel represent him at the trial.

                                                DEFENDANT

                                                by his attorney

                                                */s/John F Palmer*

                                                John F. Palmer
                                                B.B.O.#387980
                                                18 Main Street Extension
                                                 Suite 201B
                                                 Plymouth, MA 02360
                                                 Tel: 617-943-2602

CERTIFICATE OF SERVICE

I, John F. Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on August 1, 2023.

                                                */s/John F. Palmer*