United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America )  | |
| ) | Case No. 1:21-cr-10158-7-MLW |
| V.       ) | |
| ) | |
| (7) Thiago De Souza Prado  ) | 08 / 02 /2023 |
| Defendant,   ) | |

**DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE PRO- SE MOTION**

Now into court come the charged Defendant Mr. Prado respectfully moves this Honorable Court to allow this motion to dismiss his third superseding indictment for failure to state a federal offense and lack of jurisdiction, in light of Supreme Court *Ciminelli v. United States, 143 S. Ct. 1121 (2023); Percoco v United States, 143 S. Ct. 1130 (2023);* and First Circuit Precedent decision *United States v. Abdelaziz, 68 F.4th 1 (1st Cir. 2023).* Pursuant to *Fed. R. Crim. P. 12(b).*

Respectfully Submitted
Thiago De Souza Prado