United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| ) | Case No. 1:21-cr-10158-7-MLW |
| V.             ) | |
| ) | |
| (7) Thiago De Souza Prado ) | 08/02/2023 |
| Defendant,  ) | |

## Defendant's Re – Affidavit in Support of Motion to dismiss third federal superseding indictment for failure to state a federal offense and lack of jurisdiction. Pursuant Fed. R. Crim. P. 12(b)

### Under The Pains and Penalty of Perjury:

I, Thiago De Souza Prado, is the affiant in this said affidavit who swears under the penalty of perjury to the following facts and circumstances:

1. I swears under oath that I have been detained for over 26 months for a non-federal Wire fraud offense.

2. I swear under oath that I never had the intent to steal any money or property from any Company nor cause any type of pecuniary harm.

3. I swear under oath that my third superseding indictment does not state the essential element of the federal wire fraud (1343) offense, which is the object devised and intended to devise a scheme and artifice to defraud and to obtain money or property and not by-product loss, person property, private property and intangible property rights.

4. I swear under oath that because my indictment does not charge me for any scheme to defraud one's traditional property right, the courts don't have jurisdiction to hear this matter.

1

5. I swear under oath that none of the allegations on my indictment is against any money or property rights with the means of 1343 statute.

6. I swear under oath that I am innocent of any allegation that accuses me of defrauding anyone of money or property.

7. I swear under oath that Supreme Court is consistently making rulings about how Wire Fraud only covers Fraud against traditional money and property rights.
   For example: Kelly, Pasquantino, Cleveland, Ciminelli, Percoco and more.

8. I swear under oath that one of the prosecutors in my case (Kristen A. Kearney) was also one of the prosecutors in the case United States v. Abdelaziz, therefore she should be well familiar with the First Circuit decision excluding intangible rights on wire fraud, and decided to indictment me anyway, with reckless disregard of the law and judge's decision. Therefore misleading this Honorable District Court against the law of the First Cir. and Supreme Court.

9. I swear under oath that I believe that I am a victim of vindictive and selective prosecution, because almost 2 months after first circuit decision in abdelaziz and the Supreme Court ruling in Ciminelli, Percoco and Dubin, the United States Attorneys are still prosecuting me for non-criminal conduct.

**I Sworn to under the pains and penalties of perjury on this day of  8 / 2 /2023**

Respectfully Submitted by

Thiago De Souza Prado