UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.              )<br>)<br>THIAGO DE SOUZA PRADO,   )<br>    Defendant.        ) | Cr. No. 21-10158-MLW |

ORDER

WOLF, D.J.                                        .  August 3, 2023

For the reasons stated in court on August 2, 2023, it is hereby ORDERED that:

1. Defendant Thiago de Souza Prado's motion for leave to file a pro se motion (Dkt. No. 1066) is ALLOWED. The proposed motion to revoke representation by counsel attached to the submission (Dkt. No. 1066-1) shall be deemed filed.

2. Prado's motion to revoke representation by counsel (Dkt. No. 1066-1) was WITHDRAWN, in part, and ALLOWED, in part. Prado wishes to continue being represented by his counsel, John F. Palmer, including through his trial scheduled to commence on September 11, 2023. However, Prado is granted leave to file two pro se motions:

   a. A motion to dismiss based on Ciminelli v. United States, 143 S. Ct. 1121 (2023); Percoco v. United States, 143 S. Ct. 1130 (2023); and United States v. Abdelaziz, 68 F.4th 1 (1st

Cir. 2023).[1] Prado submitted this motion during the August 2, 2023 hearing. See Dkt. No. 1088. The government shall respond by August 10, 2023. Prado shall file any reply by August 21, 2023.

      b.  A motion concerning Prado's former counsel, Joshua Levy, who is now serving as Acting United States Attorney for the District of Massachusetts. Mr. Palmer shall obtain this motion from Prado and submit it to the court, by August 10, 2023. The government shall respond by August 17, 2023. Prado shall file any reply by August 25, 2023.

    3.  The parties shall order a transcript of the August 2, 2023 hearing.

 

                                       /s/ Mark L. Wolf
                                       UNITED STATES DISTRICT JUDGE

---

[1] The court refers the parties to <u>United States v. Djokich</u>, No. 08-10346-MLW, 2010 WL 276336 (D. Mass. Jan. 19, 2010) and the cases cited therein. A copy is attached hereto as Exhibit 1.