UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                      )<br>)<br>THIAGO DE SOUZA PRADO     )<br>    Defendant                                 ) | CRIMINAL NO. 21-10158-MLW |

DEFENDANT'S PARTIAL OPPOSITION TO GOVERNMENT'S MOTION *IN LIMINE*
REGARDING SEQUESTRATION OF WITNESSES

      The Defendant Prado ("Defendant") partially opposes the Government's motion *in limine* regarding sequestration of witnesses, to the extent that it seeks to exempt "summary witnesses" from the Court's sequestration order. The basis for this opposition is that the Government has failed to demonstrate, as required by Rule 615(c) of the Federal Rules of Evidence, that the witness's presence is "essential" to the presentation of the Government's case. See *Johnson v. District of Columbia*, 655 A. 2d 316, 318-319 (D.C. Ct. App. 1995) (party should demonstrate potential prejudice from sequestration of expert, and show "why the expert's presence in the courtroom is 'essential to the presentation of the party's cause'"). The Defendant further objects to the Government's motion inasmuch as the Government has not provided Defendant with the proposed testimony of a "summary witness", nor has the Government provided Defendant with any summary exhibits to which the "summary witness" will presumably be referring.

                                                                                     DEFENDANT PRADO

DATE: August 04, 2023                By his attorney,

                                                     /s/John F. Palmer
                                                     John F. Palmer
                                                     Law Office of John F. Palmer

>18 Main Street Extension
>Suite 201B
>Plymouth, MA 02360
>(617-943-2602)
>BBO# 387980

## CERTIFICATE OF SERVICE

I, John, F. Palmer, hereby certify that this document filed through the ECF system on August 4, 2023, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered parties.

>/s/John F. Palmer