UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

--------------------------------------------------------)_
UNITED STATES OF AMERICA          )
                                   )
v.                                 )          Docket No. 21-10158-7-MLW
                                   )
                                   )
THIAGO DE SOUZA PRADO             )
_____)

## MOTION FOR LEAVE TO FILE PRO SE DOCUMENT

Defendant Thiago De Souza Prado (Defendant") hereby moves that this court allow the filing

of his *pro se* motion, attached hereto. The Court has previously ruled that Defendant could file two

*pro se* motions, one of which he submitted to the Court on August 2, 2023. Defendant was given

until August 10, 2023, to file his other pro se motion which addresses the issue of his prior counsel

currently serving as the Acting U.S. Attorney in the Office prosecuting Defendant.

Respectfully Submitted,

DEFENDANT PRADO by his attorney

*/s/John F Palmer*
John F. Palmer
B.B.O.#387980
18 Main Street Extension
Suite 201B
Plymouth, MA 02360
Tel: 617-943-2602

CERTIFICATE OF SERVICE

I, John F. Palmer, hereby certify that this document filed through the ECF system will be
sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing

(NEF) on August 9, 2023.

_/s/John F. Palmer_