UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THIAGO DE SOUZA PRADO,<br><br>Defendant | No. 21-cr-10158-7-MLW |

### AFFIDAVIT OF ASSISTANT U.S. ATTORNEY KRISS BASIL

I, Kriss Basil, state under penalty of perjury that the following is true and correct:

1. I am an Assistant United States Attorney in the District of Massachusetts.

2. On May 6, 2021, the defendant, Thiago Prado, was charged by complaint with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349.

3. On May 17, 2021, the grand jury indicted the defendant on a single count of conspiracy to commit wire fraud.

4. On May 25, 2021, Joshua S. Levy was added as counsel for the defendant, and he entered an appearance on June 1, 2021.

5. On August 10, 2021, Mr. Levy moved to withdraw as counsel, and the Court allowed his motion on August 23, 2021.

6. On January 7, 2022, the Ethics Advisor for the U.S. Attorney's Office for the District of Massachusetts informed all attorneys in the Office that Mr. Levy, who had been named as the incoming First Assistant U.S. Attorney, would be "conflicted off" any case that he handled while in private practice, meaning that he would not be involved in supervising or discussing such a case, review any status reports, receive any briefings on the progress of such a case, even if the information were public, and would not receive any weekly updates on the case. The Ethics Advisor provided the Office with a list of such cases, including the above-captioned case.

7. On January 11, 2022, Mr. Levy became First Assistant U.S. Attorney.

8. On January 10, 2023, I was assigned to the trial team for the above-captioned case, and I entered an appearance in the case on January 12, 2023. *See* ECF 642. I had no prior involvement in the case or investigation.

9. When I joined the case, I understood that, due to his prior representation of the defendant, Mr. Levy, then the First Assistant U.S. Attorney, was walled off from the case, meaning that he received no reports on the status of the case, did not oversee or approve any aspect of the case, did not provide any support to the case team, and had no access to case materials on the Office's computer system. This "walling off" has continued throughout my time on this case.

      10.     I have not received any information from or provided any information to Mr. Levy about this case; I have not consulted with Mr. Levy about this case.  I am aware of no confidential communications between Mr. Levy and the defendant, except as described by the defendant in his motion (ECF 1093-1).

      11.     For all required approvals and strategy discussions on this case, I have reported to and received approvals from my unit supervisors and a Criminal Co-Chief.

      12.     I confirmed with my co-counsel, Assistant U.S. Attorneys David Holcomb and Kristen Kearney, that neither consulted with Mr. Levy on this case and that neither is aware of confidential communications between Mr. Levy and the defendant.

      13.     On May 19, 2023, Mr. Levy became the Acting U.S. Attorney.  He remained walled off from this case, as described above.

      14.     In July 2023, due to a clerical error, I inadvertently included Mr. Levy's name on my signature block in pre-trial filings in this case.  Mr. Levy did not review or approve these filings or any other pleading filed by the government in this case.

      15.     After Mr. Levy became Acting U.S. Attorney, the Department of Justice began a review of the matters in which Mr. Levy has conflicts.  On August 4, 2023, the Department formally recused the U.S. Attorney's Office for the District of Massachusetts from the instant case, assigning the case to the U.S. Attorney's Office for the District of Rhode Island, and, pursuant to 28 U.S.C. § 515(a), directed and authorized U.S. Attorney Zachary A. Cunha to supervise this matter.  The Department authorized me and specific attorneys and support staff from the District of Massachusetts, including Assistant U.S. Attorneys David Holcomb and Kristen Kearney, to work on this case under the direction of the District of Rhode Island.

_KRISS BASIL_ (Digitally signed by KRISS BASIL, Date: 2023.08.16 12:42:59 -04'00')       August 16, 2023
KRISS BASIL
Assistant U.S. Attorney