UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THIAGO DE SOUZA PRADO,<br><br>    Defendant | No. 21-cr-10158-7-MLW |

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States respectfully requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to FCI Danbury, in Danbury, Connecticut for the purpose of securing WEMERSON DUTRA AGUIAR to testify in the trial before United States District Judge Mark L. Wolf in the above-captioned case on September 12, 2023 at 9:00 a.m.  In support of this petition, the government states that:

1. That WEMERSON DUTRA AGUIAR, Register No. 43503-509 is presently confined at FCI Danbury and will be so confined on September 12, 2023.

2. That AGUIAR has been called to be a witness in the trial of Thiago Prado in the above-captioned case.

3. That AGUIAR is due to appear before United States District Judge Mark L. Wolf for this purpose on September 12, 2023 at 9:00 a.m.

**WHEREFORE**, the government requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to be directed to the United States Marshal for the District of Massachusetts, to the Warden at FCI Danbury, and to any other person having custody and control of AGUIAR, commanding them to produce AGUIAR before United States District Judge Mark L. Wolf at the United States District Court for the District of Massachusetts, 1 Courthouse Way, at Boston,

Massachusetts on September 12, 2023 at 9:00 a.m.

    Respectfully submitted,

    ZACHARY A. CUNHA
    United States Attorney
    Acting Under Authority
    Conferred by 28 U.S.C. § 515

By:  /s/Kriss Basil
    DAVID M. HOLCOMB
    KRISS BASIL
    Assistant United States Attorneys
    U.S. Attorney's Office
    District of Massachusetts

### CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

    /s/Kriss Basil
    KRISS BASIL
    Assistant U.S. Attorney

ALLOWED:

/s/ Mark L. Wolf
HON. MARK L. WOLF
UNITED STATES DISTRICT JUDGE

Dated: August 21, 2023

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## HABEAS CORPUS AD TESTIFICANDUM

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies and to

**WARDEN
FCI DANBURY, DANBURY, CONNECTICUT**

**YOU ARE COMMANDED** to have the body of WERMERSON DUTRA AGUIAR now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts on September 12, 2023 at 9:00 a.m. for the purpose of testifying in *United States v. Thiago Prado*, No. 21-cr-10158-MLW.

And you are to retain the body of said WEMERSON DUTRA AGUIAR while before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

**Dated at Boston in said District this** 21st **day of August, 2023.**

/s/ Mark L. Wolf
**Hon. Mark L. Wolf
United States District Judge**

**By:** /s/ John Fleming
**Deputy Clerk**

Requested by: AUSA Kriss Basil