UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------)_
UNITED STATES OF AMERICA              )
                                      )
v.                                    )        Docket No. 21-10158-7-MLW
                                      )
                                      )
THIAGO DE SOUZA PRADO                 )
_____)
```

## MOTION FOR LEAVE TO FILE PRO SE DOCUMENTS

Defendant Thiago De Souza Prado (Defendant") hereby moves that this court allow the filing

of his *pro se* pleadings, i.e., *Defendant's Response To Government's Opposition (DOC #1102-1)*

*To Motion To Dismiss Third Superseding Indictment For Conflicts Of Interest* and *Defendant's*

*Response To Government's Opposition DOC #1094 To Motion To Dismiss Third Superseding*

*Indictment For Failure To State An Offense And Lack Of Jurisdiction*. The Court has previously

ruled that Defendant could file two *pro se* motions, one relating to dismissal of the third

superseding indictment for failure to allege a crime and the other relating to an alleged conflict of

interest with Acting U.S. Attorney Joshua Levy. The Government has filed oppositions to the

motions. The Court has allowed Defendant to file replies by August 21, 2023, and August 25,

2023, respectively. Defendant's replies are submitted herewith.

       Respectfully Submitted,

       DEFENDANT PRADO by his attorney

       */s/John F Palmer*
       John F. Palmer
       B.B.O.#387980
       18 Main Street Extension
       Suite 201B
       Plymouth, MA 02360
       Tel: 617-943-2602

<u>CERTIFICATE OF SERVICE</u>

I, John F. Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on August 21, 2023.

*/s/John F. Palmer*