United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| | ) Case No. 1:21-CR-10158-MLW |
| V. | ) |
| | ) |
| (7) Thiago De Souza Prado | ) 08 / 18 /2023 |
| Defendant, | ) |

## DEFENDANT'S RESPONSE TO GOVERNMENT'S OPPOSITION (DOC# 1102-1) TO MOTION TO DISMISS THIRD SUPERSEDING INDICTMENT FOR CONFLICTS OF INTEREST.

The charged defendant Thiago De Souza Prado respectfully file this response to the Government opposition *(Doc# 1102-1)* to Motion to dismiss the third superseding indictment for violation of his *6th Amend. Const. Right to fair trial and violation of his Due Process*, in light of Supreme Court *Strickland v. Washington, 466 U.S. 668 (1984); Cuyler v. Sullivan, 446 U.S. 335, 100 S. Ct. 1708 (1980); United States v. John Dolan, 570 F.2d 1177 (3th Cir. 1978).* Pursuant to *Fed. R. Crim. P. 12(b).*

Mr. Prado strongly argues that the Government violated his 6th Amend. Const. Right to a fair trial and his Due Process right to effect assistance of counsel and the Government's opposition *(Doc # 1102)* supports Mr. Prado's claims.

Mr. Prado states that in the opposition the government states that is not conflicts of interest in this case, but Mr. Basil state at his own affidavit that the The Department of Justice recused Mr. Levy and Massachusetts entire Office because conflicts. *(It's or is not conflicts?????)*

Mr. Prado also states that if Mr. levy did not signed the filings in July 2023, someone did commit fraud upon the court by signing documents on Mr. Levy's behave, or someone is at least supposed to be supervising Mr. Basil filings. *(Prosecutorial misconduct????)*

1

The Government cites *DeCologero* and the defendant believes that is irrelevant here because the degree of conflicts of interest here is much higher due the fact that a defense lawyer is working on the prosecution side at the same matter, and Government's informant do not have power or control over prosecution decisions.

The major prejudice that Mr. Prado did suffer in this case so far is the fact that all his defense strategies had somehow been corrected at the TSI, which left Mr. Prado with very little chances. For Example: At Mr. Prado's reversal proffer meeting the prosecutor Kristen Kearney told Mr. Prado that the middle-man defense was not going to work. *(How did she knew about the middle-man defense?????)*

## Mr. Kriss Basil affidavit statements and questions of law that need to be addressed.

**Statement 9:** Mr. Levy was walled off from the case, meaning that he received no reports on the status of the case, did not oversee or approve any aspect of the case, did not provide any support to the case team, and had no access to case materials on the Office's computer system.

**Q.** Mr. Basil had the authority or licenses to prosecute Mr. Prado without the Acting U.S. Attorney supervision?

**Q.** Is Mr. Prado Due process of law protect Mr. Prado from been prosecuted without the supervision of the Acting U.S. Attorney?

**Statement 13:** On May 19, 2023 Mr. Levy became the Acting U. S. Attorney. He remained walled off from this case.

**Q.** Can Mr. Prado be indicted and prosecuted without the supervision of the Acting U.S. Attorney?

**Q.** If the Department of Justice recused Mr. Levy and his office from the case on August 4, 2023 for conflicts of interest, was Mr. Prado subjected to the same conflicts at the time he got superseded?

**Q.** Mr. Basil unit supervisor Co-Chief have the same power of the Acting U.S. Attorney?

2

**Statement 14:** In July 2023, due to a clerical error, I inadvertently included Mr. Levy's name on my signature block in pre-trial filings in this case. Mr. Levy did not review or approve those filings or any other pleading filed by the government in this case.

Q. The Assistant U.S. Attorney Mr. Basil allowed to sign legal documents in behave of the Acting U.S Attorney?

Q. Is anyone can be indicted and prosecuted criminally in Massachusetts without the supervision of the Acting U.S. Attorney?

**Statement 15:** On August 4, 2023, The Department formally recused the U.S. Attorney's Office for the District of Massachusetts from the instant case, assigning the case to the U. S. Attorney's Office for the District of Rhode Island.

Q. if Mr. Levy became the Acting U.S. Attorney at May 19, 2023, why he was recused for conflicts of interest from Mr. Prado's case only 2 days after Mr. Prado raise the constitution violations to Judge Wolf on August 2, 2023?

Q. Is that the Government trying to cover up?

Q. if it's a conflicts of interest now why was not conflicts when Mr. Prado got superseded on June 27, 2023?

## Conclusion

The charged Defendant Mr. Prado requests this Honorable District Court to use its supervisory powers to dismiss his third superseding indictment and anything that happen after May 19, 2023, as fruits of the poison tree due conflicts of interest to avoid a further miscarriage of justice.

Respectfully Submitted
08/18/2023
Signed by Thiago Prado