UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THIAGO DE SOUZA PRADO<br><br>Defendant | No. 21-cr-10158-MLW |

RESPONSE TO COURT ORDER [ECF 1065]

In response to the Court's Order of July 17, 2023, the United States respectfully reports that the parties have not reached an agreement to resolve this case without a trial.

                                      Respectfully submitted,

                                      ZACHARY A. CUNHA
                                      United States Attorney
                                      Acting Under Authority
                                      Conferred by 28 U.S.C. § 515

                            By:    /s/Kriss Basil
                                      DAVID M. HOLCOMB
                                      KRISS BASIL
                                      Assistant United States Attorneys
                                      U.S. Attorney's Office
                                      District of Massachusetts

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                      /s/Kriss Basil
                                      KRISS BASIL
                                      Assistant U.S. Attorney