UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                   )<br>)<br>THIAGO DE SOUZA PRADO,           )<br>    Defendant.                   ) | Cr. No. 21-10158-MLW |

ORDER

WOLF, D.J.                                                September 1, 2023

The parties were ordered to report, by August 25, 2023, whether they had objections to any exhibits and their reasons for it. Dkt. No. 774. Defendant Thiago de Souza Prado has not filed a report concerning the government's exhibits. It is hereby ORDERED that Prado shall, by September 5, 2023, at 9:30 a.m., file his report.

It is hereby further ORDERED the September 6, 2023 final pretrial conference shall begin at 11:00 a.m. rather than 10:00 a.m. as previously scheduled.

In addition, the parties are hereby informed that Prado's trial will begin on September 11, 2023, at 9:00 a.m. The first day will be devoted to jury selection and remaining pretrial issues. On subsequent days trial will usually be from 9:00 a.m. to 1:00 p.m., but may continue some afternoons if necessary.

UNITED STATES DISTRICT JUDGE