UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------)_____
UNITED STATES OF AMERICA            )
                                    )
v.                                  )      Docket No. 21-10158-7-MLW
                                    )
                                    )
THIAGO DE SOUZA PRADO                )
_____)

**DEFENDANT'S RESPONSE TO COURT ORDER**

In response to the Court's order of September 1, 2021, relative to exhibits, Defendant Prado reports that he has no objections to the Government's exhibits as listed in the Government's Exhibit List served on him on August 11, 2023.

DEFENDANT by his attorney

*/s/John F Palmer*
John F. Palmer
B.B.O.#387980
18 Main Street Extension
Suite 201B
Plymouth, MA 02360
Tel: 617-943-2602

CERTIFICATE OF SERVICE

I, John F. Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on July 26, 2023.

*/s/John F. Palmer*