UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------)_
UNITED STATES OF AMERICA          )
                                  )
v.                                )          Docket No. 21-10158-7-MLW
                                  )
                                  )
THIAGO DE SOUZA PRADO             )
_____)
```

## AMENDED CERTIFICATE OF SERVICE

Defendant Prado hereby amends the certificate of service filed with his Response To Court Order (Document No. 1117) to read as follows:

"I, John F. Palmer, hereby certify that the Response To Court Order (Document No. 1117)   filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on September 1, 2023."

Respectfully Submitted,

DEFENDANT PRADO by his attorney

*/s/John F Palmer*
John F. Palmer
B.B.O.#387980
18 Main Street Extension
Suite 201B
Plymouth, MA 02360
Tel: 617-943-2602

## CERTIFICATE OF SERVICE

I, John F. Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on September 1, 2023.

*/s/John F. Palmer*