UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THIAGO DE SOUZA PRADO,<br><br>  Defendant | No. 21-cr-10158-7-MLW |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE
WITNESS AND EXHIBIT LIST UNDER SEAL**

The United States respectfully asks this Court's permission to file its witness list and exhibit list under seal. This case involves numerous instances of alleged identity theft. At trial, the government expects to present evidence that the defendant acquired victims' identifiers on the darknet, meaning that their identifiers are available for misappropriation. The exhibits in this case bear the names of victims whose identities were stolen and then used to create fraudulent rideshare company driver accounts.

To mitigate the risk of any additional harm to the victims, the government proposes to provide the witnesses' names and the full exhibit list under seal with the Court. The government would file deidentified versions of both on the public docket.

The government previously provided all witness information to the defendant, consistent with this Court's pre-trial order.

Before filing this motion, the government attempted to confer with counsel for the defendant and shared a copy of this motion.

2

        Respectfully submitted,

        ZACHARY A. CUNHA
        United States Attorney
        Acting Under Authority
        Conferred by 28 U.S.C. § 515

By:   /s/Kriss Basil
       DAVID M. HOLCOMB
       KRISS BASIL
       Assistant United States Attorneys
       U.S. Attorney's Office
       District of Massachusetts

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

       /s/Kriss Basil
       KRISS BASIL
       Assistant U.S. Attorney