UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THIAGO DE SOUZA PRADO,<br><br>Defendant | No. 21-cr-10158-7-MLW |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE
WITNESS AND EXHIBIT LIST UNDER SEAL**

The United States respectfully asks this Court's permission to file its witness list and exhibit list under seal. This case involves numerous instances of alleged identity theft. At trial, the government expects to present evidence that the defendant acquired victims' identifiers on the darknet, meaning that their identifiers are available for misappropriation. The exhibits in this case bear the names of victims whose identities were stolen and then used to create fraudulent rideshare company driver accounts.

To mitigate the risk of any additional harm to the victims, the government proposes to provide the witnesses' names and the full exhibit list under seal with the Court. The government would file deidentified versions of both on the public docket.

The government previously provided all witness information to the defendant, consistent with this Court's pre-trial order.

Before filing this motion, the government attempted to confer with counsel for the defendant and shared a copy of this motion.

*[Handwritten note, dated 9/5/23, signed Wolf, D.J., marked Public:]* This motion will be discussed at the September 6, 2023 hearing. The court notes that the names of possible witnesses will be read in open court during jury selection. The proposed exhibits may not have to be filed before trial, but at least redacted versions of those admitted are likely to be [...]