UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | Cr. No. 21-10158-MLW |
| ) | |
| THIAGO DE SOUZA PRADO, ) | |
| Defendant.   ) | |

ORDER

WOLF, D.J.                                          September 7, 2023

At the September 6, 2023 pretrial conference for trial commencing on September 11, 2023, the court was informed of difficulties defendant Thiago De Souza Prado is having accessing electronic discovery materials on a computer at the Donald W. Wyatt Detention Facility ("Wyatt") at which he is detained. The court was told that those materials are on a Wyatt computer, that Prado has had access to them one day a week, but his opportunity to use that computer on September 8, 2023 has been cancelled. The court is also informed that Wyatt had agreed to allow Prado to use a laptop computer that has been purchased for him in his cell, but could or would not load the electronic discovery materials on it.

In view of the imminence of trial, it is hereby ORDERED that:

1. Wyatt shall provide Prado a reasonable opportunity on September 8, 2023 to use the Wyatt computer which has the electronic discovery for this case.

2. Understanding that Wyatt previously stated that it would allow Prado to use his laptop computer in his cell, it shall load the electronic discovery materials on that computer forthwith and provide it to Prado for use in his cell for at least from 9:00 a.m. to 3:00 p.m. on days that he is not on trial, and for at least one hour when he returns from trial.

3. The United States Marshalls shall serve this Order on the Wyatt Interim Warden Michael Nessinger immediately.

4. Warden Nessinger shall, by 4:00 p.m. today, September 7, 2023, report whether he is willing and able to comply with this Order. If he asserts that he is not, he shall appear at 9:30 a.m., on September 8, 2023, at the Moakley Federal Courthouse in Boston, Massachusetts, for a hearing concerning this matter.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE