############### * Google Confidential and Proprietary * ###############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 440484296851
Name: Thiago G Prado
e-Mail: thiagostillhere@gmail.com
Alternate e-Mails:

Created on: 2010-01-05 18:41:39 UTC
Terms of Service IP: 24.91.140.32
Terms of Service Language: en

Services: Gmail, orkut, Google Hangouts, iGoogle, Google Services, Google Drive, Google Shopping, Knowledge Search, YouTube, Google Calendar, Google Photos, Google AdWords, Google Chrome Sync, Location History, Android, Google Maps, Google My Maps, Google My Business, Google Voice, Google Docs

Deletion Date:
Deletion IP:

Status: Enabled
Last Logins: 2020-10-14 17:00:02 UTC, 2020-10-10 02:09:14 UTC, 2020-10-08 12:36:48 UTC

## ACCOUNT RECOVERY

Contact e-Mail: thiagostillhere@gmail.com
Recovery e-Mail:
Recovery SMS: +15083089803 [US]

## PHONE NUMBERS

Signin Phone Numbers:
User Phone Numbers: +15083089803 [US]
Reachable Phone Numbers:
2-Step Verification Phone Numbers: +15083089803 [US]

## IP ACTIVITY

| Timestamp | IP Address | Activity Type |
|---|---|---|
| 2020-08-26 19:08:09 UTC | 2601:18d:a80:d6d0:4506:b02a:a02d:c17e | Login |
| 2020-08-23 18:08:36 UTC | 2601:18d:a80:d6d0:20ca:c04c:54bc:1bfd | Login |
| 2020-08-21 14:51:31 UTC | 2601:18d:a80:d6d0:c8:47d:960e:4def | Login |
| 2020-08-21 14:51:31 UTC | 2601:18d:a80:d6d0:c8:47d:960e:4def | Login |
| 2020-08-21 14:51:31 UTC | 73.123.253.111 | Login |
| 2020-08-21 14:51:31 UTC | 73.123.253.111 | Login |



CONFIDENTIAL

USAO-AGUI-012776
USAO-PRADO-016018

| Timestamp | IP Address | Action |
|---|---|---|
| 2020-08-15 23:33:31 UTC | 2601:18d:a80:d6d0:d581:cf95:f304:d19 | Login |
| 2020-08-13 00:49:20 UTC | 2601:18d:a80:d6d0:2c67:9da:cc9a:6986 | Login |
| 2020-08-12 21:49:06 UTC | 2601:18d:a80:d6d0:2c67:9da:cc9a:6986 | Login |
| 2020-08-12 03:04:50 UTC | 2601:18d:a80:d6d0:f010:4181:a50a:6245 | Login |
| 2020-08-05 03:34:31 UTC | 2607:fb90:ac28:3d5e:b53c:27ad:292f:888a | Logout |
| 2020-08-04 01:26:16 UTC | 2601:18d:a80:d6d0:206e:fed5:868d:6be | Login |
| 2020-07-29 04:13:02 UTC | 2601:18d:a80:d6d0:f838:63a0:dbb6:2391 | Login |
| 2020-07-28 03:59:28 UTC | 2601:18d:a80:d6d0:d9e:9a68:6997:228f | Login |
| 2020-07-27 23:06:01 UTC | 2601:18d:a80:d6d0:11fe:e742:96a5:42f2 | Login |
| 2020-07-27 15:44:53 UTC | 2607:fb90:e7b:bfa2:5035:3104:c22d:6bdc | Login |
| 2020-07-27 15:44:47 UTC | 2607:fb90:e7b:bfa2:5035:3104:c22d:6bdc | Login |
| 2020-07-27 15:44:41 UTC | 2607:fb90:e7b:bfa2:5035:3104:c22d:6bdc | Login |
| 2020-07-27 15:44:40 UTC | 2607:fb90:e7b:bfa2:5035:3104:c22d:6bdc | Login |
| 2020-07-26 03:35:32 UTC | 2601:18d:a80:d6d0:78ea:8399:5b08:37bb | Login |
| 2020-07-26 03:35:25 UTC | 2601:18d:a80:d6d0:78ea:8399:5b08:37bb | Login |
| 2020-07-26 03:35:24 UTC | 2601:18d:a80:d6d0:78ea:8399:5b08:37bb | Login |
| 2020-07-26 03:35:07 UTC | 2601:18d:a80:d6d0:6575:e6de:173b:9daa | Login |
| 2020-07-26 03:35:07 UTC | 2601:18d:a80:d6d0:6575:e6de:173b:9daa | Login |
| 2020-07-26 03:35:06 UTC | 2601:18d:a80:d6d0:6575:e6de:173b:9daa | Login |
| 2020-07-26 03:35:06 UTC | 2601:18d:a80:d6d0:6575:e6de:173b:9daa | Login |
| 2020-07-25 18:26:38 UTC | 2601:18d:a80:d6d0:154:4477:4419:f261 | Login |
| 2020-07-25 17:48:54 UTC | 2601:18d:a80:d6d0:154:4477:4419:f261 | Login |
| 2020-07-25 16:48:06 UTC | 2601:18d:a00:a590:98c3:95c3:89c9:3e04 | Login |
| 2020-07-25 16:48:06 UTC | 2601:18d:a00:a590:98c3:95c3:89c9:3e04 | Login |
| 2020-07-25 16:48:05 UTC | 2601:18d:a00:a590:98c3:95c3:89c9:3e04 | Login |
| 2020-07-25 16:48:04 UTC | 2601:18d:a00:a590:98c3:95c3:89c9:3e04 | Login |
| 2020-07-25 16:47:59 UTC | 2601:18d:a00:a590:98c3:95c3:89c9:3e04 | Login |
| 2020-07-25 16:46:46 UTC | 2601:18d:a00:a590:98c3:95c3:89c9:3e04 | Login |

