UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
            v.                    )          Cr. No. 21-10158-MLW
                                  )
THIAGO DE SOUZA PRADO,            )
      Defendant.                  )

ORDER

WOLF, D.J.                                    September 7, 2023

For the reasons stated in court on September 6, 2023, it is hereby ORDERED that:

1.   Defendant Thiago de Souza Prado's motion for leave to file a pro se motion (Dkt. No. 1088) is ALLOWED. The proposed motion to dismiss (Dkt. No. 1088-1) shall be deemed filed. The motion to dismiss (Dkt. No. 1088-1) is DENIED.

2.   Prado's motion for leave to file a pro se motion (Dkt. No. 1093) is ALLOWED. The proposed motion to dismiss (Dkt. No. 1093-1) shall be deemed filed. The motion to dismiss (Dkt. No. 1093-1) is DENIED.

3.   The government's motions in limine (Dkt. Nos. 1061, 1062) are ALLOWED.

4.   The government's motion in limine (Dkt. No. 1063) is ALLOWED in part as to sequestration and excepting the government's designated representative from sequestration. See Sequestration Order (Dkt. No. 1121). The motion in limine (Dkt. No. 1063) is

DENIED without prejudice as to the government's summary witness being excepted from the Sequestration Order.

    5.    The government's motion to file its witness list under seal (Dkt. No. 1120) is ALLOWED.

    6.    The parties shall order a transcript of the September 6, 2023 final pretrial conference.


                                                    UNITED STATES DISTRICT JUDGE