UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THIAGO DE SOUZA PRADO,<br><br>    Defendant | No. 21-cr-10158-7-MLW |

## GOVERNMENT'S DESCRIPTION OF THE CASE

On September 6, 2023, at the final pretrial hearing, the Court ordered the government to file a description of the case for use during *voir dire*. The government provides the following in response to the Court's order.

### The Case

This case is about a scheme to defraud the rideshare companies, Uber and Lyft, to make money using driver accounts created with stolen identities.

The following are the government's allegations.

Drivers for the rideshare companies were required by the companies and by the Commonwealth of Massachusetts to pass criminal background checks and driving record checks. To perform background checks, the rideshare companies and the state used drivers' licenses and social security numbers, and other identifying information, provided by drivers. Drivers who did not pass the background checks could not earn money as drivers through the rideshare companies.

In this case, the defendant, Thiago Da Souza Prado, with the help of others, stole or misused the identities of third parties and used the stolen identities to apply for fraudulent driver accounts with the rideshare companies and to pass the required background checks under those stolen identities. Once the companies approved the fraudulent driver accounts, Prado and his co-conspirators either used the accounts themselves, or they rented the accounts out to persons who

could not pass the background checks—for example, if they did not have a Social Security number—or otherwise could not drive with the companies under their own names. In this manner, Prado and his co-conspirators obtained money from the rideshare companies under false and fraudulent pretenses.

Prado is charged with wire fraud, conspiracy to commit wire fraud, and aggravated identity theft.

The defendant maintains his innocence and must be presumed innocent.

Respectfully submitted,

ZACHARY A. CUNHA
United States Attorney
Acting Under Authority
Conferred by 28 U.S.C. § 515

By:   /s/Kriss Basil
DAVID M. HOLCOMB
KRISS BASIL
Assistant United States Attorneys
U.S. Attorney's Office
District of Massachusetts

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed under seal, and a copy was provided to counsel for the defendant.

/s/Kriss Basil
KRISS BASIL
Assistant U.S. Attorney