UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 21-10158-MLW |
| | ) | |
| THIAGO DE SOUZA PRADO, | ) | |
| Defendant. | ) | |

ORDER

WOLF, D.J.                                    September 7, 2023

The court has received the attached September 7, 2023 email from Michael Nessinger, Acting Warden of Wyatt Detention Facility ("Wyatt") (Exhibit 1 under seal) in response to the September 7, 2023 Order (Dkt. No. 1124). Warden Nessigner reports that defendant Thiago De Souza Prado's scheduled time to review the electronic discovery on September 8, 2023 has not been cancelled. In addition, Warden Nessinger reports that Wyatt has the laptop that Prado's counsel obtained for Prado's use. Wyatt will give Prado the hard drive and thumb drive containing the electronic evidence to install on his laptop himself and will allow Prado to use that computer for at least on hour each weekday. Wyatt, however, does not have staff on weekends to issue and/or retrieve Prado's computer, which Wyatt policy does not allow to be kept in cells.

In view of the foregoing, there is no need for a hearing on September 8, 2023. If there are any remaining issues, Prado's counsel, John Palmer, shall speak to Warden Nessinger or his

designee and attempt to resolve them. If necessary, Mr. Palmer may

raise any unresolved issues with the court on September 11, 2023.


UNITED STATES DISTRICT JUDGE