UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------)_____
UNITED STATES OF AMERICA              )
                                      )
v.                                    )   Docket No. 21-10158-7-MLW
                                      )
                                      )
THIAGO DE SOUZA PRADO                 )
_____ )
```

**DEFENDANT'S RESPONSE TO COURT ORDER**

In response to the Court's orders of September 6, 2023, the Defendant Prado reports as follows: 1) no objection to the admission of Government Exhibits at the outset of the case; 2) no proposed order to Wyatt required at this point in view of action taken by the Court; 3) as requested in Defendant's jury instructions, Defendant requests instruction that "overt act" is required for conspiracy; 4) Defendant objects to Government's Statement of the Case and submits herewith his proposed statement; 5) Defendant will file a supplemental instruction on wire fraud; 6) Defendant will file a separate pleading addressing the issue of references to the specific charges of the testifying co-defendant.

DEFENDANT by his attorney

/s/John F Palmer
John F. Palmer
B.B.O.#387980
18 Main Street Extension
Suite 201B
Plymouth, MA 02360
Tel: 617-943-2602

CERTIFICATE OF SERVICE

      I, John F. Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on September 8, 2023.

                                       */s/John F. Palmer*