UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

THIAGO DE SOUZA PRADO,

    Defendant

No. 21-cr-10158-7-MLW

**DEFENDANT'S DESCRIPTION OF THE CASE**

The Defendant proposes that the following brief description of the case be read to potential jurors to ensure their impartiality:

    This case involves an alleged scheme to defraud so-called "Rideshare" companies, like Uber and Lyft, through the creation of fictitious driver accounts and the use of stolen identity information to create these driver accounts. It is alleged that the Defendant participated in a conspiracy to commit wire fraud in furtherance of the scheme to defraud these Rideshare companies and, and that he, himself, committed wire fraud in furtherance of the scheme in three specific instances. The Defendant is also charged with the misuse of identifying information from third parties in order to create fictitious driver accounts that were used in the scheme to defraud the Rideshare companies. The Defendant has pled not guilty to the charges and is presumed innocent unless the Government is able to prove at trial that he is guilty beyond a reasonable doubt.

    Is there anything in the allegations or the facts of the case, or your past experience, that would affect your ability to be fair and impartial in deciding the case?

Respectfully submitted,

DEFENDANT PRADO

by his attorney

*/s/John F Palmer*

John F. Palmer
B.B.O.#387980
18 Main Street Extension
Suite 201B
Plymouth, MA 02360
Tel: 617-943-2602

CERTIFICATE OF SERVICE

    I, John F. Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on September 8, 2023.

*/s/John F. Palmer*

**CERTIFICATE OF SERVICE**