UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>THIAGO DE SOUZA PRADO, )<br>    Defendant )<br>) | CRIMINAL NO. 21-CR-10158-MLW |

DEFENDANT"S SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS

Pursuant to the Court's directive at the pretrial conference on September 6, 2023, the Defendant proposes the following supplemental jury instruction:

WIRE FRAUD:  In this case it is the Government's position that the "scheme to defraud" involved money and not the property of the Rideshare companies. For you to find that Defendant was involved in a scheme to defraud the Rideshare companies of money in this case, you must find beyond a reasonable doubt that he specifically intended by fraud to deprive the Rideshare companies of their money and that by Defendant's fraudulent conduct the Rideshare companies were actually deprived of their money, i.e., suffered monetary loss. To defraud involves more than deceit. To defraud requires loss to the victim. To establish wire fraud the alleged scheme must involve deception in the deprivation of money. Moreover, the government must prove that the Defendant acted with the specific intent to defraud, i.e., to harm the victim(s) monetarily. See *United States v Martinez*, 994 F.3d 1, 7 (1st Cir. 2021); *United States v. Sawyer*, 85 F.3d 713, 720 (1st Cir. 1996); *United States v. Takhalov*, 827 F.3d 1307, 1312-13 (11th Cir. 2016); *United States v. Binday*, 804F.3d 558, 569 (2d. Cir 2015); *United States v. Sadler*, 750 F.3d 585, 590-92 (6th Cir. 2014).

                                          DEFENDANT
                                          THIAGO DE SOUZA PRADO
                                          By his attorney

                                          /s/John F. Palmer
                                          John F. Palmer

Law Office of John F. Palmer
18 Main Street Extension
Suite 201B
Plymouth, MA 02360
(617)943-2602
BBO# 387980

Dated: September 8, 2023

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered parties on September 8, 2023.

/s/John F. Palmer