UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                          )<br>)<br>THIAGO DE SOUZA PRADO     )<br>    Defendant                            ) | CRIMINAL NO. 21-10158-MLW |

DEFENDANT'S PARTIAL OBJECTION TO GOVERNMENT EXHIBIT NO. 116

    The Defendant Prado ("Defendant") partially objects to Government Exhibit No. 116 (Flavio Da Silva's plea agreement) to the extent that it refers in paragraph 1 to the specific charges which Defendant is being tried for, i.e., conspiracy to commit wire fraud and aggravated identity theft. While in general the Government is entitled to introduce into evidence the plea agreement of a cooperating witness [see United States v. Dockray, 943 F.2d 152, 157 (1st Cir. 1991)], the probative value of the specific charges in this case is substantially outweighed by the danger of unfair prejudice. See Federal Rule of Evidence 403.

                                      DEFENDANT PRADO

DATE: September 8, 2023               By his attorney,

                                        /s/John F. Palmer
                                        John F. Palmer
                                        Law Office of John F. Palmer
                                        18 Main Street Extension
                                        Suite 201B
                                        Plymouth, MA 02360
                                        (617-943-2602)
                                        BBO# 387980

CERTIFICATE OF SERVICE

I, John, F. Palmer, hereby certify that this document filed through the ECF system on September 8, 2023, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered parties.

/s/John F. Palmer