**EXHIBIT 1**

| Exhibit | Contents | PII |
|---|---|---|
| 8 | Lyft records for victim account | Victim's driver's license ("DL") information; home addresses on vehicle registration and insurance documents |
| 10 | Flavio Da Silva WhatsApp chats (original) | Images and text with numerous victims' dates of birth ("DOBs"), Social Security numbers ("SSNs"), DLs and DL information |
| 12 | Wemerson Dutra Aguiar WhatsApp chats (original) | Images and text with numerous victims' dates of birth ("DOBs"), Social Security numbers ("SSNs"), DLs and DL information |
| 13 | Wemerson Dutra Aguiar WhatsApp chats (original) | Images and text with victims' DLs and SSN |
| 16 | Lyft records for victim accounts | Multiple victims' names, DOBs, and home addresses |
| 18-23 | Lyft records for victim accounts | Multiple victims' names, DOBs, and DLs; other individuals' home addresses on vehicle registration and insurance documents |
| 25 | Uber records of accounts and associated SSNs | Dozens of victims' SSNs used in connection with Uber driver accounts |
| 26 | Uber records of accounts and associated DL numbers | Dozens of victims' names and DL numbers used in connection with Uber driver accounts |
| 28 | Uber account creation data | Dozens of victims' names and DOBs used in connection with Uber driver accounts |
| 32-90 | Uber records for victim accounts | Numerous victims' DLs (including names, DOBs, and home addresses); other individuals' home addresses on vehicle registration and insurance documents |
| 91 | Wemerson Dutra Aguiar WhatsApp chats (translated) | Images and text with victims' DLs and SSN |
| 92 | Wemerson Dutra Aguiar WhatsApp chats (translated) | Images and text with numerous victims' dates of birth ("DOBs"), Social Security numbers ("SSNs"), DLs and DL information |
| 93 | Flavio Da Silva WhatsApp chats (translated) | Images and text with numerous victims' dates of birth ("DOBs"), Social Security numbers ("SSNs"), DLs and DL information |

| | | |
|---|---|---|
| 96-97 | Uber records for victim accounts | Victims' DLs (including names, DOBs, and home addresses); other individuals' home addresses on vehicle registration documents |
| 105 | Summary exhibits | Victims' names, DOBs, DLs, SSNs, home addresses |
| 111 | Social Security Administration SSN confirmation | Numerous victims' names, DOBs, and SSNs |
| 114 | MA Registry of Motor Vehicle records | Victims' names, home addresses, DOBs, DL information |