**EXHIBIT 2**

| From | To | Direction | Body | Timestamp-Date | Timestamp-Time | Attachment #1 | Attachment #1 - Details | Translation |
|---|---|---|---|---|---|---|---|---|
| 15083084264@s.whatsapp.net Flavio | 17816299173@s.whatsapp.net Thiago Uber . - Delivered:11/3/2020 3:53:46 AM(UTC+0) | Outgoing | Consegui pegar número da dL ? | 11/3/2020 | 11/3/2020 3:53:45 AM(UTC+0) | | | Flavio:   Would you be able to get me numbers for the *DLs*? |
| 17816299173@s.whatsapp.net Thiago Uber . | **Participants:** 15083084264@s.whatsapp.net Flavio (owner), 17816299173@s.whatsapp.net Thiago Uber . | Incoming | | 11/3/2020 | 11/3/2020 3:54:54 AM(UTC+0) | b83ddd4c-83c0-4c2c-9386-ee96632fecc8.opus | https://mmg.whatsapp.net/d/f/AuJhXfDFBPvnLXM4TjY817UE36xzBPaT_T-ky2ulZ68V.enc | Prado:   I can try. Sometimes they are available, though there haven't been many available lately. But every once in a while, they are available. |
| 17816299173@s.whatsapp.net Thiago Uber . | **Participants:** 15083084264@s.whatsapp.net Flavio (owner), 17816299173@s.whatsapp.net Thiago Uber . | Incoming | | 11/3/2020 | 11/3/2020 3:55:06 AM(UTC+0) | bbd9ca34-8f02-4173-9d28-40a19eb40e95.opus | https://mmg.whatsapp.net/d/f/AiC5hRd5ubDVSUsfsPI38KSsDYE4B9dppoiypkdw8HO3.enc | Prado:   There's a way to search... you pay $20… more… and you can look for court stuff. Usually you will find pictures-pictures of some documents. |