UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THIAGO DE SOUZA PRADO,<br><br>    Defendant | No. 21-cr-10158-7-MLW |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE MEMORANDUM

The United States respectfully asks permission to file the attached memorandum regarding issues discussed at the end of the trial day about testimony from a Federal Bureau of Investigation Special Agent at trial in the above-captioned matter.

The government wishes to explain (i) that there has been no failure to disclose the planned subject matter of the agent's testimony, as asserted by counsel and (ii) that the anticipated testimony is proper non-expert testimony based on the agent's experience, not on any specialized knowledge of the kind an expert witness provides.

                                        Respectfully submitted,

                                        ZACHARY A. CUNHA
                                        United States Attorney
                                        Acting Under Authority
                                        Conferred by 28 U.S.C. § 515

                        By:    /s/Kriss Basil
                               DAVID M. HOLCOMB
                               KRISS BASIL
                               Assistant United States Attorneys
                               U.S. Attorney's Office
                               District of Massachusetts

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/Kriss Basil
      KRISS BASIL
      Assistant U.S. Attorney