UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THIAGO DE SOUZA PRADO,<br><br>Defendant | No. 21-cr-10158-7-MLW |

**GOVERNMENT'S REQUEST FOR AN AIDING AND ABETTING INSTRUCTION**

At the charge conference on September 18, 2023, the Court asked the government to provide authority for the proposition that an aiding and abetting instruction is permissible even though an indictment does not cite 18 U.S.C. § 2.

The United States responds as follows.

An "aider and abettor charge is implicit in all indictments for substantive offenses, so it need not be specifically pleaded for an aiding and abetting conviction to be returned." *United States v. Sabatino*, 943 F.2d 94, 99–100 (1st Cir. 1991) (citing *United States v. Stitzer*, 785 F.2d 1506, 1519 n. 7 (11th Cir. 1986); *United States v. Pearson*, 667 F.2d 12, 13 (5th Cir. 1982)); *c.f. United States v. Andrade*, 135 F.3d 104, 110 (1st Cir. 1998) ("Section 2(b) is not a separate offense but a general principle of liability that applies without any need for reference in the indictment.") (citing *Sabatino*)); *United States v. Sanchez*, 917 F.2d 607, 611 (1st Cir. 1990) ("All courts of appeals which have considered the matter have concluded that an 'aiding and abetting' instruction may be given even though the indictment neither alleges aiding and abetting nor adverts to 18 U.S.C. § 2.").

The First Circuit has long held that an "instruction on aiding and abetting may be given although there is no reference to the crime in the indictment." *United States v. Keene*, 341 F.3d 78, 84 (1st Cir. 2003) (rejecting argument that court should not have instructed jury on aiding and

abetting where indictment did not reference it, because the "charge [] is implicit in indictments for substantive offenses" (citing *United States v. Footman*, 215 F.3d 145, 154 (1st Cir.2000))).

Respectfully submitted,

ZACHARY A. CUNHA
United States Attorney
Acting Under Authority
Conferred by 28 U.S.C. § 515

By:   /s/Kriss Basil
      DAVID M. HOLCOMB
      KRISS BASIL
      Assistant United States Attorneys
      U.S. Attorney's Office
      District of Massachusetts

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/Kriss Basil
Kriss Basil
Assistant United States Attorney