UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. ) Cr. No. 21-10158-MLW
)
)
THIAGO DE SOUZA PRADO, )
    Defendant. )

VERDICT

We the jury find the defendant Thiago De Souza Prado:

__Guilty_____ on Count 1.

__Guilty_____ on Count 2.

__Guilty_____ on Count 3.

__Guilty_____ on Count 4.

__Guilty_____ on Count 5.

__Guilty_____ on Count 6.

__Guilty_____ on Count 7.

9/19/23
Date

[signature]
Foreperson