UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
          v.                      )          Cr. No. 21-10158-MLW
                                  )
THIAGO DE SOUZA PRADO,            )
          Defendant.              )

ORDER

WOLF, D.J.                                    September 20, 2023

For the reasons stated in court on September 19, 2023, it is hereby ORDERED that:

1.   Defendant Thiago de Souza Prado's motion made at trial for a judgment of acquittal pursuant to Fed. R. Crim. P. 29 is DENIED.

2.   Prado's counsel, John Palmer, Esq., shall, by October 3, 2023, file any renewed motion for a judgment of acquittal. The government shall respond to any such motion by October 17, 2023.

3.   Prado is granted leave to file, by October 3, 2023, a pro se motion concerning his objection that the Third Superseding Indictment (Dkt. No. 1038) not including the victims' names violated his due process rights. Any such motion shall be supported by an affidavit detailing all of the facts on which he relies. The government shall, by October 17, 2023, file its response and a detailed supporting affidavit.

4.   Wyatt Detention Facility shall continue ensuring that Prado has access to a computer loaded with the discovery materials

in this case for at least one hour each weekday until October 20, 2023.

UNITED STATES DISTRICT JUDGE