✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| United States District Court | DISTRICT OF | Massachusetts |
|---|---|---|

| USA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Thiago de Souza Prado | Case Number: 1:21-cr-10158-MLW-7 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark L. Wolf  Senior District Judge | Kriss Basil and David Holcomb | John Palmer |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/12/2023 - 9/19/2023 | Jessica Leonard | J. Fleming |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/12/2023 | | X | Uber Driver Requirements |
| 2 | | 9/12/2023 | | X | Lyft How to Apply |
| 3 | | 9/12/2023 | | X | Lyft Massachusetts Driver |
| 4 | | 9/12/2023 | | X | Lyft What you need to drive with Lyft |
| 5 | | 9/12/2023 | | X | Lyft Driver Requirements |
| 7 | | 9/12/2023 | | X | Comcast Return for Prado |
| 8 | | 9/12/2023 | | X | Lyft Lopez Account - SEALED |
| 9 | | 9/12/2023 | | X | Lyft Lopez Rides |
| 10 | | 9/12/2023 | | X | Flavio Prado WhatsApp Chat - Portuguese - SEALED |
| 11.1 | | 9/12/2023 | | X | 2020.10.22 TP 5993341c-4d7a-4d3c-b8d6-345a7f8b128b |
| 11.2 | | 9/12/2023 | | X | 2020.11.03 TP 047d7237-f622-47ce-a4bf-2230382ce2f5 |
| 11.3 | | 9/12/2023 | | X | 2020.11.03 TP a301613f-afe6-4baa-8b89-b22f27884549 |
| 11.4 | | 9/12/2023 | | X | 2020.11.09 TP 5a3d3f34-7ca0-4d1a-ac7e-bd1e05d5d0b2 |
| 11.5 | | 9/12/2023 | | X | 2020.12.13 TP 7619e80a-d4f8-4fa7-b147-b9459e16bb18 |
| 11.6 | | 9/12/2023 | | X | 2021.02.19 TP 24ff9041-d65d-44d1-9c58-162a3616f796 |
| 11.7 | | 9/12/2023 | | X | 2021.03.26 TP 7db8c10e-02df-4617-a476-8e5ed0b9a1f8 |
| 11.8 | | 9/12/2023 | | X | 2021.03.29 TP c238a82f-5efe-405c-a438-527159941c45 |
| 12A | | 9/12/2023 | | X | Prado-Aguiar 15083089803@s.whatsapp.net Thiago N - Portuguese - SEALED |
| 12-B | | 9/12/2023 | | X | Prado-Aguiar 17816299173@s.whatsapp.net Thiago N 2 - Portuguese - SEALED |
| 13 | | 9/12/2023 | | X | Aguiar Neto WhatsApp Chat - Portuguese - SEALED |
| 14 | | 9/12/2023 | | X | Apple Account 1339989829 Account Details |
| 15 | | 9/12/2023 | | X | APL000001_Apple Confidential Device IDs |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___7___ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Thiago de Souza Prado | CASE NO. 1:21-cr-10158-MLW-7 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 16 | | 9/12/2023 | | X | Lyft Response Letter 7-11-2023 - SEALED |
| 17 | | 9/12/2023 | | X | Thiago Barcellos 07112023 - SEALED |
| 18 | | 9/12/2023 | | X | Lyft Attachments 1-28 - SEALED |
| 19 | | 9/12/2023 | | X | Lyft Attachments 29-54 - SEALED |
| 20 | | 9/12/2023 | | X | Lyft Attachments 55-79 - SEALED |
| 21 | | 9/12/2023 | | X | Lyft Attachments 80-105 - SEALED |
| 22 | | 9/12/2023 | | X | Lyft Attachments 106-130 - SEALED |
| 23 | | 9/12/2023 | | X | Lyft Attachments 131-161 - SEALED |
| 24 | | 9/12/2023 | | X | Uber Account Device Data |
| 24-A | | 9/12/2023 | | X | Uber Account Device Data - Filtered |
| 25 | | 9/12/2023 | | X | Uber Account SSNs UBER-DOJ-PRADO-000734 - SEALED |
| 25-A | | 9/12/2023 | | X | Uber Account SSNs UBER-DOJ-PRADO-000734 - Filtered - SEALED |
| 26 | | 9/12/2023 | | X | Uber Account DL's UBER-DOJ-PRADO-000731 - SEALED |
