UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------)_
UNITED STATES OF AMERICA           )
                                   )
v.                                 )         Docket No. 21-10158-7-MLW
                                   )
                                   )
THIAGO DE SOUZA PRADO              )
_____)
```

### MOTION FOR LEAVE TO FILE PRO SE PLEADING

Defendant Thiago De Souza Prado (Defendant") hereby moves that this Court allow the filing of his *pro se* pleading, i.e., *Defendant Thiago De Souza Prado's Combined Motion And Memorandum Of Law Seeking Judgment Of Acquittal Per Fed. R. Crim. P. 29* ("Rule 29 Motion"). As grounds for this motion Defendant avers that with respect to the Defendant's objection to the lack of notice and the amendment of the indictment to include the names of the "victims", the Court granted leave to the Defendant to file a *pro se* pleading addressing the issue. See Docket Entries, Nos. 1147 and 1148. The Defendant's *pro se* Rule 29 Motion is submitted herewith.

                                                      Respectfully Submitted,

                                                  DEFENDANT PRADO by his attorney

                                                  */s/John F Palmer*
                                                  John F. Palmer
                                                  B.B.O.#387980
                                                  18 Main Street Extension
                                                  Suite 201B
                                                  Plymouth, MA 02360
                                                  Tel: 617-943-2602

## CERTIFICATE OF SERVICE

      I, John F. Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on September 29, 2023.

*/s/John F. Palmer*