UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:21-CR-10158-MLW |
| -VS- ) | |
| ) | THIAGO |
| DE SOUZA PRADO ) | October 02, 2023 |

**DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE A RESPONSE TO THE GOVERNMENT OPPOSITION TO RULE 29 AND REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1(d)**

Defendant Thiago De Souza Prado respectfully moves this Honorable Court for leave to file response to the government's opposition to his Rule 29 motion and a reasonable time to do it. Pursuant to Local Rule 7.1 (d.), the defendant, Thiago Prado, is also respectfully requesting this Court for an opportunity to set a date for oral argument on his Rule 29 motion, because he believes that such argument will be of assistance of the court.

Respectfully submitted

_____
Thiago De Souza Prado
Fed. No. 44659-509
Donald Wyatt Detention Facility
950 High Street, Central Falls, RI 02863

1

## Certificate of Service

I, Thiago Prado, place the said above Motion in the Mail Box under the Mail Box rule here at the Donald Wyatt Detention Facility to be mailed to the following:

United States District Court
For The District of Massachusetts
Honorable District Judge Mark L. Wolf
The Office of the Clerk
1 Courthouse Way
Boston MA 02210

_____ 10/ 02 /2023
Respectfully Submitted
By the defendant
Thiago De Souza Prado
950 High Street
Central Falls, RI 02863

2