UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THIAGO DE SOUZA PRADO,<br><br>Defendant | No. 21-cr-10158-7-MLW |

**AFFIDAVIT OF ASSISTANT U.S. ATTORNEY DAVID HOLCOMB**

I, David Holcomb, state under penalty of perjury that the following is true and correct:

1. I am an Assistant United States Attorney in the District of Massachusetts.

2. Immediately prior to and after the grand jury's return of the Third Superseding Indictment (Dkt. 1038) in June 2023, my colleague, Assistant United States Attorney Kriss Basil, managed communications with counsel for defendant Thiago Prado while I prepared for trial in *United States v. David Forte*, 22-cr-10026-ADB on July 10, 2023.

3. On July 27, 2023, before the deadline of August 11, 2023 set by the Court, the government provided counsel with a complete witness list. The list included, among other witnesses, Christina Caruso, Christopher Rodday, Kevin Sweeney, and Bradley Teeman. The witness list identified only Uber and Lyft witnesses for the rideshare companies.

4. On July 28, 2023, counsel asked to speak with the government about the witness list, and on August 1, 2023, Assistant U.S. Attorney Kriss Basil and I called counsel. During the call, we discussed the witnesses on the government's list. Counsel specifically asked what the government expected each witness to say. At that time, in running through each witness on the list, the government identified Christina Caruso, Christopher Rodday, Kevin Sweeney, and Bradley Teeman as the victims in the indictment. The issue of the victims came up in the conversation specifically in the context of whether the defendant intended to get money from the riders or from Uber and Lyft, in the charged counts.

5. On August 2, 2023, the defendant was arraigned on the Third Superseding Indictment (*see* Dkt. 1080).

6. On August 10, 2023, the government provided the defendant with an updated witness list that also identified Christina Caruso, Christopher Rodday, Kevin Sweeney, and Bradley Teeman as witnesses.

7. On August 14, 2023, defense counsel asked to have a call to discuss the government's exhibits and the revised witness list.

8.      On August 15, 2023, Assistant U.S. Attorney Kriss Basil and I called counsel to discuss the witnesses and the exhibits.  During the call, we again identified who the witnesses were.  During the call, we discussed Kevin Sweeney and the possibility that we would call a relative to testify in his place as to Counts 4 and 6, given his physical condition.

9.      On August 29, 2023, the government produced another updated witness list to counsel for the defendant, noting specifically the substitution of witness Lauren White for Kevin Sweeney.

10.     On September 6, 2023, Assistant U.S. Attorney Kriss Basil submitted a sealed witness list that included the names of Christina Caruso, Christopher Rodday, Bradley Teeman, and Lauren White to the Courtroom Deputy Clerk via email, with a copy to counsel for the defendant.

11.     On September 15, 2023, I emailed to counsel for the defendant and to the Courtroom Deputy Clerk a version of the Third Superseding Indictment showing the names of alleged victims, pursuant to the Court's instructions.

12.     On September 18, 2023, in Court, the defendant asserted for the first time that he did not know until that day the identities of the victims in the charged counts in the Third Superseding Indictment.  Assistant U.S. Attorney Kriss Basil informed the Court that he had disclosed the identities of the victims to defense counsel both before and after the Third Superseding Indictment.  Defense counsel confirmed AUSA Basil's representation to the Court, stating in substance that he knew who the victims were because he had spoken with the prosecution.  The Court noted that there was no dispute between the parties on the issue.

*/s/ David Holcomb*_____          October 16, 2023
DAVID HOLCOMB
Assistant U.S. Attorney