CONFIDENTIAL

| | | |
|---|---|---|
| 2020-07-25 16:45:57 UTC | 2601:18d:a00:a590:98c3:95c3:89c9:3e04 | Login |
| 2020-07-12 17:22:01 UTC | 2601:18d:a80:d6d0:3479:ca30:e48a:6687 | Login |
| 2020-07-05 20:22:27 UTC | 50.245.46.177 | Login |
| 2020-07-05 20:21:20 UTC | 50.245.46.177 | Login |
| 2020-07-05 20:19:03 UTC | 50.245.46.177 | Login |
| 2020-07-05 20:19:03 UTC | 76.127.184.167 | Login |
| 2020-07-05 20:19:03 UTC | 50.245.46.177 | Login |
| 2020-07-05 20:19:03 UTC | 76.127.184.167 | Login |
| 2020-07-05 20:18:59 UTC | 50.245.46.177 | Login |
| 2020-06-20 01:30:21 UTC | 2601:18d:4800:1620:3000:f668:bdf0:fdc | Login |
| 2020-06-16 15:34:30 UTC | 2607:fb90:ac8b:82ea:b127:fab0:58b8:60c9 | Logout |
| 2020-06-13 07:37:06 UTC | 2601:18d:a80:d6d0:841f:d856:30be:923 | Login |
| 2020-06-13 05:37:52 UTC | 2601:18d:a80:d6d0:841f:d856:30be:923 | Login |
| 2020-06-12 23:40:36 UTC | 2607:fb90:6837:a122:d451:ee8:1824:868d | Login |
| 2020-06-12 18:45:11 UTC | 2607:fb90:e72:ec83:e5fa:ed98:48cc:325c | Login |
| 2020-06-12 00:16:55 UTC | 2601:18d:a80:d6d0:58a2:a2d9:30c9:b12a | Login |
| 2020-06-12 00:16:54 UTC | 2601:18d:a80:d6d0:58a2:a2d9:30c9:b12a | Login |
| 2020-06-12 00:16:51 UTC | 2601:18d:a80:d6d0:58a2:a2d9:30c9:b12a | Login |
| 2020-06-12 00:16:50 UTC | 2601:18d:a80:d6d0:58a2:a2d9:30c9:b12a | Login |
| 2020-06-11 07:15:48 UTC | 2601:18d:a80:d6d0:d00f:a04a:8f00:c3bc | Login |
| 2020-06-11 05:15:48 UTC | 2601:18d:a80:d6d0:d00f:a04a:8f00:c3bc | Login |
| 2020-06-11 01:59:24 UTC | 2601:18d:a80:d6d0:d00f:a04a:8f00:c3bc | Login |
| 2020-06-11 01:21:54 UTC | 2601:18d:a80:d6d0:c9f2:50af:5569:ddc3 | Login |
| 2020-06-11 01:21:54 UTC | 2601:18d:a80:d6d0:c9f2:50af:5569:ddc3 | Login |
| 2020-06-11 01:21:51 UTC | 2601:18d:a80:d6d0:c9f2:50af:5569:ddc3 | Login |
| 2020-06-11 01:21:50 UTC | 2601:18d:a80:d6d0:c9f2:50af:5569:ddc3 | Login |
| 2020-06-11 00:45:57 UTC | 2601:18d:a00:a590:51af:9e72:2457:d942 | Login |
| 2020-06-11 00:45:03 UTC | 2601:18d:a00:a590:51af:9e72:2457:d942 | Login |