| 26-A | | 9/12/2023 | | X | Uber Account DL's UBER-DOJ-PRADO-000731 - Filtered - SEALED |
| 27 | | 9/12/2023 | | X | Uber Account Vehicles UBER-DOJ-PRADO-000730 |
| 27-A | | 9/12/2023 | | X | Uber Account Vehicles UBER-DOJ-PRADO-000730 - Filtered |
| 28 | | 9/12/2023 | | X | Uber Account Creation UBER-DOJ-PRADO-000728 - SEALED |
| 28-A | | 9/12/2023 | | X | Uber Account Creation UBER-DOJ-PRADO-000728 - Filtered - SEALED |
| 29 | | 9/12/2023 | | X | Uber Bank Information UBER-DOJ-PRADO-000727 |
| 29-A | | 9/12/2023 | | X | Uber Bank Information UBER-DOJ-PRADO-000727 - Filtered |
| 30 | | 9/12/2023 | | X | Uber Account Payments UBER-DOJ-PRADO-000725 |
| 30-A | | 9/12/2023 | | X | Uber Account Payments UBER-DOJ-PRADO-000725 - Filtered |
| 31 | | 9/12/2023 | | X | Uber C. Rodday 1099 |
| 32 | | 9/12/2023 | | X | Adir De Souza Documents - SEALED |
| 33 | | 9/12/2023 | | X | Alexander LaFreneire Documents - SEALED |
| 34 | | 9/12/2023 | | X | Boris Tchernychev Documents - SEALED |
| 35 | | 9/12/2023 | | X | Brad Sylverster Documents - SEALED |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Thiago de Souza Prado | CASE NO. 1:21-cr-10158-MLW-7 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 36 | | 9/12/2023 | | x | Bradley Teeman Documents - SEALED |
| 37 | | 9/12/2023 | | x | Brandon Satinsky Documents - SEALED |
| 38 | | 9/12/2023 | | x | Brendan Manning Documents - SEALED |
| 39 | | 9/12/2023 | | x | Carmine Nappa Documents - SEALED |
| 40 | | 9/12/2023 | | x | Christina Caruso Documents - SEALED |
| 41 | | 9/12/2023 | | x | Christopher Rodday Documents - SEALED |
| 42 | | 9/12/2023 | | x | Damir Kaspar Documents - SEALED |
| 43 | | 9/12/2023 | | x | Danna Remen Documents - SEALED |
| 44 | | 9/12/2023 | | x | Daurin Nowell Documents - SEALED |
| 45 | | 9/12/2023 | | x | David Boyajian Documents - SEALED |
| 46 | | 9/12/2023 | | x | David Shnitzer Documents - SEALED |
| 47 | | 9/12/2023 | | x | Dennis Doughty Documents - SEALED |
| 48 | | 9/12/2023 | | x | Gary Yellen Documents - SEALED |
| 49 | | 9/12/2023 | | x | Giovanni Ughi Documents - SEALED |
| 50 | | 9/12/2023 | | x | James Muse Documents - SEALED |
| 51 | | 9/12/2023 | | x | Jason Burnham Documents - SEALED |
| 52 | | 9/12/2023 | | x | Jeffery Reed Documents - SEALED |
| 53 | | 9/12/2023 | | x | Jesse Kaddy Documents - SEALED |
| 54 | | 9/12/2023 | | x | John Bartold Documents - SEALED |
| 55 | | 9/12/2023 | | x | Jonathan Sheffield Documents - SEALED |
| 56 | | 9/12/2023 | | x | Kevin Haywood Documents - SEALED |
| 57 | | 9/12/2023 | | x | Kevin Sweeney Documents - SEALED |
| 58 | | 9/12/2023 | | x | Khari Frank Documents - SEALED |
| 59 | | 9/12/2023 | | x | Leonard Glantz Documents - SEALED |
| 60 | | 9/12/2023 | | x | Michael Walker Documents - SEALED |
| 61 | | 9/12/2023 | | x | Michelle Smith Documents - SEALED |
| 62 | | 9/12/2023 | | x | Neal Muni Documents - SEALED |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Thiago de Souza Prado | CASE NO. 1:21-cr-10158-MLW-7 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 63 | | 9/12/2023 | | x | Neer Hershtig Documents - SEALED |
| 64 | | 9/12/2023 | | x | Neil Duggan Documents - SEALED |