CONFIDENTIAL

| | | |
|---|---|---|
| 2020-07-25 16:45:57 UTC | 2601:18d:a00:a590:98c3:95c3:89c9:3e04 | Login |
| 2020-07-12 17:22:01 UTC | 2601:18d:a80:d6d0:3479:ca30:e48a:6687 | Login |
| 2020-07-05 20:22:27 UTC | 50.245.46.177 | Login |
| 2020-07-05 20:21:20 UTC | 50.245.46.177 | Login |
| 2020-07-05 20:19:03 UTC | 50.245.46.177 | Login |
| 2020-07-05 20:19:03 UTC | 76.127.184.167 | Login |
| 2020-07-05 20:19:03 UTC | 50.245.46.177 | Login |
| 2020-07-05 20:19:03 UTC | 76.127.184.167 | Login |
| 2020-07-05 20:18:59 UTC | 50.245.46.177 | Login |
| 2020-06-20 01:30:21 UTC | 2601:18d:4800:1620:3000:f668:bdf0:fdc | Login |
| 2020-06-16 15:34:30 UTC | 2607:fb90:ac8b:82ea:b127:fab0:58b8:60c9 | Logout |
| 2020-06-13 07:37:06 UTC | 2601:18d:a80:d6d0:841f:d856:30be:923 | Login |
| 2020-06-13 05:37:52 UTC | 2601:18d:a80:d6d0:841f:d856:30be:923 | Login |
| 2020-06-12 23:40:36 UTC | 2607:fb90:6837:a122:d451:ee8:1824:868d | Login |
| 2020-06-12 18:45:11 UTC | 2607:fb90:e72:ec83:e5fa:ed98:48cc:325c | Login |
| 2020-06-12 00:16:55 UTC | 2601:18d:a80:d6d0:58a2:a2d9:30c9:b12a | Login |
| 2020-06-12 00:16:54 UTC | 2601:18d:a80:d6d0:58a2:a2d9:30c9:b12a | Login |
| 2020-06-12 00:16:51 UTC | 2601:18d:a80:d6d0:58a2:a2d9:30c9:b12a | Login |
| 2020-06-12 00:16:50 UTC | 2601:18d:a80:d6d0:58a2:a2d9:30c9:b12a | Login |
| 2020-06-11 07:15:48 UTC | 2601:18d:a80:d6d0:d00f:a04a:8f00:c3bc | Login |
| 2020-06-11 05:15:48 UTC | 2601:18d:a80:d6d0:d00f:a04a:8f00:c3bc | Login |
| 2020-06-11 01:59:24 UTC | 2601:18d:a80:d6d0:d00f:a04a:8f00:c3bc | Login |
| 2020-06-11 01:21:54 UTC | 2601:18d:a80:d6d0:c9f2:50af:5569:ddc3 | Login |
| 2020-06-11 01:21:54 UTC | 2601:18d:a80:d6d0:c9f2:50af:5569:ddc3 | Login |
| 2020-06-11 01:21:51 UTC | 2601:18d:a80:d6d0:c9f2:50af:5569:ddc3 | Login |
| 2020-06-11 01:21:50 UTC | 2601:18d:a80:d6d0:c9f2:50af:5569:ddc3 | Login |
| 2020-06-11 00:45:57 UTC | 2601:18d:a00:a590:51af:9e72:2457:d942 | Login |
| 2020-06-11 00:45:03 UTC | 2601:18d:a00:a590:51af:9e72:2457:d942 | Login |

CONFIDENTIAL

| 2020-02-23 10:16:15 UTC | 2607:fb90:688a:872b:899d:4a94:807e:75f3 | Login |
| 2020-02-22 12:28:18 UTC | 173.133.24.83 | Login |
| 2020-02-11 17:11:18 UTC | 2607:fb90:ac2a:f66d:14be:7308:b0ac:3f4e | Login |

############### * **Google Confidential and Proprietary** * ###############

CONFIDENTIAL

USAO-AGUI-012780

USAO-PRADO-016022

############## * Google Confidential and Proprietary * ##############

45691@rpsk12.org
andreboni8160@gmail.com
andreglazar@gmail.com
andreglazarb@gmail.com
bostonalves@gmail.com
divya2020jayaraj@gmail.com
frank.usa89@gmail.com
fuscapreto1000@gmail.com
fuscapreto1001@gmail.com
fuscapreto1002@gmail.com
fuscapreto1004@gmail.com
fuscapreto1005@gmail.com
fuscapreto1006@gmail.com
fuscapreto1007@gmail.com
luiz.narciso.neto@gmail.com
manovelho1000@gmail.com
manovelho1001@gmail.com
manovelho1002@gmail.com
manovelho1003@gmail.com
manovelho1004@gmail.com
manovelho1005@gmail.com
manovelho1006@gmail.com
manovelho1100@gmail.com
manovelho2001@gmail.com
manovelho2002@gmail.com
manovelho2003@gmail.com
manovelho2004@gmail.com
mettallides005@gmail.com
moraesgomes89@gmail.com
odybidu@gmail.com
opala1770@gmail.com
paulogutsilva@gmail.com
pradopaintingcorp@gmail.com
pradot565@gmail.com
reg.mcandido@gmail.com
rjrecreio90@gmail.com
thiagostillhere@gmail.com
valdir2019bezerra@gmail.com

############## * Google Confidential and Proprietary * ##############




Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1. I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3. Google provides Internet-based services.

4. Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *MARCUSBASTOSUSA1, WEMERSONAGUIARUBERUSA, MARCUSBASTOSUSA, RICARDOCHEERSTHREE, THIAGOSTILLHERE*, with Google Ref. No. 3968998 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the 2703(d) Order or Equivalent.

5. The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6. The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Ibrahim Kamara_____          Date: October 21, 2020
(Signature of Records Custodian)


Ibrahim Kamara
(Name of Records Custodian)

CONFIDENTIAL                                                  USAO-AGUI-012770