| 65 | | 9/12/2023 | | x | Nicholas Apanian Documents - SEALED |
| 66 | | 9/12/2023 | | x | Norbey Medina Hincapie Documents - SEALED |
| 67 | | 9/12/2023 | | x | Paul Lavoie Documents - SEALED |
| 68 | | 9/12/2023 | | x | Petter Vikhamar Documents - SEALED |
| 69 | | 9/12/2023 | | x | Rijkaard Mondesir Documents - SEALED |
| 70 | | 9/12/2023 | | x | Robert Baker Documents - SEALED |
| 71 | | 9/12/2023 | | x | Robert Balaban Documents - SEALED |
| 72 | | 9/12/2023 | | x | Robert Carroll Documents - SEALED |
| 73 | | 9/12/2023 | | x | Robert Proffitt Documents - SEALED |
| 74 | | 9/12/2023 | | x | Robert Schultz Documents - SEALED |
| 75 | | 9/12/2023 | | x | Ryan Kelly Documents - SEALED |
| 76 | | 9/12/2023 | | x | Ryan Leclerc Documents - SEALED |
| 77 | | 9/12/2023 | | x | Samantha Fujita Documents - SEALED |
| 78 | | 9/12/2023 | | x | Sanderley Alves Documents - SEALED |
| 79 | | 9/12/2023 | | x | Sean Mix Documents - SEALED |
| 80 | | 9/12/2023 | | x | Sostenes Nascimento Documents - SEALED |
| 81 | | 9/12/2023 | | x | Soumya Raychaudhuri Documents - SEALED |
| 82 | | 9/12/2023 | | x | Stephan Prock Documents - SEALED |
| 83 | | 9/12/2023 | | x | Stephen Moeller Documents - SEALED |
| 84 | | 9/12/2023 | | x | Taesun Kim Documents - SEALED |
| 85 | | 9/12/2023 | | x | Thiago Barcelos Documents - SEALED |
| 86 | | 9/12/2023 | | x | Thiago Danunciacao Documents - SEALED |
| 87 | | 9/12/2023 | | x | Thiago Prado Documents - SEALED |
| 88 | | 9/12/2023 | | x | Valdir Bezerra Documents - SEALED |
| 89 | | 9/12/2023 | | x | Villarson Cambry Documents - SEALED |

✏AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | USA | | vs. | Thiago de Souza Prado | CASE NO. 1:21-cr-10158-MLW-7 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 90 | | 9/12/2023 | | x | Willyan Viera Documents - SEALED |
| 91 | | 9/12/2023 | | x | Neto Aguiar Finalized Translation - SEALED |
| 92-A | | 9/12/2023 | | x | Prado-Aguiar 15083089803@s.whatsapp.net Thiago N - Finalized Translation - SEALED |
| 92-B | | 9/12/2023 | | x | Prado-Aguiar 17816299173@s.whatsapp.net Thiago N 2 - Finalized Translation - SEALED |
| 92-C | | 9/12/2023 | | x | Prado-Aguiar Verbatim May 4, 2020 - Finalized Translation - SEALED |
| 93 | | 9/12/2023 | | x | Flavio-Prado Finalized Translation - SEALED |
| 94 | | 9/12/2023 | | x | USAO-PRADO-000035-GDB Card History |
| 95 | | 9/12/2023 | | x | Thiago Prado Zelle records |
| 96 | | 9/12/2023 | | x | Catherine Cavalier documents - SEALED |
| 97 | | 9/12/2023 | | x | Cheryl Abramson documents - SEALED |
| 98 | | 9/12/2023 | | x | Thiago Prado Citizens 1 Opening |
| 99 | | 9/12/2023 | | x | Thiago Prado Citizens 1 Statements |
| 100 | | 9/12/2023 | | x | Thiago Prado Citizens 2 Opening |
| 101 | | 9/12/2023 | | x | Thiago Prado Citizens 2 Statements |
| 102 | | 9/12/2023 | | x | Andrielle Fedoruk BoA Opening |
| 103 | | 9/12/2023 | | x | Andrielle Fedoruk BoA Statements |
| 104 | | 9/12/2023 | | x | Thiago Prado Bancorp Records for 7.16.19 - 7.12.20 |
| 105 | | 9/12/2023 | | x | Sumamry Exhibit - Thiago Prado Accounts - SEALED |
| 106 | | 9/12/2023 | | x | Summary Exhibit - Devices with Thiago in Name |
| 107 | | 9/12/2023 | | x | Summary Exhibit - IP Address 73.123.253.111 |
| 108 | | 9/12/2023 | | x | Summary Exhibit - Overlook Ridge GPS |
| 109 | | 9/12/2023 | | x | Summary Exhibit - x59B Device Sign-Ins |
| 110 | | 9/12/2023 | | x | Summary Exhibit - x96A Device Sign-Ins |
| 111 | | 9/12/2023 | | x | Social Security Administration – SSN Matches - SEALED |
| 112 | | 9/12/2023 | | x | Google Subscriber Info thiagostillhere Account |
| 113 | | 9/12/2023 | | x | Thiago Barcellos IRS Letters |
| 114 | | 9/12/2023 | | x | RMV Certified Driver's License Information - SEALED |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Thiago de Souza Prado | CASE NO. 1:21-cr-10158-MLW-7 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 115 | | 9/12/2023 | | x | Flavio da Silva Agreement - Sealed |
| 116 | | 9/13/2023 | | x | Flavio da Silva Plea Agreement |
| 117 | | 9/12/2023 | | x | Prado Paypal Record |
| 118 | | 9/12/2023 | | x | Aguiar Bank of America Records |
| 119 | | 9/12/2023 | | x | Flavio BOA Statements 7693 |
| 120 | | 9/12/2023 | | x | Neto BOA Statements 4935 |
| 121 | | 9/12/2023 | | x | Transferwise LE 9871 Records response |
| 122 | | 9/12/2023 | | x | Citizens Bank Dec 2020 Thiago Prado production |
| 123 | | 9/12/2023 | | x | Citizens Bank March 2021 Thiago Prado production |
| 124 | | 9/12/2023 | | x | Summary Exhibit - Christopher Rodday payments.pdf |
| 125 | | 9/12/2023 | | x | Summary Exhibit - Kevin Sweeney Uber payments.pdf |
| 126 | | 9/12/2023 | | x | Summary Exhibit - Thiago Barcellos Lyft Payments.pdf |
| 127 | | 9/12/2023 | | x | Uber Christopher Rodday Account Payments |
| | | | | | |
| 129 | | 9/13/2023 | | x | Uber Records_Sweeney |
| | | | | | |
| | | 9/12/2023 | x | | [242] Flavio Candido Da Silva superseding indictment marked A for ID |
| | | 9/12/2023 | x | | Gov't's final slides used at opening marked B for ID. |
| | | 9/12/2023 | | | Gov't Witness Ryan Hawkins |
| | | 9/12/2023 | | | Gov't Witness Lauren White |
| | | 9/12/2023 | | | Gov't Witness Christopher Rodday |
| | | 9/12/2023 | | | Gov't Witness Christina Caruso |
| | | 9/12/2023 | | | Gov't Witness Peter Sauerwein |
| | | 9/13/2023 | | | Gov't Witness Peter Sauerwein (Continues) |
| | | 9/13/2023 | | | Gov't Witness Allison Kupers |
| | | 9/13/2023 | | | Gov't Witness Bradley Teeman |
| | | 9/13/2023 | | | Gov't witness Thiago Barcelos |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Thiago de Souza Prado | CASE NO. 1:21-cr-10158-MLW-7 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/13/2023 | | | Gov't Witness Flavio DaSilva |
| | | 9/14/2023 | | | Gov't Witness Flavio DaSilva (Continued) |
| | | 9/15/2023 | | | Gov't Witness Flavio DaSilva (Continued) |
| | | 9/15/2023 | | | Gov't Witness Sharon Valerio |
| | | 9/15/2023 | | | Gov't Witness Connor Jorde |
| | | 9/19/2023 | x | | [1144] 7 count proposed 3rd superseding indictment marked exhibit C for ID |
| | | 9/19/2023 | x | | [1144-1] 6 count proposed 3rd superseding indictment marked exhibit D for ID |
| | | 9/19/2023 | x | | Blank verdict slip marked E for ID |
| | | 9/19/2023 | x | | Note from the jury marked exhibit F for ID. |

Page   7   of   7   Pages